UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 Quarropas Street, White Plains, NY 10601

JEFFREY THOMAS PIRZINGER,    )   Civil Action No.
          Plaintiff,    )
                    )   **25 CV 01760**
v.    )
                    )
TRANSUNION LLC,    )
          Defendant.    )

## SUMMONS IN A CIVIL ACTION

To:    **TransUnion LLC** 555 West Adams Street, Chicago, IL 60661

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff whose name and address are:
    Jeffrey Thomas Pirzinger
    135 Beechwood Dr
    Mamaroneck, NY 10543
    T: (914) 497-1104
    Plaintiff, Pro Se

If you fail to respond, judgment by default will be entered against you for the relief demanded in the Complaint. You must also file your answer or motion with the court.

CLERK OF COURT

Dated: MAR 0 3 2025    Tammi M. Hellwig
          Signature of Clerk or Deputy Clerk
          300 Quarropas Street, White Plains, NY 10601