Date: April 22, 2025

To: ATTN: CLERK OF COURT  
    UNITED STATES DISTRICT COURT  
    SOUTHERN DISTRICT OF NEW YORK  
    300 Quarropas Street, White Plains, NY 10601

From:  JEFFREY THOMAS PIRZINGER  
          135 BEECHWOOD DR  
          MAMARONECK, NY 10543  
          PHONE: 914-497-1104

**Re: Jeffrey Thomas Pirzinger v. Trans Union LLC, Case No. 7:25-cv-01760-PMH**

Dear Clerk of Court,

Attached is my First Amended Complaint, filed as of right under FRCP 15(a)(1)(B), correcting the defendant's name from "TransUnion LLC" to "Trans Union LLC" and amending several paragraphs, including financial account numbers redacted to the last four digits using typed "X's" per FRCP 5.2(a)(4). Also attached is a redlined version showing changes from the original complaint (filed February 28, 2025), per SDNY Local Rule 15.1, and an affidavit affirming the amended complaint's facts, with Exhibit A (FedEx proof-of-delivery). Please file and docket these documents. I will serve them on defendant's counsel via FedEx.

Respectfully,

*by [signature]*

Jeffrey Thomas Pirzinger