# Certificate of Service

**Re: Jeffrey Thomas Pirzinger v. Trans Union LLC, Case No. 7:25-cv-01760-PMH**

I, Jeffrey Thomas Pirzinger, certify that on April 23, 2025, I served the First Amended Complaint, redlined version, and affidavit with Exhibit A, all with financial account numbers redacted to the last four digits using typed "X's" per FRCP 5.2(a)(4), on defendant's counsel, Andrew G. Hope, Esq., Buchanan Ingersoll & Rooney, 640 Fifth Avenue, 9th Floor, New York, NY 10019, via FedEx with tracking number 880748437240.

*/s/ Jeffrey Pirzinger*

Jeffrey Thomas Pirzinger
135 BEECHWOOD DR
MAMARONECK, NY 10543
PHONE: 914-497-1104

April 25, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 880748437240

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | S.Smalls | **Delivery Location:** | 640 FIFTH AVE |
| **Service type:** | FedEx Standard Overnight | | 9TH FL |
| **Special Handling:** | Deliver Weekday | | NEW YORK, NY, 10019 |
| | | **Delivery date:** | Apr 24, 2025 11:08 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 880748437240 | **Ship Date:** | Apr 23, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
ATTN: ANDREW G. HOPE
BUCHANAN INGERSOLL ROONEY
640 FIFTH AVE
9TH FL
NEW YORK, NY, US, 10019

**Shipper:**
Jeffrey Thomas Pirzinger,
135 BEECHWOOD DR
Mamaroneck, NY, US, 10543

**Reference**   7:25-cv-01760-PMH
First Amended Complaint
Redlined Version
Affidavit



S. SMALLS
#31, 11:09, 1 Del, 0 NonDel

Thank you for choosing FedEx

ORIGIN ID:CTXA  (914) 497-1104
JEFFREY THOMAS PIRZINGER
135 BEECHWOOD DR
MAMARONECK, NY 10543
UNITED STATES US

TO ATTN: ANDREW G. HOPE
BUCHANAN INGERSOLL ROONEY
640 FIFTH AVE
9TH FL
NEW YORK NY 10019
(610) 783-3314
INV: REDLINED VERSION
PO: FIRST AMENDED COMPLAINT
REF: 7:25-CV-01760-PMH
DEPT: AFFIDAVIT

BILL SENDER

SHIP DATE: 23APR25
ACTWGT: 1.00 LB
CAD: 258661444/INET4535

58CJ5/1184/C6C4

TRK# 8807 4843 7240  0201

E3 QNYA

THU - 24 APR 5:00P
STANDARD OVERNIGHT

10019
NY-US  EWR

FedEx Express
J252025040801uv

---

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.