# Certificate of Service

**Re: Jeffrey Thomas Pirzinger v. Trans Union LLC, Case No. 7:25-cv-01760-PMH**

I, Jeffrey Thomas Pirzinger, certify that on May 5, 2025 via fax confirmation (212-440-4401) and also on May 6, 2025 via FedEx delivery (tracking #881005139331), I served upon defendant's counsel, Andrew G. Hope, Esq., Buchanan Ingersoll & Rooney, 640 Fifth Avenue, 9th Floor, New York, NY 10019, the response, dated May 5, 2025, to the pre-motion letter of April 28, 2025, which was submitted pursuant to Rule 4(C)(iii) and Rule 2(C) of Judge Halpern's Individual Practices in Civil Cases.

The response opposed proposed Rule 12(b)(6) motion and respectfully requested that the Court deny the request for a pre-motion conference and allow the case to proceed to discovery. A copy of the April 28, 2025 letter was also attached for completeness.

A copy of the response was also submitted to the Court on May 5, 2025 (Doc 13) as required under Rule 2(C).

*[signature]*

Jeffrey Thomas Pirzinger
135 BEECHWOOD DR
MAMARONECK, NY 10543
PHONE: 914-497-1104

Attachments:	1.	Successful Fax Confirmation (page 2)

2.	FedEx Delivery Confirmation (page 3)

5/5/25, 11:26 AM

## Fax Successfully Sent to 12124404401

From  RedFax Team <faxes@redfax.com>

Date  Monday, May 5th, 2025 at 11:16 AM

## Fax Sent Successfully

Hello

Your fax was successfully sent to 12124404401, taking 353 seconds.

Thank You,
The RedFax Support Team

**First Page Preview of 14 Page(s)**



**4.76 MB**   1 file attached   1 embedded image

1746457824354.pdf  4.63 MB

1/1

**FedEx**

May 6, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 881005139331

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | S.Smalls | **Delivery Location:** | 640 FIFTH AVE |
| **Service type:** | FedEx Standard Overnight | | 9TH FL |
| **Special Handling:** | Deliver Weekday | | NEW YORK, NY, 10019 |
| | | **Delivery date:** | May 6, 2025 11:44 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 881005139331 | **Ship Date:** | May 5, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
ATTN: ANDREW G. HOPE, BUCHANAN INGERSOLL ROONEY
640 FIFTH AVE
9TH FL
NEW YORK, NY, US, 10019

**Shipper:**
Jeffrey Thomas Pirzinger,
135 BEECHWOOD DR
Mamaroneck, NY, US, 10543

**Reference**    7:25-cv-01760-PMH
**Purchase Order**    Response to the April 28, 2025
**Invoice**    Pre-Motion Letter



S. SMALLS
#39, 11:45, 1 Del, 0 NonDel

Thank you for choosing FedEx