**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street, White Plains, NY 10601**

| | | |
|---|---|---|
| JEFFREY THOMAS PIRZINGER, | ) | JURY TRIAL DEMANDED |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 7:25-cv-01760-PMH |
| TRANS UNION LLC, | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Upon consideration of Defendant Trans Union LLC's Motion to Dismiss Plaintiff's First

Amended Complaint (ECF No. 17) and Plaintiff's Memorandum of Law in Opposition thereto, it

is hereby:

ORDERED that the Motion to Dismiss is DENIED.

Defendant Trans Union LLC shall file its Answer to the First Amended Complaint within

14 days of the entry of this Order. The parties shall proceed to discovery in accordance with the

Federal Rules of Civil Procedure and the Court's scheduling order.

SO ORDERED.

Dated: _____

White Plains, New York


_____

Hon. Philip M. Halpern

United States District Judge