# Certificate of Service

**Re: Jeffrey Thomas Pirzinger v. Trans Union LLC, Case No. 7:25-cv-01760-PMH**

I, Jeffrey Thomas Pirzinger, certify that on July 11, 2025 via fax confirmation (212-440-4401) and also on July 14 2025 via FedEx delivery (tracking # 882690584816), I served upon defendant's counsel, Andrew G. Hope, Esq., Buchanan Ingersoll & Rooney, 640 Fifth Avenue, 9th Floor, New York, NY 10019, the MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT, dated July 10, 2025 and filed July 11, 2025, which was in response to the motion to dismiss dated June 16, 2025 and filed June 16, 2025.

*[signature]*

Jeffrey Thomas Pirzinger
135 BEECHWOOD DR
MAMARONECK, NY 10543
PHONE: 914-497-1104

Attachments:   1.   Successful Fax Confirmation (page 2)

   2.   FedEx Delivery Confirmation (page 3)

## Fax Successfully Sent to 12124404401

| | |
|---|---|
| From | RedFax Team <faxes@redfax.com> |
| To | Jeffrey |
| Date | Friday, July 11th, 2025 at 10:30 AM |

## Fax Sent Successfully

Hello

Your fax was successfully sent to 12124404401, taking 937 seconds.

Thank You,
The RedFax Support Team

**First Page Preview of 39 Page(s)**



**12.36 MB**   1 file attached   1 embedded image

1752243220218.pdf  12.34 MB

Page 2 of 3

https:/                                                                                    1/1

July 14, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 882690584816

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | S.Smalls | **Delivery Location:** | 640 FIFTH AVE |
| **Service type:** | FedEx Standard Overnight | | 9TH FL |
| **Special Handling:** | Deliver Weekday | | NEW YORK, NY, 10019 |
| | | **Delivery date:** | Jul 14, 2025 13:57 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 882690584816 | **Ship Date:** | Jul 11, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
ATTN: ANDREW G. HOPE, BUCHANAN INGERSOLL ROONEY
640 FIFTH AVE
9TH FL
NEW YORK, NY, US, 10019

**Shipper:**
Jeffrey Thomas Pirzinger,
135 BEECHWOOD DR
Mamaroneck, NY, US, 10543

**Reference**          OPPOSITION  TO
**Purchase Order**     MOTION TO DISMISS



Thank you for choosing FedEx                    Page 3 of 3