UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

| | | |
|---|---|---|
| JEFFREY THOMAS PIRZINGER,<br>      Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | JURY TRIAL DEMANDED<br><br><br>Case No. 7:25-cv-01760-PMH<br>Hon. Philip M. Halpern |

**NOTICE OF MOTION FOR LEAVE TO FILE SUR-REPLY**

PLEASE TAKE NOTICE that upon the accompanying Letter Motion dated and filed August 1, 2025 and the supporting record in this matter, Plaintiff, JEFFREY THOMAS PIRZINGER, proceeding pro se, hereby moves this Court before the Honorable Philip M. Halpern, United States District Judge for the Southern District of New York, at the United States Courthouse located at 300 Quarropas Street, White Plains, New York 10601, for an order granting leave to file a sur-reply in further opposition to Defendant's Reply in Support of Its Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 21), and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s/ P*

Dated: August 1, 2025

Jeffrey Thomas Pirzinger
135 Beechwood Dr.
Mamaroneck, NY 10543
(914) 497-1104
Pro Se Plaintiff