# Certificate of Service

**Re: Jeffrey Thomas Pirzinger v. Trans Union LLC, Case No. 7:25-cv-01760-PMH**

I, Jeffrey Thomas Pirzinger, certify that on August 1, 2025 via FedEx tracking # 883240307835, I served upon defendant's counsel, Andrew G. Hope, Esq., Buchanan Ingersoll & Rooney, 640 Fifth Avenue, 9th Floor, New York, NY 10019:

1. LETTER MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

2. NOTICE OF MOTION FOR LEAVE TO FILE SUR-REPLY

3. [PROPOSED] ORDER GRANTING LEAVE TO FILE SUR-REPLY

which was in response to the DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT (ECF No. 21).

Expected delivery: Monday, August 4, 2025 by 5:00 PM

by /s/

Dated August 1, 2025

Jeffrey Thomas Pirzinger
135 BEECHWOOD DR
MAMARONECK, NY 10543
PHONE: 914-497-1104

