UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

| | | |
|---|---|---|
| JEFFREY THOMAS PIRZINGER, | ) | JURY TRIAL DEMANDED |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 7:25-cv-01760-PMH |
| TRANS UNION LLC, | ) | Hon. Philip M. Halpern |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE SUR-REPLY**

Upon consideration of Plaintiff's Letter Motion for Leave, filed August 1, 2025, to File a Sur-Reply in further opposition to Defendant's Reply in Support of Its Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 21), and for good cause shown, it is hereby:

ORDERED that Plaintiff is granted leave to file a sur-reply;

IT IS FURTHER ORDERED that Plaintiff shall file such sur-reply within five (5) business days of the entry of this Order.

SO ORDERED.

Dated: _____, 2025
White Plains, New York

_____
Hon. Philip M. Halpern
United States District Judge
Southern District of New York