UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

| | |
|---|---|
| JEFFREY THOMAS PIRZINGER,<br>       Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br>       Defendant. | Case No. 7:25-cv-01760-PMH<br>Hon. Philip M. Halpern |

## DECLARATION IN SUPPORT OF MOTION TO SUPPLEMENT THE RECORD

I, Jeffrey Thomas Pirzinger, declare under penalty of perjury that:

1. I am the Plaintiff in the above-captioned matter and make this declaration in support of my Motion to Supplement the Record and for Judicial Notice.

2. On July 30, 2025, Defendant Trans Union LLC filed a Reply in Support of Its Motion to Dismiss (ECF No. 21), raising new arguments and factual claims, including allegations that my written communication of the disputed items was "illegible" and that I improperly supplemented the record.

3. On August 1, 2025, I submitted a motion for leave to file a sur-reply, which was denied by the Court on August 4, 2025.

4. The document attached as **Exhibit A** is the sur-reply I intended to file. It addresses factual mischaracterizations and explains the relevance and admissibility of exhibits submitted in opposition.

5. Exhibits A and C referenced in that reply are certified transcripts produced from phone calls I personally made to Trans Union representatives on July 1, 2025 and July 7, 2025.

These transcripts were certified by Vanan Online Services, Inc. and accurately reflect the substance of the calls.

6. I submit this reply not to reargue issues but to preserve a fair and accurate record and ensure that the Court is not misled by incomplete or contested characterizations in Defendant's filings.

Respectfully Submitted and Executed on August 27, 2025,

*by [signature]*

Jeffrey Thomas Pirzinger
135 Beechwood Dr.
Mamaroneck, NY 10543
(914) 497-1104
Pro Se Plaintiff