UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

JEFFREY THOMAS PIRZINGER,
                Plaintiff,

v.

TRANS UNION LLC,
                Defendant.

> Application denied.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> September 8, 2025

## MOTION TO SUPPLEMENT THE RECORD AND FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201 and the Court's inherent authority to ensure a complete and accurate record, Plaintiff respectfully moves this Court for leave to supplement the record with Plaintiff's Reply to Defendant's Reply in Support of Its Motion to Dismiss (attached as Exhibit A), together with the certified transcript exhibits previously submitted.

In support of this motion, Plaintiff states:

1. The Court denied Plaintiff's application for leave to file a sur-reply (ECF No. 23) on August 4, 2025, without prejudice to other remedies.

2. Plaintiff seeks only to ensure that the attached reply is considered for the limited purpose of judicial notice or record clarification under FRE 201 and Rule 12(d), particularly as to matters of public record, evidentiary posture, and accurate characterization of the procedural history.

3. The attached reply does not raise new claims or theories but directly rebuts new legal arguments and factual characterizations raised for the first time in Defendant's Reply (ECF No. 21), including claims of illegibility and improper supplementation.

4. Plaintiff also respectfully requests that the Court take judicial notice of the sworn declaration and certified call transcripts (Exhibits A and C to ECF No. 18) as integral to the pleading, referenced within the First Amended Complaint, and subject to judicial consideration at this stage without converting the motion into one for summary judgment.

For these reasons, Plaintiff respectfully requests that the Court grant leave to supplement the record and take judicial notice of the attached Exhibit A.

Respectfully Submitted,

*/s/ Jeffrey Pirzinger*                    Dated: August 27, 2025

Jeffrey Thomas Pirzinger
135 Beechwood Dr.
Mamaroneck, NY 10543
(914) 497-1104
Pro Se Plaintiff