# Certificate of Service

**Re: Jeffrey Thomas Pirzinger v. Trans Union LLC, Case No. 7:25-cv-01760-PMH**

I, Jeffrey Thomas Pirzinger, certify that on September 8, 2025 via FedEx tracking # 884190311192, and via fax to 212-440-4401, I served upon defendant's counsel, Andrew G. Hope, Esq., Buchanan Ingersoll & Rooney, 640 Fifth Avenue, 9th Floor, New York, NY 10019:

1. Motion to Supplement the Record and for Judicial Notice (ECF 27)
2. Exhibit A – Plaintiff's Reply to Defendant's Reply in Support of Its Motion to Dismiss (ECF 27-1)
3. Proposed Order Granting Leave (ECF 27-2)
4. Declaration in Support of Motion to Supplement the Record (ECF 28)

Expected delivery for FedEx: Tuesday, September 9, 2025 by 5:00 PM

Facsimile delivered Monday, September 8, 2025 10:23 AM

*[signature]*

Dated September 8, 2025

Jeffrey Thomas Pirzinger
135 BEECHWOOD DR
MAMARONECK, NY 10543
PHONE: 914-497-1104



9/8/25, 10:27 AM                                                      Inbox |

## Fax Successfully Sent to 12124404401

From    RedFax Team <faxes@redfax.com>
To      Jeffrey
Date    Monday, September 8th, 2025 at 10:23 AM

### Fax Sent Successfully

Hello

Your fax was successfully sent to 12124404401, taking 380 seconds.

Thank You,
The RedFax Support Team

**First Page Preview of 16 Page(s)**

**5.16 MB**   1 file attached   1 embedded image

1757341010484.pdf 5.07 MB

https://[redacted]/0/inbox/2YEqRFXP0XAL- dLbw7JZ-i1lgPWRSQEk5qy DcmB4e5YnyEtxlwF6blygTA GiY6ljom2YfhUbsEFIlWSI23w==    1/1