UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

| | |
|---|---|
| JEFFREY THOMAS PIRZINGER, )<br>　　　　　　　　Plaintiff, )<br>  )<br>v. )<br>  )<br>TRANS UNION LLC, )<br>　　　　　　　　Defendant. )<br>  ) | Case No. 7:25-cv-01760-PMH<br>Hon. Philip M. Halpern |

# LETTER REQUEST FOR CLARIFICATION REGARDING SUPPLEMENTAL MATERIALS AND RECORD CONSIDERATION

Honorable Philip M. Halpern:

Plaintiff respectfully seeks clarification as to whether the materials submitted in connection with Plaintiff's Motion to Supplement the Record and for Judicial Notice (ECF No. 27 & No. 28 filed on September 2, 2025), including Plaintiff's reply brief (Exhibit A), certified call transcripts (Exhibits A & C to ECF No. 18), and supporting declaration, will be considered as part of the record in resolving Defendant's pending Motion to Dismiss the First Amended Complaint (ECF No. 17).

Plaintiff's supplemental filing was intended to address several new arguments raised for the first time in Defendant's Reply brief (ECF No. 21), including:

- Defendant's new assertion that Plaintiff improperly sought to "amend the complaint" by attaching certified call transcripts and a dispute letter previously referenced in the FAC;
- Defendant's procedural and evidentiary objections to the admissibility of those exhibits;

- New characterizations of the First Amended Complaint as lacking allegations of falsity, materiality, or causation, despite those issues being addressed in Plaintiff's original opposition and incorporated exhibits;
- Claims that Plaintiff's dispute was "indeterminable" or "illegible," which Plaintiff rebutted via certified transcripts of calls with Trans Union representatives confirming the dispute's receipt, logging, and readability.

Plaintiff wishes to ensure that the record is accurate, complete, and not prejudiced by any factual mischaracterizations that arose only in reply and could not be addressed earlier due to briefing constraints.

This request is made respectfully, not as a motion, and solely for clarification and preservation of the record, particularly in light of the Court's prior denial of Plaintiff's motion for leave to file a sur-reply and subsequent denial of the Motion to Supplement the Record (ECF No. 27 & No. 28).

Thank you for your consideration.

Respectfully Submitted,

*[signature]*   Dated: September 8, 2025

Jeffrey Thomas Pirzinger
135 Beechwood Dr.
Mamaroneck, NY 10543
(914) 497-1104
Pro Se Plaintiff