# Certificate of Service

**Re: Jeffrey Thomas Pirzinger v. Trans Union LLC, Case No. 7:25-cv-01760-PMH**

    I, Jeffrey Thomas Pirzinger, certify that on September 8, 2025 via fax to 212-440-4401, I served upon defendant's counsel, Andrew G. Hope, Esq., Buchanan Ingersoll & Rooney, 640 Fifth Avenue, 9th Floor, New York, NY 10019:

1. Plaintiff's Letter Request for Clarification Regarding Supplemental Materials and Record Consideration

Facsimile delivered Monday, September 8, 2025 10:03 PM

*[signature]*           Dated September 8, 2025

Jeffrey Thomas Pirzinger
135 BEECHWOOD DR
MAMARONECK, NY 10543
PHONE: 914-497-1104

9/8/25, 10:03 PM                                                    Inbox |

## Fax Successfully Sent to 12124404401

From  RedFax Team <faxes@redfax.com>
To    Jeffrey
Date  Monday, September 8th, 2025 at 10:03 PM

### Fax Sent Successfully

Hello

Your fax was successfully sent to 12124404401, taking 89 seconds.

Thank You,
The RedFax Support Team

**First Page Preview of 3 Page(s)**

[Preview of faxed letter: Service via Fax 212-440-4401, Date: September 8, 2025. To: BUCHANAN INGERSOLL ROONEY, ATTN: ANDREW G. HOPE, 640 FIFTH AVE, 9TH FL, NEW YORK, NY 10019. From: JEFFREY THOMAS PIRZINGER, 135 BEECHWOOD DR, MAMARONECK, NY 10543. Re: Jeffrey Thomas Pirzinger v. Trans Union LLC, Case No. 7:25-cv-01760-PMH (S.D.N.Y.), Service of LETTER REQUEST FOR CLARIFICATION REGARDING SUPPLEMENTAL MATERIALS AND RECORD CONSIDERATION.]

**1.12 MB**  1 file attached  1 embedded image

1757383284167.pdf 1.02 MB

https://...u/0/inbox/yiY7qxVvDcMkp_8i_mqvY_7nCPegLQ7AoLZ8FvA9SM-2BS0SYbiQqfU1ObVgUPQ5vjYpe5oMRXi-ce13A7SEiA==    1/1