## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

| | |
|---|---|
| JEFFREY THOMAS PIRZINGER,      ) | |
|        Plaintiff,     ) | |
|       ) | |
| v.       ) | |
|       ) | Case No. 7:25-cv-01760-PMH |
| TRANS UNION LLC,       ) | Hon. Philip M. Halpern |
|       Defendant.    ) | |
|       ) | |

## SECOND AMENDED COMPLAINT EXHIBIT INDEX

**EXHIBIT A:**

**Revocation of Consent**

Plaintiff's notarized letter dated December 26, 2024 revoking all electronic communications and requiring Trans Union to send all disclosures and dispute results exclusively by postal mail. Delivered to Trans Union on December 30, 2024 via Federal Express (Tracking No. 771017192906).

**EXHIBIT B:**

**January 2, 2025 Written Communication (35-Items Disputed)**

Plaintiff's written communication identifying thirty-five individually numbered disputed items, each corresponding to Plaintiff's Trans Union consumer disclosure. Delivered to Trans Union on January 6, 2025 via Federal Express (Tracking No. 771146841215).

**EXHIBIT C:**

**Federal Express Proof-of-Delivery Records**

Delivery confirmations for Exhibits A and B showing Trans Union's receipt on December 30, 2024 and January 6, 2025 respectively.

**EXHIBIT D:**

**Trans Union Letter Dated January 8, 2025 ("Re: Dispute Status")**

Trans Union's letter stating that Plaintiff's submission was "illegible" or "undeterminable," referencing "Dispute Status."

**EXHIBIT E:**

**Plaintiff's Call Transcripts to Trans Union**

Transcripts of Plaintiff's telephone conversations with Trans Union representatives concerning the January 8, 2025 letter and the handling of Plaintiff's 35-items disputed.

**EXHIBIT F:**

**Adverse Action Notices**

Credit denial notices from the February 22, 2025 consumer credit transaction, referencing Plaintiff's Trans Union consumer report.

**EXHIBIT G:**

**MSRP Printout**

Vehicle purchase MSRP printout showing purchase order #0570448717 in the amount of $95,865 for which Plaintiff sought one hundred percent financing.

**EXHIBIT H:**

**Trans Union Consumer Disclosure Dated December 20, 2024**

Plaintiff's Trans Union consumer disclosure (#450079572-043) listing the thirty-five items disputed in Exhibit B.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)**

JEFFREY THOMAS PIRZINGER,               )
                    Plaintiff,     )
                                 )
                                 )
v.                                                      )
                                 )     Case No. 7:25-cv-01760-PMH
TRANS UNION LLC,                             )     Hon. Philip M. Halpern
                Defendant.     )
                                 )

**SECOND AMENDED COMPLAINT EXHIBITS**

# EXHIBIT A:

**Revocation of Consent**

Plaintiff's notarized written communication dated December 26, 2024 revoking all electronic communications and requiring Trans Union to send all disclosures and dispute results exclusively by postal mail. Delivered to Trans Union on December 30, 2024 via Federal Express (Tracking No. 771017192906).

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771017192906

From: JEFFREY THOMAS PIRZINGER                              Date: December 26, 2024
       135 BEECHWOOD DR
       MAMARONECK, NY 10543                    **Notice to the Principal is Notice to the Agent**
       SSN: ▮▮▮▮1654                            **Notice to the Agent is Notice to the Principal**
       PHONE: ▮▮▮▮▮▮
       EMAIL: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

To:    TRANS UNION, LLC                          ┌─────────────────────────────────┐
       555 W ADAMS ST                            │ **Utility Bill Attached as Page 8** │
       CHICAGO IL 60661                          │ **Passport Attached as Page 9**    │
                                                 └─────────────────────────────────┘

Subject:      **REVOCATION OF CONSENT**
              **CANCELLATION OF AGREEMENTS**
              **NOTIFICATION REQUIREMENTS UNDER APPLICABLE LAWS**

Dear TRANS UNION, LLC,

This legal notice is directed to you and your subsidiaries, representatives, affiliates, and any

associated entities acting on your behalf. This presentment addresses matters arising from the

usage and association of my name ("JEFFREY THOMAS PIRZINGER"), Social Security Number

(▮▮▮▮1654), and email address (▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮) as referenced in your

systems.

**1. REVOCATION OF CONSENT**

As the legal and registered owner of the above-mentioned identifying information, I hereby

revoke all previously granted consent for any and all communication to or with me, the

consumer, via electronic means. This includes all electronic communications initiated or

received by TRANS UNION, LLC, its subsidiaries, affiliates, or third-party associates.

This revocation applies explicitly to:

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771017192906

**THIS PAGE INTENTIONALLY LEFT BLANK**

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771017192906

-All forms of electronic communication, including but not limited to email, text, and digital notifications.

-Any implied or explicit agreements or permissions that authorize the dissemination, receipt, or acknowledgment of electronic information.

-No further electronic communication to or with me shall be considered authorized or consented to for any purpose.

## 2. CANCELLATION OF ONLINE PROFILES AND ACCOUNTS

I demand the immediate cancellation of any and all online profiles, memberships, or accounts associated with the name, Social Security Number, and email address provided above. This includes any stored agreements, services, or product memberships managed or facilitated by your organization or any third parties under your direction.

## 3. NOTIFICATION REQUIREMENTS FOR DISPUTES AND CONSUMER COMMUNICATIONS

Pursuant to the Fair Credit Reporting Act and other applicable state and federal laws, any future communication regarding disputes, consumer reports, other disclosures or notices related to my consumer file must be sent in paper format only to my designated mailing address:

## 135 BEECHWOOD DR, MAMARONECK, NY 10543

No future electronic communication of any kind is authorized.

Any electronically transmitted correspondence to or with me following receipt of this legal notice shall be considered null and void and legally unenforceable.

Page 3 of 8

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771017192906

**THIS PAGE INTENTIONALLY LEFT BLANK**

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771017192906

## 4. COMPLIANCE WITH FEDERAL AND STATE STATUTES

This notice serves to ensure your compliance with statutory and regulatory obligations,

including but not limited to:

### Federal Laws

1. Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 et seq.

2. Electronic Signatures in Global and National Commerce Act (E-SIGN), 15 U.S.C. § 7001 et

   seq.

3. Privacy Act of 1974, 5 U.S.C. § 552a

4. Right to Financial Privacy Act, 12 U.S.C. § 3401 et seq.

### New York State Laws

1. New York General Business Law § 380 et seq. (New York Fair Credit Reporting Act)

2. New York General Business Law § 349

3. New York Civil Rights Law § 50 and § 51

Failure to adhere to these statutes constitutes a breach of legal obligations and may result in

civil liability for damages arising from unauthorized disclosures, miscommunication, or

procedural violations.

## 5. DELIVERY AND ENFORCEMENT

This presentment is being sent via Federal Express, 2-Day Delivery with indirect signature

required for proof of delivery. The effective date of this notice shall be the date confirmed by

the delivery service as received by TRANS UNION, LLC

Page 5 of 8

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771017192906

THIS PAGE INTENTIONALLY LEFT BLANK

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771017192906

Your compliance with the above terms is expected without delay. Failure to act in accordance

with this notice may result in further legal actions.

**JURAT AND NEW YORK NOTARY ACKNOWLEDGMENT**

**Verification Under Oath**

I, JEFFREY THOMAS PIRZINGER, being first duly sworn, declare and affirm that the foregoing

statements are true, correct, and complete to the best of my knowledge and belief.

_by Par_                    _12/26/24_

Signature                  Date

State of New York )

County of Westchester )

On this _26_ day of _December_ , 20_24_, before me, the undersigned, a Notary Public in

and for the State of New York, personally appeared [Your Name], personally known to me or

proved to me on the basis of satisfactory evidence to be the individual whose name is

subscribed to the within instrument and acknowledged to me that they executed the same in

their capacity, and that by their signature on the instrument, the individual executed the

instrument.

Notary Public Signature: _____

Printed Name: _Stephanie Vargas_

My Commission Expires: _3/13/2027_

Notary Public Registration Number: _01VACC02757_

STEPHANIE VARGAS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01VA0002757
Qualified in Westchester County
Commission Expires 03/13/2027

Page 7 of 8

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771017192906



Page 1 of 4

**conEdison**

Current balance due

$

**Pay By 12/09/24**

JEFFREY PIRZINGER
Account: [redacted]  Prior Account: [redacted]

Service delivered to: 135 BEECHWOOD DR PD
Next Billing Date: Tuesday, December 17, 2024

**Your bill breakdown**

**Last billing period**
Your billing summary as of Nov 15, 2024
Your previous charges and payments
Total charges from your last bill          $[redacted]
Payments through Nov 14                     None

Balance from previous bill                  $[redacted]

**Your new charges**
Billing period: Oct 15, 2024 to Nov 14, 2024
Electricity charges - for 30 days          $[redacted]
Gas charges - for 30 days                  $[redacted]

Total from this billing period             $[redacted]

**Total amount due**                       $[redacted]

Payment is due upon receipt of this bill. To avoid a late payment charge of 1.5%, please pay the total amount due by Dec 09, 2024.

**Your average daily electric usage**

7.37 kWh

**Your average daily gas usage**

0.97 therms

**Messages For You**

To save on energy and heating costs with energy efficiency solutions, visit conEd.com/Savings.

YOUR DOLLAR FOR ENERGYSHARE CAN MAKE A DIFFERENCE
EnergyShare helps eligible residential customers struggling to pay their bills with one-time grants of up to $200. Pay the total amount of this bill and exactly $1.00 more for the EnergyShare fund. Con Edison will match each contribution.

Questions? Contact Us: conEd.com/ContactUs  1-212-780-6600  netmetering@coned.com

**conEdison** PO BOX 1702 NEW YORK, NY 10116-1702

**Your Energy Bill**

Account number: [redacted]

Pay By 12/09/24                 $[redacted]

Amount Enclosed

☐ Enroll In Auto Pay

Please make checks payable to Con Edison.

JEFFREY PIRZINGER

135 BEECHWOOD DR
MAMARONECK NY 10543-1201

**conEdison**
PO BOX 1702
NEW YORK, NY 10116-1702

S21

0001969

Page 8 of 8

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771017192906



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

JEFFREY THOMAS PIRZINGER,    )
                       Plaintiff,    )
                              )
v.    )
                              )    Case No. 7:25-cv-01760-PMH
TRANS UNION LLC,    )    Hon. Philip M. Halpern
                   Defendant.    )
                              )

**SECOND AMENDED COMPLAINT EXHIBITS**

# EXHIBIT B:

**January 2, 2025 Written Communication (35-Items Disputed)**

Plaintiff's written communication identifying thirty-five individually numbered disputed items, each corresponding to Plaintiff's Trans Union consumer disclosure. Delivered to Trans Union on January 6, 2025 via Federal Express (Tracking No. 771146841215).

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771146841215

From:  JEFFREY THOMAS PIRZINGER                                           Date: January 2, 2025
       135 BEECHWOOD DR
       MAMARONECK, NY 10543                    **Notice to the Principal is Notice to the Agent**
       SSN: ▮▮▮▮▮▮▮▮▮                          **Notice to the Agent is Notice to the Principal**
       PHONE: ▮▮▮▮▮▮▮▮▮

To:    TRANSUNION LLC
       555 W ADAMS ST
       CHICAGO, IL 60661

Subject:    **35 DISPUTED INACCURATE ITEMS OF INFORMATION**

Dear TRANSUNION LLC,

I am contacting you, as the consumer, directly and in writing, under the Fair Credit Reporting Act (FCRA), to dispute the accuracy of 35 items of information listed below, which are contained in consumer report # 450079572-043 (attached) at TRANSUNION LLC, pursuant to 15 U.S.C. § 1681i(a)(1)(A), which requires you to conduct a reasonable reinvestigation to determine whether the 35 disputed items of information are inaccurate.

To ensure full compliance with the FCRA, I am specifically requesting that your replies to these 35 disputes be itemized. Each of the 35 items of information listed herein must be separately addressed and explained. A blanket, broad, or generalized response will not be acceptable under the FCRA. Your response must clearly reference each of the 35 disputed items of information, along with the corresponding results of their reinvestigations (i.e., whether each item was verified, modified, or deleted).

I will not grant any extensions of time beyond the statutory deadlines provided by the FCRA for the reinvestigations and response process since the FCRA already provides sufficient time to complete these obligations. Pursuant to 15 U.S.C. § 1681i(a)(1)(A), you are required to

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771146841215 complete the reinvestigations of the 35 disputed items of information listed below within 30 days of receiving this notice. Pursuant to 15 U.S.C. § 1681i(a)(6)(A), you are required to provide the results of each of the 35 reinvestigations within 5 business days after each is completed.

Pursuant to 15 U.S.C. § 1681i(a)(6)(A), I am exercising my right to have the results of each reinvestigation of the 35 disputed items mailed to my address listed above and sent by no other means of communication. Any prior authorization for delivery of reinvestigation results by any other means, including but not limited to email, electronic portals, or telephone, is hereby revoked.

Be advised that I am expressly reserving all of my rights under the FCRA and any other applicable laws. Nothing herein shall be construed as a waiver, limitation, or relinquishment of any of my rights under the FCRA. Additionally, I will not waive, release, or excuse any of your obligations under the FCRA, including but not limited to your duty to conduct a reasonable reinvestigation of the 35 disputed items of information, and your compliance with all statutory deadlines.

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771146841215

## 35 DISPUTED INACCURATE ITEMS OF INFORMATION:

| Disputed Item Number | Furnisher | Account Number | Inaccurate Item | Reason |
|---|---|---|---|---|
| 1 | ELAN SVCS/FIDELITY | ▆▆0929 | Pay Status: Charged Off | Not Charged Off |
| 2 | ELAN SVCS/FIDELITY | ▆▆0929 | Original Charge-off: $18,779 | Not Charged Off |
| 3 | ELAN SVCS/FIDELITY | ▆▆0929 | Commentary: Maximum Delinquency of 120 days in 07/2024 and in 08/2024 | Inaccurate. Not delinquent |
| 4 | ELAN SVCS/FIDELITY | ▆▆0929 | High Balance: $21,551 from 10/2024 to 11/2024 | Inaccurate amount |
| 5 | ELAN SVCS/FIDELITY | ▆▆0929 | Status: $21,551 past due | Amount past due is inaccurate |
| 6 | ELAN SVCS/FIDELITY | ▆▆0929 | Balance 10/2024 $21,551 | Inaccurate amount |
| 7 | ELAN SVCS/FIDELITY | ▆▆0929 | Balance 11/2024 $21,551 | Inaccurate amount |
| 8 | ELAN SVCS/FIDELITY | ▆▆0929 | Rating 4/2024 30 | Payment not late |
| 9 | ELAN SVCS/FIDELITY | ▆▆0929 | Rating 5/2024 60 | Payment not late |
| 10 | ELAN SVCS/FIDELITY | ▆▆0929 | Rating 6/2024 90 | Payment not late |
| 11 | ELAN SVCS/FIDELITY | ▆▆0929 | Rating 7/2024 120 | Payment not late |
| 12 | ELAN SVCS/FIDELITY | ▆▆0929 | Rating 8/2024 120 | Payment not late |
| 13 | ELAN SVCS/FIDELITY | ▆▆0929 | Rating 10/2024 C/O | Not Charged Off |

Page 3 of 13

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771146841215

| 14 | ELAN SVCS/FIDELITY | 0929 | Rating 11/2024 C/O | Not Charged Off |
|---|---|---|---|---|
| 15 | ELAN SVCS/FIDELITY | 0929 | Remarks: 10/2024 CBC/PRL | Inaccurate. Account not Closed By Consumer, No Unpaid Balance, Not Charged Off |
| 16 | ELAN SVCS/FIDELITY | 0929 | Remarks: 11/2024 CBC/PRL | Inaccurate. Account not Closed By Consumer and No Unpaid Balance Charged Off |
| 17 | TBOM/FORTIVA | 9727 | Balance: $1,864 | Inaccurate amount |
| 18 | TBOM/FORTIVA | 9727 | Pay Status: Account 90 Days Past Due | Inaccurate. Not Past Due |
| 19 | TBOM/FORTIVA | 9727 | Terms: $110 per month | Inaccurate amount |
| 20 | TBOM/FORTIVA | 9727 | Commentary: Maximum Delinquency of 90 days in 12/2024 for $112 | Inaccurate. No delinquency |
| 21 | TBOM/FORTIVA | 9727 | Past Due: $112 | Inaccurate. $0 past due |
| 22 | TBOM/FORTIVA | 9727 | Rating 11/2024 30 | Payment not late |
| 23 | TD BANK USA/TARGETCREDI | 1360 | Pay Status: Account 90 Days Past Due | Inaccurate. Account Not Past Due |
| 24 | TD BANK USA/TARGETCREDI | 1360 | Terms: $461 per month | Inaccurate amount |
| 25 | TD BANK USA/TARGETCREDI | 1360 | Commentary: Maximum Delinquency of | Inaccurate. No delinquency |

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771146841215

| | | | 90 days in 12/2024 for $1,221 | |
|---|---|---|---|---|
| 26 | TD BANK USA/TARGETCREDI | 1360 | Remarks: CLOSED BY CREDIT GRANTOR | Account is closed but inaccurate commentary on who closed the account |
| 27 | TD BANK USA/TARGETCREDI | 1360 | Balance 10/2024 $12,438 | Inaccurate balance amount |
| 28 | TD BANK USA/TARGETCREDI | 1360 | Balance 11/2024 $13,109 | Inaccurate balance amount |
| 29 | TD BANK USA/TARGETCREDI | 1360 | Scheduled Payment 10/2024 $434 | Inaccurate amount |
| 30 | TD BANK USA/TARGETCREDI | 1360 | Scheduled Payment 12/2024 $461 | Inaccurate amount |
| 31 | TD BANK USA/TARGETCREDI | 1360 | Past Due 10/2024 $341 | Inaccurate. Not past due |
| 32 | TD BANK USA/TARGETCREDI | 1360 | Past Due 12/2024 $1,221 | Inaccurate. Not past due |
| 33 | TD BANK USA/TARGETCREDI | 1360 | Rating 10/2024 30 | Payment not late |
| 34 | TD BANK USA/TARGETCREDI | 1360 | Rating 11/2024 60 | Payment not late |
| 35 | TD BANK USA/TARGETCREDI | 1360 | Rating 12/2024 90 | Payment not late |

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771146841215

*** 450079572-043 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

12/20/2024

Information for Good.

Find an inaccuracy on your report?
Submit your dispute online at:
http://transunion.com/disputeonline

P-I000001-
JEFFREY THOMAS PIRZINGER
135 BEECHWOOD DR
MAMARONECK, NY 10543-1201

Enclosed is the TransUnion Personal Credit Report that you requested. As a trusted leader in the consumer credit information industry, TransUnion takes the accuracy of your credit information very seriously. We are committed to providing the complete and reliable credit information that you need to participate in everyday transactions and purchases.

If you believe an item of information to be incomplete or inaccurate, please alert us immediately. We will investigate the data and notify you of the results of our investigation.

To make it easier to request an investigation, you can now submit your request online, **24 hours a day, 7 days a week.** You must have an active email address to use the online service. Please note that your email address will only be used for communicating with you regarding your request and the results of our investigation. Your email address will not be shared with any non-TransUnion entities.

**To submit an online request for investigation:**

**Step 1.** Go to the TransUnion online investigation service at http://transunion.com/disputeonline
**Step 2.** Follow the instructions provided by the web site.

Once submitted, you will receive online confirmation of your request. You will also be notified by email when we complete our investigation and your results will be available online. You can check the status of your investigation online by logging into your account.

If you are experiencing a financial hardship related to a public health emergency or your personal circumstances, you can add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit-help.

Thank you for helping ensure the accuracy of your credit information.

TransUnion Consumer Relations

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771146841215

## TransUnion Credit Score
JEFFREY THOMAS PIRZINGER

### YOUR CREDIT SCORE



| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score **Not Purchased** (See Below) Grade - Created on 12/20/2024 | Unavailable (See Below) | Unavailable (See Below) |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 850 to 300 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |

**About your TransUnion Credit Score**

TransUnion is now including some Buy Now, Pay Later (BNPL) installment loans, also known as 'point-of-sale installment loans,' on credit reports. At this time, BNPL information provided to TransUnion is visible to you, but scoring providers, lenders, insurers or other authorized companies that may access your credit report will not be able to use this data. As a result, it will not affect credit decisions or credit scores calculated using TransUnion data. In the future, Buy Now, Pay Later data may be factored into credit scores and credit decisions (for example, account opening or account review decisions). If you have questions please visit https://www.transunion.com/buy-now-pay-later to learn more.

**Summary**

You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

## Important Information Concerning <u>Your</u> TransUnion Credit Report:

• Your SSN has been masked for your protection. You may request disclosure of your full Social Security number by writing to us at the address found at the end of this report.
• For your protection, your account numbers have been partially masked, and in some cases scrambled.
• Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

**YOUR CREDIT FILE CONTAINS:**

• One or more Adverse Accounts. Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< or shading to those items in this report.
• One or more satisfactory accounts.
• Regular Inquiries. Inquiries are posted when someone accesses your credit information from TransUnion. The presence of an inquiry means that the company listed received your credit information on the dates specified. These inquiries will remain on your credit file for up to 2 years.
• Account Review Inquiries. The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).
• A Promotional Opt-Out. A promotional opt-out excludes you from promotional marketing lists that are provided by TransUnion.

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771146841215

| File Number: | 459079572 | Page: 1 of 11 | TransUnion |
| Date Issued: | 12/20/2024 | | |

## Personal Information

SSN: ▊

You have been on our files since 04/01/▊

Date of Birth: ▊

### Names Reported: JEFFREY THOMAS PRZINGER

### Addresses Reported:

| Address | | Date Reported |
| 135 BEECHWOOD DR, MAMARONECK, NY 10543-1201 | | |

### Telephone Numbers Reported:

▊

### Employment Data Reported:

| Employer Name | Date Verified | Location | Position | Date Hired |
|---|---|---|---|---|

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of the account.

### Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

### Remark Key

Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as "Remarks". The key below gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets >< indicates that this remark is considered adverse.

CBC  ACCOUNT CLOSED BY CONSUMER
DRC  DISP INVG COMP-CONSUM DISAGRS

CBG  CLOSED BY CREDIT GRANTOR
>PRL<  UNPAID BALANCE CHARGED OFF

CLO  CLOSED

## Accounts with Adverse Information

**ELAN FIN SVCS/FIDELITY #**▊ ***(CB D/SPUTES, PO BOX 108, SAINT LOUIS, MO 63166, (866) 234-4750)

| | | |
|---|---|---|
| Date Opened: 03/05/2012 | Date Updated: 11/30/2024 | Pay Status: >Charged Off< |
| Responsibility: Individual Account | Payment Received: $0 | Terms: Paid Monthly |
| Account Type: Revolving Account | Last Payment Made: 07/08/2024 | Date Closed: 02/01/2024 |
| Loan Type: FLEXIBLE SPENDING CREDIT CARD | Original Charge-off: $18,779 | Maximum Delinquency of 120 days in 07/2024 and in 08/2024 |

High Balance: High balance of $21,551 from 10/2024 to 11/2024
Credit Limit: Credit limit of $35,000 from 10/2024 to 11/2024
Estimated month and year that this item will be removed: 03/2031

| | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $21,551 | $21,551 | | | | | | | | | | |
| Scheduled Payment | | $0 | | | | | | | | | | |
| Amount Paid | $0 | $0 | | | | | | | | | | |
| Past Due | $21,551 | $21,551 | | | | | | | | | | |
| Remarks | CBC/FRU | CBC/PRU | | | | | | | | | | |
| Rating | C/O | C/O | N/R | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | OK |

| | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 10/2020 | 09/2020 | 08/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

To dispute online go to: http://transunion.com/disputeonline

**Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771146841215**

Page: 2 of 13

Consumer Credit Report for JEFFREY THOMAS PIRZINGER

File Number: 450079572   Date Issued: 12/20/2024

| | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**TBOM/FORTIVA #** ▓▓▓▓ *** (POB 105555, ATLANTA, GA 30348-5555, (800) 710-2961 )

| | | | |
|---|---|---|---|
| Date Opened: | 06/30/2024 | Balance: | $1,864 |
| Responsibility: | Individual Account | Date Updated: | 12/16/2024 |
| Account Type: | Revolving Account | Payment Received: | $0 |
| Loan Type: | CREDIT CARD | High Balance: | $1,864 |
| | | Credit Limit: | $1,874 |
| | | Past Due: | >$112< |

Pay Status:   Account 90 Days Past Due Date
Terms:   $110 per month, paid Monthly
Date Closed: 10/04/2024
Maximum Delinquency of 90 days in 12/2024
for $112<

Remarks: DISP INVG COMP-CONSUM DISAGRS
Estimated month and year that this item will be removed: 10/2031

| | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 |
|---|---|---|---|---|---|
| Rating | 30 | OK | OK | OK | OK |

**TD BANK USA/TARGET CREDI #** ▓▓▓▓ *** (P O BOX 1470, MINNEAPOLIS, MN 55440, Phone number not available )

| | | | |
|---|---|---|---|
| Date Opened: | 04/23/2015 | Date Updated: | 12/17/2024 |
| Responsibility: | Individual Account | Payment Received: | $0 |
| Account Type: | Revolving Account | Last Payment Made: | 07/24/2024 |
| Loan Type: | CREDIT CARD | | |

Pay Status:   Account 90 Days Past Due Date
Terms:   $461 per month, paid Monthly
Date Closed: 11/17/2024
Maximum Delinquency of 90 days in 12/2024
for $1,221<

High Balance: High balance of $13,638 from 10/2024 to 10/2024; $13,109 from 12/2024 to 12/2024
Credit Limit: Credit limit of $11,600 from 10/2024 to 10/2024; $11,600 from 12/2024 to 12/2024
Remarks: CLOSED BY CREDIT GRANTOR
Estimated month and year that this item will be removed: 09/2031

| | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $13,109 | | $13,638 | | | | | | | | | |
| Scheduled Payment | $461 | | $434 | | | | | | | | | |
| Amount Paid | $0 | | $0 | | | | | | | | | |
| Past Due | $1,221 | | $341 | | | | | | | | | |
| Rating | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771146841215



Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771146841215



Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771146841215

**Attachments:**

1) Consumer report # 450079572-043 at TRANSUNION LLC evidencing the 35 inaccurate

   items listed above.

2) Utility bill for address/identity verification.

3) Passport for identity verification.

4) Notary Acknowledgment for identity verification.

### REMAINDER OF PAGE INTENTIONALLY LEFT BLANK

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771146841215

## JURAT AND NEW YORK NOTARY ACKNOWLEDGMENT

**Verification Under Oath**

I, Jeffrey Thomas Pirzinger, being first duly sworn, declare and affirm that the foregoing

statements are true, correct, and complete to the best of my knowledge and belief.

_____          1/2/2025

Signature                          Date

State of New York )

County of Westchester )

On this __2__ day of __January__, 2025, before me, the undersigned, a Notary Public in

and for the State of New York, personally appeared Jeffrey Thomas Pirzinger, personally known

to me or proved to me on the basis of satisfactory evidence to be the individual whose name is

subscribed to the within instrument and acknowledged to me that they executed the same in

their capacity, and that by their signature on the instrument, the individual executed the

instrument.

Notary Public Signature: _____

Printed Name: __Gennaro Mazzella__

My Commission Expires: __02-27-26__

Notary Public Registration Number: __01MA6141615__

GENNARO MAZZELLA
Notary Public - State of New York
ID No. 01MA6141615
Qualified in Dutchess County
My Commission Expires February 27, 20 26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)**

JEFFREY THOMAS PIRZINGER,                    )
                          Plaintiff,         )
                                             )
v.                                           )
                                             )          Case No. 7:25-cv-01760-PMH
TRANS UNION LLC,                             )          Hon. Philip M. Halpern
                          Defendant.         )
                                             )

**SECOND AMENDED COMPLAINT EXHIBITS**

# EXHIBIT C:

**Federal Express Proof-of-Delivery Records**

Delivery confirmations for Exhibits A and B showing Trans Union's receipt on December 30, 2024 and January 6, 2025 respectively.

March 03, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 771017192906

Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | G.GREY | Delivery Location: | 555 W ADAMS ST |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday | | CHICAGO, IL, 60661 |
| | | Delivery date: | Dec 30, 2024 08:58 |

Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 771017192906 | Ship Date: | Dec 26, 2024 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:
LEGAL DEPARTMENT, TRANS UNION, LLC
555 W ADAMS ST
CHICAGO, IL, US, 60661

Shipper:
JEFFREY THOMAS PIRZINGER,
135 Beechwood Dr
Mamaroneck, NY, US, 10543

| | |
|---|---|
| Reference | REVOCATION OF CONSENT & |
| Purchase Order | CANCELLATION OF AGREEMENTS & |
| Invoice | NOTIFICATION REQUIREMENTS |
| Department Number | UNDER APPLICABLE LAWS |



Thank you for choosing FedEx



After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



January 14, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 771146841215

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | Y.JOHNSON | Delivery Location: | 555 W ADAMS ST |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday | | CHICAGO, IL, 60661 |
| | | Delivery date: | Jan 6, 2025 12:44 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 771146841215 | Ship Date: | Jan 2, 2025 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:
DISPUTE DEPARTMENT, TRANSUNION LLC
555 W ADAMS ST
CHICAGO, IL, US, 60661

Shipper:
Jeffrey Thomas Pirzinger,
135 Beechwood Drive
Mamaroneck, NY, US, 10543

Reference                     35 DISPUTED INACCURATE ITEMS OF INFORMATION



Thank you for choosing FedEx



After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)**

| | | |
|---|---|---|
| JEFFREY THOMAS PIRZINGER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 7:25-cv-01760-PMH |
| TRANS UNION LLC, | ) | Hon. Philip M. Halpern |
| Defendant. | ) | |
| | ) | |

**SECOND AMENDED COMPLAINT EXHIBITS**

# EXHIBIT D:

**Trans Union Letter Dated January 8, 2025 ("Re: Dispute Status")**

Trans Union's letter stating that Plaintiff's submission was "illegible" or "undeterminable,"

referencing "Dispute Status."



\*\*\*450079572-049\*\*\*
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

**File Number:** 450079572
**Page:** 1 of 2
**Date Issued:** 1/8/2025

**TransUnion.**

PL7MBE00107353-1014705-229107020
JEFFREY T PIRZINGER
135 BEECHWOOD DR
MAMARONECK, NY 10543-1201

We appreciate you taking the time to contact us at TransUnion. Our goal is to maintain complete and accurate credit information. It's our commitment to you.

Re: Dispute Status

After reviewing your correspondence, we are unable to process your request because we were unable to determine the nature of your request or your request was illegible. To investigate information contained in your credit report, please type or print the account name and number, and specify why you are disputing it (for example, "this is not my account", "I have never paid late", etc.). Please provide us with this information so we may process your request and initiate an investigation. You may contact us at (800) 916-8800. Our business hours are Monday through Friday, 8:00 am - 11:00 pm, Eastern Time.

We're here to help. Should you have any further questions please contact us at:
- www.transunion.com
- (800) 916-8800
- P.O. Box 2000
Chester, PA 19016-2000

Please have your file number ready 450079572.



| | |
|---|---|
| File Number: | 450079572 |
| Page: | 2 of 2 |
| Date Issued: | 1/8/2025 |



**TransUnion®**

## Disclosure Request Form

To receive a copy of your credit report, please complete this form and attach proof of the required information before returning it to TransUnion Consumer Relations. If you wish, you may also use this form to purchase a credit score and have it sent with your credit report.

| Name: | SSN: |
|---|---|
| Current Address: | Previous Address: |
| Other Name(s) Used: | Date of Birth : |

**Proof of Current Address**

Acceptable forms of Current Address verification include copies of two of the following documents that show your Current Address:
a) Driver's license
b) Utility bill
c) Bank or credit union statement
d) Cancelled check
e) Signed homeless shelter letter
f) Stamped post office box receipt
g) Government issued ID
h) State ID card
i) Pay stub

**Proof of Social Security Number**

Acceptable forms of Social Security verification include a copy of one of the following documents that shows your Social Security Number:
a) Social Security card
b) Letter from the Social Security Administration
c) Military ID
d) Medicaid or Medicare card

**Proof of Date of Birth**

Acceptable forms of Date of Birth verification include a copy of one of the following documents that shows your Date of Birth:
a) Birth certificate
b) Driver's license
c) Government issued ID
d) Passport

Important notes regarding acceptable forms of proof:
- Utility Bills, Bank or Credit Union Statements, Cancelled Checks and Pay Stubs must not be older than 2 months.
- P.O. Box Receipts and Homeless Shelter Letters must not be older than 12 months.
- We are unable to accept documents that contain a past expiration date as proof.
- Electronic statements printed from a website cannot be accepted as proof.

**Include Payment (if necessary)**
If you would like to receive your TransUnion Consumer Credit Score in addition to the credit report, please provide additional payment.

**TransUnion Credit Score - $9.95**

Check here ☐ to include credit score with credit report.

Check credit card type:  ☐ MasterCard   ☐ American Express   ☐ VISA   ☐ DISCOVER

Card Number: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐   Expiration Month/Year:_____ / _____

You may also pay by sending a check or money order, for the required amount, payable to TransUnion. Once payment is received, we will promptly send you a copy of your credit report (and score if applicable).

Form-950 (Disclosure Request)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)**

| | | |
|---|---|---|
| JEFFREY THOMAS PIRZINGER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 7:25-cv-01760-PMH |
| TRANS UNION LLC, | ) | Hon. Philip M. Halpern |
| Defendant. | ) | |
| | ) | |

**SECOND AMENDED COMPLAINT EXHIBITS**

# EXHIBIT E:

### Plaintiff's Call Transcripts to Trans Union

Transcripts of Plaintiff's telephone conversations with Trans Union representatives concerning the January 8, 2025 letter and the handling of Plaintiff's 35-items disputed.



Vanan Online Services, Inc.
Think Service Think Vanan

# Certificate of Transcription

**Transcription of "2025-07-01-12-00-21-phone-TransUnion-800-916-8800-.mp3".**

We, Vanan Online Services, Inc. a professional transcription company, hereby certify that the above-mentioned document(s) has/have been transcribed by our qualified and experienced transcriber(s) is/are accurate and true transcription of the original document(s).

This is to certify the correctness of the transcription only. Our transcriber is in no way related, by immediate family ties or marriage, to any parties related to the materials transcript. Transcription was done in the regular course of business.

A copy of the transcription is attached to this certification.

**Saravanan Nagaraj, CEO**

Date: 3rd day of July 2025.

Vanan Online Services, Inc.
ATA Member #101387
ISO 9001:2015

# 2025-07-01-12-00-21-phone-TransUnion-800-916-8800-

1    [audio starts 00:00:00]

2    00:00:00 Recording:  Thank you for calling TransUnion. For English, press or say one.

3    [vernacular 00:00:03] Calls are recorded for quality and training purposes. For faster service,

4    please visit www.transunion.com to explore our many self-service options or you can use our

5    new mobile messaging experience. How can we help you today?

6    00:00:21 Jeffrey:  Representative.

7    00:00:24 Recording:  I heard that you want to speak with an agent. Is that correct?

8    00:00:27 Jeffrey:  Yes.

9    00:00:28 Recording:  To continue this conversation over text press or say one for Android

10    and two for iPhone. Otherwise, stay on the line for the next available agent. Please say or enter

11    your current mailing zip code.

12    00:00:41 Jeffrey:  10543.

13    00:00:44 Recording:  You entered 10543. Press or say one if this is correct or press or say

14    two to try again. Please say or enter your full social security number. Please say or enter your

15    date of birth using two digits for the month, two digits for the day, and four digits for the year.

16    You entered December 5th, 1979. Press or say one if this is correct or press or say two to try. To

17    verify, say or enter the numeric portion of your street address followed by the pound key. You

18    entered 135. Press or say one if this is correct or press or say ... two to stay on the line for the

19    next available agent.

20    00:01:32 Transunion:  [indistinct 00:01:32] and before we get started, Jeffrey, please

21    provide your phone number and email address where can contact you in the event that this call

22    gets disconnected.

## 2025-07-01-12-00-21-phone-TransUnion-800-916-8800-

1    00:01:43 Jeffrey:  I do not have an email address to provide to you, but the phone number is

2    914-497-1104. What did you say your name was?

3    00:01:54 Transunion:  [indistinct 00:01:54] My name is Summer, it's like the summer.

4    00:01:58 Jeffrey:  How do you, Summer, S-U-M-M-E-R.

5    00:02:02 TransUnion Rep.:  That is correct, Jeffrey.

6    00:02:03 Jeffrey:  Okay.

7    00:02:03 TransUnion Rep.:  Jeffrey, how may I help you this afternoon?

8    00:02:05 Jeffrey:  I'm calling from New York. It's July 1st. Where are you? Are you in the

9    United States, too?

10   00:02:12 TransUnion Rep.:  Abroad.

11   00:02:13 Jeffrey:  What's that?

12   00:02:13 TransUnion Rep.:  Currently in the Philippines.

13   00:02:15 Jeffrey:  The Philippines, awesome. Is it nice and sunny out there today?

14   00:02:18 TransUnion Rep.:  It's kind of rainy outside.

15   00:02:21 Jeffrey:  Oh, well, stay dry. So I'm calling about a mailing that I'm showing that

16   you guys received back on January 6th. It was a series of disputes. Can you pull that up in your

17   system, please, the documentation?

18   00:02:7 TransUnion Rep.:  Of course, definitely, definitely, Jeffrey. Of course. Hold on a

19   second. Let me just try to pull up those documents.

20   00:02:44 Jeffrey:  Thank you, Summer.

21   00:02:54 TransUnion Rep.:  If those were being posted by our staff. The only documentation

22   that I can see here was the one posted around January 9th.

23   00:02:57 Jeffrey:  And what was that documentation?

## 2025-07-01-12-00-21-phone-TransUnion-800-916-8800-

1    00:02:59 TransUnion Rep.:  20.5.

2    00:03:01 Jeffrey:  What documentation was that?

3    00:03:03 TransUnion Rep.:  This documentation is ... Hold on. Let me try to retrieve this

4  document.

5    00:03:09 Jeffrey:  Does it say how many pages it was?

6    00:03:11 TransUnion Rep.:  15 pages.

7    00:03:13 Jeffrey:  You said fifth fifth, how many?

8    00:03:14 TransUnion Rep.:  And then... 15, one five.

9    00:03:18 Jeffrey:  Okay, and ...

10    00:03:19 TransUnion Rep.:  It's for the age, then? It's not age at all.

11    00:03:22 Jeffrey:  Can you read that?

12    00:03:23 TransUnion Rep.:  Disputed inaccurate items of information.

13    00:03:26 Jeffrey:  Is that the subject of the ...

14    00:03:28 TransUnion Rep.:  I am contacting you as a senior. Yes, that's the subject. 35

15  disputed ...

16    00:03:35 Jeffrey:  I'm sorry ...

17    00:03:35 TransUnion Rep.:  Inaccurate items of ...

18    00:03:36 Jeffrey:  I'm sorry. I'm sorry. It's hard, it's hard to hear, it's hard to hear you. Can

19  you just speak a little louder, please?

20    00:03:40 TransUnion Rep.:  [indistinct 00:03:40] Subject is 35 disputed inaccurate items of

21  information.

22    00:03:50 Jeffrey:  Okay, I heard that. What did you say after that?

## 2025-07-01-12-00-21-phone-TransUnion-800-916-8800-

1    00:03:52 TransUnion Rep.:  We are TransUnion LLC contacting you as a consumer directly

2    and in writing under SCRA disputed accuracy of 35 items of information listed below which are

3    contained in Consumer Reports pursuant to 15 USC 1681 ...

4    00:04:16mJeffrey:  What does it say next?

5    00:04:17 TransUnion Rep.:  13 pages for this.

6    00:04:18 Jeffrey:  What does it say? Pursuant to 15 USC 1681 and what's after that?

7    00:04:22 TransUnion Rep.:  1681 IA1A.

8    00:04:26 Jeffrey:  And then what does it say?

9    00:04:27 TransUnion Rep.:  Which requires you to conduct a reasonable investigation. The

10   investigation to determine whether 35 disputed items of information are inaccurate.

11   00:04:43 Jeffrey:  Okay, I understood that. What does it say next?

12   00:04:46 TransUnion Rep.:  So, these are the 35 disputed inaccurate items of information.

13   First off, there are 16 E-Land Services Fidelity Accounts disputing ...

14   00:05:01 Jeffrey:  Do you see, do you see down below, was there ... Does it list what was

15   disputed and the reason it was disputed?

16   00:05:10 TransUnion Rep.:  Each one of those accounts, E-Land Services, account number,

17   pay status, charge-off, and the reason is not charge-off. The inaccurate item is charge-off and yet

18   your claiming is not charge-off. This is just an instance for E-Land.

19   00:05:29 Jeffrey:  Okay, okay yes.

20   00:05:30 TransUnion Rep.:  For E-Land services.

21   00:05:30 Jeffrey:  All right, so that was one item of information. How many different items,

22   how many different items of information do you see that was submitted?

23   00:05:38 TransUnion Rep.:  Of the letter, 35.

## 2025-07-01-12-00-21-phone-TransUnion-800-916-8800-

1    00:05:40 Jeffrey:  35, okay, so that's what you see. All right. And this was based off of a

2    consumer report. I think in that first paragraph that you were reading, what was the report

3    number that it referenced?

4    00:05:53 TransUnion Rep.:  Reference to 15 USC. 1681 I. Apple number 1A.

5    00:06:02 Jeffrey:  Okay, and...

6    00:06:02 TransUnion Rep.:  Apple 1 Apple.

7    00:06:04 Jeffrey:  Before that where you said which are contained in consumer report, what

8    was the number of the consumer report that was referenced in that first paragraph?

9    00:06:13 TransUnion Rep.:  4500-79572-043.

10    00:06:20 Jeffrey:  Okay. All right, so do you understand what I was attempting to

11    communicate by sending this?

12    00:06:25 TransUnion Rep.:  Of course. You are filing this piece regarding those 35 accounts

13    with inaccurate information on them.

14    00:06:33 Jeffrey:  Gotcha.

15    00:06:33 TransUnion Rep.:  Way back in February or way back in January.

16    00:06:37 Jeffrey:  Okay, and what was the date that you have received? I know this, I know

17    Federal Express said it was delivered January 6, 2025.

18    00:06:46 TransUnion Rep.:  It was posted on our end as of January 8, 2025.

19    00:06:51 Jeffrey:  January 8.

20    00:06:53 TransUnion Rep.:  Date received 1-8-25.

21    00:06:55 Jeffrey:  Ah, interesting. Okay. All right, and who actually reviewed this letter?

22    Does it say who reviewed this correspondence that I sent that's disputing these 35 items? Does it

23    say who reviewed it?

# 2025-07-01-12-00-21-phone-TransUnion-800-916-8800-

1    00:07:05 TransUnion Rep.:  Of course, like the specific re-, specific person.

2    00:07:09 Jeffrey:  Yes.

3    00:07:09 TransUnion Rep.:  Unfortunately, there isn't. It's just mentioned here posted by our

4    back office. There isn't a specific name who did?

5    00:07:19 Jeffrey:  So it was posted by your back office? Where is the ...

6    00:07:22 TransUnion Rep.:  Yes.

7    00:07:22 Jeffrey:  Back office located? Is the back office located in Chicago as well or the

8    Philippines?

9    00:07:28 TransUnion Rep.:  In, hold on. Let me try to check if, where are they located. The

10   thing is, I cannot answer or I don't have a specific address to provide you with regards to where

11   they are reviewing it. They might just be picking it up on the PO Box. And then as for their

12   specific office where they are scanning these documents, there isn't an address for that.

13   00:07:54 Jeffrey:  Okay. All right. I think, I think I understand everything that you are

14   saying. I appreciate your help, and you were clear and concise, and I really appreciate that.

15   00:08:06 TransUnion Rep.:  Hold on a second here, Jeffrey. I'm just trying to check with

16   regards to this request to see what really happened to that document that you sent to us or if they

17   fulfilled it already.

18   00:08:17 Jeffrey:  And you said you work for TransUnion LLC?

19   00:08:20 TransUnion Rep.:  That is correct.

20   00:08:21 Jeffrey:  The Consumer Reporting Agency, that is?

21   00:08:24 TransUnion Rep.:  Yes, that is correct.

22   00:08:25 Jeffrey:  How long have you been working with them? They're a great company,

23   right?

## 2025-07-01-12-00-21-phone-TransUnion-800-916-8800-

1    00:08:27 TransUnion Rep.:  Yes, like almost two years now.

2    00:08:30 Jeffrey:  Oh, great. So you have a lot of experience.

3    00:08:31 TransUnion Rep.:  Not yet. Still, there are a lot of information that needs to work.

4    00:08:36 TransUnion Rep.:  Well, I mean, you can read. You understood that. I mean, what

5    I'm saying is you could read. You understood what I sent very, very well.

6    00:08:44 TransUnion Rep.:  Used to. There you have it. It's about the prolonging, or it's

7    about the days working here, like already used on those letters that you are receiving every day

8    or likely we are reviewing every day.

9    00:09:01 Jeffrey:  Yeah. Also, you're reviewing documents every day?

10   00:09:07 TransUnion Rep.:  Of course. Like STC reports, CFPB reports, and those disputes

11   like this one that you just sent us, like disputing something.

12   00:09:21 Jeffrey:  Gotcha.

13   00:09:20 TransUnion Rep.:  So let's start with E-Land financial.

14   00:09:24 Jeffrey:  I don't want ...

15   00:09:25 TransUnion Rep.:  As of today ...

16   00:09:25 Jeffrey:  I don't need to go over the individual items. I just wanted, I just wanted to

17   make sure that you actually did receive it and it was pretty, you know, I mean, you were able to

18   read it and you were able to understand what I was communicating. Summer, do you have an

19   employee ID or a reference for yourself?

20   00:09:44 TransUnion Rep.:  Of course. Please let me know whenever you're ready.

21   00:09:48 Jeffrey:  Okay. I'm ready. Go ahead. I'm ready.

22   00:09:53 TransUnion Rep.:  My employee ID is Nancy Mike Apple.

23   00:10:01 Jeffrey:  Okay.

## 2025-07-01-12-00-21-phone-TransUnion-800-916-8800-

1    00:10:02 TransUnion Rep.:  Charlie Apple.

2    00:10:09 Jeffrey:  Okay.

3    00:10:09 TransUnion Rep.:  Boy Apple.

4    00:10:12 Jeffrey:  So Nancy Mary Apple. Charlie Apple. Boy Apple.

5    00:10:22 TransUnion Rep.:  That is correct.

6    00:10:21 Jeffrey:  Okay. All right. Great. I appreciate the phone call and the communication.

7    I hope you have a blessed day.

8    00:10:31 TransUnion Rep.:  You too. You too. Is there anything else I can help you with

9    today, Jeffrey?

10    00:10:34 Jeffrey:  Not not today. Thank you.

11    00:10:38 TransUnion Rep.:  And again, Jeffrey, if you have nothing for me, thank you for

12    calling the TransUnion and have a great day ahead.

13    00:10:42 Jeffrey:  You too. Goodbye. You too.



Vanan Online Services, Inc.
Think Service Think Vanan

## Certificate of Transcription

**Transcription Of File Name:**

**"2025-07-07-12-09-01-phone-TransUnion-1-208-400-2014-.mp3"**

We, Vanan Online Services, Inc. a professional transcription company, hereby certify that the above-mentioned file has/have been transcribed by our qualified and experienced transcriber(s) is/are accurate and true transcription of the original file.

This is to certify the correctness of the Transcription only. We cannot guarantee the veracity of the original File. Our Transcriber is in no way related, by immediate family ties or marriage, to any parties related to the materials Transcribed.

A copy of the transcription is attached to this certification.

**Kayla Vega, Production Manager**

Date: 9th day of July 2025

Vanan Online Services, Inc.
ATA Member: M-101387
ISO 9001:2015

# 2025-07-07-12-09-01-phone-TransUnion-1-208-400-2014-

1    [audio starts 00:00:02]

2    00:00:02 Jeffrey:  Hello.

3    00:00:02 TransUnion Rep:  Thank you for calling TransUnion, my name is Kim. Can I have
4    a number to call if we get disconnected?

5    00:00:07 Jeffrey:  I'm sorry, you're breaking up a lot, can you repeat yourself clearly and
6    slowly.

7    00:00:14 TransUnion Rep:  Thank you for calling TransUnion, my name is Kim. Can I have
8    a number to call if we get disconnected?

9    00:00:20 Jeffrey:  Sure, Kim. 914-497-1104

10    00:00:29 TransUnion Rep:  Thank you. How can I assist you?

11    00:00:31 Jeffrey:  Uhm, I'm calling about a series of disputes that were submitted. Do you
12    have the account pulled up?

13    00:00:40 TransUnion Rep:  Can I have your name? Your first name and last name?

14    00:00:43 Jeffrey:  The name is Jeffrey Thomas Pirzinger.

15    00:00:49 TransUnion Rep:  Jeffrey Thomas Pirzinger, thank you. And please can you give
16    me your current address and the last four of your social?

17    00:00:54 Jeffrey:  The current address is 135 Beechwood Drive, Mamaroneck, New York,
18    10543. The social for the account is -------54. And you are, I'm calling here from New York and I
19    think it's July 7th, 2025.

20    00:01:21 TransUnion Rep:  Thank you. And this is for the dispute on your credit report.

21    00:01:26 Jeffrey:  Yeah, Kim, you're you're from TransUnion LLC, the credit reporting
22    agency, correct?

23    00:01:32 TransUnion Rep:  Correct.

## 2025-07-07-12-09-01-phone-TransUnion-1-208-400-2014-

1    00:01:33 Jeffrey:  Okay. And are you calling from the United States or from another

2   country?

3    00:01:40 TransUnion Rep:  It's another country.

4    00:01:41 Jeffrey:  Is it the Philippines or India?

5    00:01:47 TransUnion Rep:  South Africa.

6    00:01:47 Jeffrey:  South Africa. Oh, great. So, yes, this was in reference ...

7    00:01:52 TransUnion Rep:  Okay.

8    00:01:52 Jeffrey:  This was in reference to the 35 disputed items back in the beginning of

9   January. I think you guys legered the mailing on January 8th, 2025.

10    00:02:09 TransUnion Rep:  Okay. Okay on my side it shows the Elan Financial Service, the

11   TBOM, the [indistinct 00:02:15] and TD Bank USA target credit.

12    00:02:19 Jeffrey:  So these were the disputes that you received on January 8th, right? The

13   documentation, I believe it was 15 pages?

14    00:02:28 TransUnion Rep:  Correct.

15    00:02:28 Jeffrey:  Okay. Now, can you tell me about your response to that mailing? I believe

16   there was a response sent out by mail also on January 8th. Can you pull that up?

17    00:02:43 TransUnion Rep:  Let me check for you just a moment. Yes, I can see there was a

18   letter sent out on the 8th of January, 2025.

19    00:02:56 Jeffrey:  And how many pages was that ...

20    00:02:57 TransUnion Rep:  It was for you to ...

21    00:03:00 Jeffrey:  I'm sorry, we both talk at the same time. How many pages was that letter

22   that was mailed out to me?

23    00:03:08 TransUnion Rep:  It was just a one-page letter that was mailed out to you.

## 2025-07-07-12-09-01-phone-TransUnion-1-208-400-2014-

1    00:03:10 Jeffrey: One page, meaning a front and a back?

2    00:03:14 TransUnion Rep: Correct.

3    00:03:15 Jeffrey: Okay. You said the date on that letter was January 8th?

4    00:03:20 TransUnion Rep: Yes, on the 8th of January, 2025.

5    00:03:23 Jeffrey: And who was it from? Who was the letter from?

6    00:03:28 TransUnion Rep: It was from TransUnion regarding your disputed status.

7    00:03:31 Jeffrey: Okay. And what did the letter say, specifically?

8    00:03:35 TransUnion Rep: It shows after, again message shows after reviewing your

9    correspondence, we were unable to process your request because we were unable to determine

10   the nature of your request or the request was illegible. To investigate information contained in

11   your credit report, please type or print the account name and number and specify why you are

12   disputing it. For example, this is not my account, I have never paid late, etcetera. Please provide

13   us with the, with this information so we may process your request and initiate an investigation.

14   00:04:18 Jeffrey: Okay. Thank you, that was pretty clear. Would you be able to fax that to

15   me?

16   00:04:27 TransUnion Rep: You need the fax again. Mail to you.

17   00:04:30 Jeffrey: Can you fax it to me so I can receive it today?

18   00:04:35 TransUnion Rep: Let me just check on my side. Unfortunately, I cannot fax it to

19   you. I can only send it to your mailing address.

20   00:04:39 Jeffrey: Okay. Can you mail it to me then?

21   00:04:46 TransUnion Rep: Okay. It will take you seven business days for you to receive it.

22   00:04:49 Jeffrey: Okay. Great.

23   00:04:51 TransUnion Rep: On your mailing address.

## 2025-07-07-12-09-01-phone-TransUnion-1-208-400-2014-

1    00:04:52 Jeffrey:  Can you confirm the mailing address that you will be sending it to?

2    00:04:59 TransUnion Rep:  135 Birchwood Drive, Mamaroneck, New York, 10543.

3    00:05:06 Jeffrey:  Yes. That was Beechwood Drive. B-E-E-C-H-W-O-O-D.

4    00:05:13 TransUnion Rep:  Oh, yes. Beechwood Drive. B-E-E-C-H-W-O-O-D.

5    00:05:17 Jeffrey:  Great. Yes. If you can confirm that that has been processed.

6    00:05:27 TransUnion Rep:  Yes. It will take you seven business days for you to receive it.

7    00:05:30 Jeffrey:  Okay. So just to confirm, that letter said that TransUnion LLC could not

8    determine the nature of the correspondence, or they are saying that it was illegible, meaning that

9    they could not read it?

10    00:05:48 TransUnion Rep:  Yes. They could not proceed with your request. [indistinct

11    00:05:51] So you need to ask the account name and the reason why you are disputing the

12    account. Like it has to be the account, the account number, and the reason why you are disputing.

13    For example, if it is not your account, you will ask if it is not my account. Or if you have never

14    been late you, you'll add I was never late for this account.

15    00:06:13 Jeffrey:  Okay. I understand. And should I just use the account number that is

16    listed as it's listed on the credit report?

17    00:06:22 TransUnion Rep:  Correct. The same account number. You can add it to your

18    disputed items.

19    00:06:28 Jeffrey:  Okay. So just for confirmation, the dispute correspondence should contain

20    the furnisher or creditor name as it appears on the credit report, the account number as it appears

21    on the credit report, the item details.

22    00:06:43 TransUnion Rep:  Correct.

## 2025-07-07-12-09-01-phone-TransUnion-1-208-400-2014-

1    00:06:44 Jeffrey:  The item details, like if the balance is allegedly incorrect, I would list the

2    balance, and then I would say what is incorrect or why it is incorrect. For example, the balance is

3    too high or too low, or that is not the correct balance. Is that correct?

4    00:07:01 TransUnion Rep:  That is correct. You have to add a consumer statement on why

5    you are disputing it.

6    00:07:06 Jeffrey:  Okay. I think I understand completely. And do you have an employee

7    identification number of some sort?

8    00:07:16 TransUnion Rep:  I will give you a case number 255.

9    00:07:19 Jeffrey:  255.

10    00:07:22 TransUnion Rep:  797.

11    00:07:22 Jeffrey:  797.

12    00:07:27 TransUnion Rep:  96.

13    00:07:28 Jeffrey:  96. And what does that number represent?

14    00:07:33 TransUnion Rep:  It is the case number for our conversation today and for the

15    dispute that you have.

16    00:07:38 Jeffrey:  So that is the case number for our conversation today regarding these

17    disputes?

18    00:07 43 TransUnion Rep:  To investigate, correct.

19    00:07:46 Jeffrey:  Okay. And how can you be identified for future purposes? Like do you

20    have an employee ID number?

21    00:07:55 TransUnion Rep:  At the moment, I can only provide you with the case number

22    and your file number.

23    00:08:01 Jeffrey:  Okay. What is the file number?

## 2025-07-07-12-09-01-phone-TransUnion-1-208-400-2014-

1    00:08:05 TransUnion Rep: It is 450.

2    00:08:06 Jeffrey: 450.

3    00:08:09 TransUnion Rep: 079.

4    00:08:11 Jeffrey: 079.

5    00:08:14 TransUnion Rep: 572.

6    00:08:16 Jeffrey: 572.

7    00:08:19 TransUnion Rep: Correct.

8    00:08:20 Jeffrey: That is the file number. So if anyone were to pull up this file number or

9    case number, they would see your name?

10    00:08:29 TransUnion Rep: Correct.

11    00:08:29 Jeffrey: Okay. All right. I appreciate all of your help. You have been kind and

12    helpful. Thank you again.

13    00:08:37 TransUnion Rep: Thank you for calling TransUnion. You will receive a survey,

14    and I would appreciate a feedback from you.

15    00:08:42 Jeffrey: Okay. I have a quick question. On that letter that they sent, you said it was

16    from TransUnion. When they wrote TransUnion on that letter, did they put a space between trans

17    and union, or is it TransUnion as in one word?

18    00:08:59 TransUnion Rep: Let me double-check that for you. One second. It is actually in

19    one word. TransUnion. It's not separate, it's in one word.

20    00:09:15 Jeffrey: So it's TransUnion, one word and then a space then LLC?

21    00:09:21 TransUnion Rep: Correct.

22    00:09:22 Jeffrey Okay. Thank you for that confirmation. I appreciate your help. Have a

23    great day.

## 2025-07-07-12-09-01-phone-TransUnion-1-208-400-2014-

1    00:09:29 TransUnion Rep:  Thank you for calling TransUnion. Enjoy the rest of your day.

2    00:09:32 Jeffrey:  Thank you. You too. Goodbye.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)**

JEFFREY THOMAS PIRZINGER,     )
                Plaintiff,    )
                     )
v.                      )
                     )     Case No. 7:25-cv-01760-PMH
TRANS UNION LLC,         )     Hon. Philip M. Halpern
               Defendant.    )
                     )

**SECOND AMENDED COMPLAINT EXHIBITS**

# EXHIBIT F:

**Adverse Action Notices**

Credit denial notices from the February 22, 2025 consumer credit transaction, referencing

Plaintiff's Trans Union consumer report.

**MERCEDES BENZ OF NEW ROCHELLE**
77 E MAIN ST
NEW ROCHELLE, NY - 10801
(914) 275-4000

Date: 02/22/2025

Jeffrey T Pirzinger
135 Beechwood Drive
Mamaroneck, NY  10543

Dear Applicant,

Thank you for applying to us for vehicle financing. After carefully reviewing your application, we are sorry to advise you that we cannot provide credit to you at this time or that we cannot provide credit on the terms you requested.

You should understand that as a dealer, we generally sell or lease vehicles on credit only if a third party like a bank or finance company will agree to buy the contract from us on terms that are financially acceptable to us. Regrettably, we could not do that in this instance.

If you would like a statement of specific reasons why your application was denied, please contact our Finance Director at the number or address shown above within 60 days of the date of this letter. We will provide you with the statement of the reasons within 30 days after receiving your request. If we provide the reasons to you orally, you have the right to request us to confirm them in writing within 30 days of our receiving your written request to do so. You should also receive letters from the financing sources to which we submitted your credit application giving their reasons for not providing credit to you or not providing credit on the terms you requested.

If we obtained information from a consumer reporting agency as part of our consideration of your application, it is checked and its name, address, and toll-free telephone number is shown below. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

You can find out about the information contained in your file (if one was used) by contacting each consumer reporting agency that is checked below:

| [ ] Equifax | [ ] Experian | [X] TransUnion |
|---|---|---|
| P.O. Box 740241 | P.O. Box 2002 | 2 Baldwin Place |
| Atlanta, GA  30374 | Allen, TX  75013 | P.O. Box 1000 |
| (800) 685-1111 | (888) 397-3742 | Chester, PA  19022 |
| www.equifax.com | www.experian.com | (800) 888-4213 |
| | | www.transunion.com |

For more information about credit reports and your rights under federal law, visit the Consumer Financial Protection Bureau's website at www.consumerfinance.gov/learnmore, or the Federal Trade Commission's website at www.ftc.gov/credit-loans-debt.

[X]  If this box is checked, we also obtained your credit score from the consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Your credit score: 563
Date: 02/22/2025
Scores range from a low of 253 to a high of 893

If you have any questions regarding this notice, you can contact us at the phone number or address shown above.

Sincerely,
**MERCEDES BENZ OF NEW ROCHELLE**

Notice: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public

assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

**NOTICE OF ACTION TAKEN AND
STATEMENT OF REASONS**                    Mercedes-Benz Financial Services

March 9, 2025

Jeffrey T Pirzinger
135 Beechwood Drive
Mamaroneck, NY 10543

Dear Jeffrey T Pirzinger:

We received your recent credit application through MB OF NEW ROCHELLE, NEW ROCHELLE, 77 E MAIN ST, NY, 10801-5321 (either in-store or submitted by you online to Mercedes-Benz Financial Services and selected dealer).

Our decision regarding your application is as checked below:

☐ Although we were unable to offer you credit on the          ☑ We have declined your application for credit.
terms originally requested, we have extended an
offer of credit on revised terms as communicated by
your dealer.

The specific reason(s) for the action taken on your application is/are as listed below:
**FICO below minimum required - see score information below / if business - see co-applicant**

☑ We obtained a consumer credit report from: Transunion, 2 Baldwin Pl, Chester, PA, 19022, www.transunion.com/direct, (800) 888-4213

Our credit decision on your application was based in whole or in part on information contained in your credit report(s). The reporting agency(ies) played no part in our decision and cannot provide the specific reasons why the adverse action was taken. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency(ies). You have a right to obtain a free copy of your credit report from the agency(ies) listed above if you request it no later than 60 days after you receive this notice. You also have the right to dispute the accuracy and completeness of any information in your credit report with the agency(ies) at the address, and phone number above.

We also obtained your credit score from Transunion and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

**Your credit score: 537**
**Date: February 22, 2025**
**Scores range from a low of 250 to a high of 900**

Key factors that adversely affected your credit score:
**FICO below minimum required - see score information below / if business - see co-applicant**
**Proportion of balances to credit limits on bank/national revolving or other revolving accounts is too high**
**Too few accounts currently paid as agreed**
**Time since delinquency is too recent or unknown**

For questions about your score, contact the credit reporting agency using the contact information above.

☐ We have not obtained a consumer report from a consumer reporting agency.

☐ Our credit decision was based in whole or in part on information obtained from an outside source other than
a consumer reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written
request, no later than 60 days after you receive this notice for disclosure, for disclosure of the nature of this
information.

☐ Our decision was not based on information from a consumer reporting agency or other third party.

**Notice:** The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agencies that administer compliance with this law concerning the creditor are the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington DC 20006 and the Federal Trade Commission, Equal Credit Opportunity, Washington DC 20580. In Massachusetts, the state agency that administers compliance with the state law is the Massachusetts Commission Against Discrimination, One Ashburton Place, Boston, Massachusetts 02108.

If the application is for a lease of a motor vehicle, Mercedes-Benz Financial Services USA LLC d/b/a Mercedes-Benz Financial Services (in MA) is acting on behalf of the Lessor, Mercedes-Benz Vehicle Trust.

**Mercedes-Benz Financial Services**
Credit Supervisor

Mercedes-Benz Financial Services USA LLC
P.O. Box 685
Roanoke, TX 76262-0685

Mercedes-Benz Financial Services USA LLC
P.O. Box 685
Roanoke, TX 76262-0685

0000251
Jeffrey T Pirzinger
135 Beechwood Drive
Mamaroneck, NY 10543



0000251

Mercedes-Benz of New Rochelle

*Date:* 03/28/2025

*From:* Mercedes-Benz of New Rochelle          *To:* Jeffrey T. Pirzinger

Finance Director, Sergio Derpinski          135 Beechwood Drive

77 E. Main St.          Mamaroneck, NY 10543

New Rochelle, NY 10801

*Subject:* Request for Information Following Adverse Action Notice Dated 02/22/2025

Dear Mr. Pirzinger,

This letter has been generated as per your request to follow up on your recent consumer credit application transaction with Mercedes-Benz of New Rochelle. We were very motivated to assist you with the purchase of a vehicle and communicated with multiple financial institutions to accomplish this goal. Please be advised that we have no say in the final decision by these lenders. I have also included a copy of your 563 credit score by Trans Union with this letter.

The results of the applications were as follows:

- *Chase* - Declined.  Customer Service 1-800-869-7720 for more information.
- *Wells Fargo* - Declined. Customer Service  1-800-364-9372 for more information.
- Mercedes-Benz Financial Services  - Declined. Customer Service 1-800-654-6222 for more information.
- *Capital One Auto Finance* - Counter Offer. Down payment of $67,000 and payment not to exceed $800 per month. You elected to decline that counter offer with our Sales Manager, Michael Longi. Customer Service  1-800-598-4091 for more information.
- *Santander Auto Finance* - Approved. 13.95% finance rate and a $49,000 down payment. You also chose to decline that approval with Mr. Longi.  Customer Service  1-855-563-5635 for more information.

I hope that this clarifies the process and the decisions that were made by the aforementioned financial institutions. I have provided the customer service phone numbers for each, so please feel free to follow up with them for more details.

Respectfully,

Sergio Derpinski                    Christopher Tokarz

Finance Director                    General Manager

77 E. Main Street
New Rochelle, New York 10801          www.mbnewrochelle.com          Phone: (914) 275-4000
Fax: (914) 206-4145

# Mercedes Benz Of New Rochelle
## Your Credit Score and the Price You Pay for Credit

| Credit Score For | Jeffrey T Pirzinger |
|---|---|
| Your Credit Score | Score: 563 | Source: TransUnion | Date: Feb. 22, 2025, 2:27 p.m. |

### Understanding Your Credit Score

| | |
|---|---|
| What you should know about credit scores | Your credit score is a number that reflects the information in your credit report.<br><br>Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors. Your credit score can change, depending on how your credit history changes. |
| How we use your credit score | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan. |
| The range of scores | Scores range from a low of 253 to a high of 893. Generally, the higher your score, the more likely you are to be offered better credit terms. |
| How your score compares to the scores of other consumers | |

### Checking Your Credit Report

| | |
|---|---|
| What if there are mistakes in your credit report? | You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency. It is a good idea to check your credit report to make sure the information it contains is accurate. |
| How can you obtain a copy of your credit report? | Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year. To order your free annual credit report:<br><br>**By telephone:**<br>Call toll-free: 1-877-322-8228<br><br>**On the web:**<br>Visit www.annualcreditreport.com<br><br>**By mail:**<br>Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's web site at http://www.ftc.gov/ bcp/online/include/requestformfinal.pdf ) to:<br>Annual Credit Report Request Service<br>P.O. Box 105281<br>Atlanta, GA 30348-5281 |
| How can you get more information? | For more information about credit reports and your rights under Federal law, visit the Consumer Financial Protection Bureau's website at www.consumerfinance.gov/learnmore, or the Federal Trade Commission's website at www.ftc.gov/credit-loans-debt. |

Signature _____  Date _____

CHASE ◐

JPMorgan Chase Bank, N.A.
1111 Polaris Parkway
Columbus, Ohio 43240

||||·ıı||||ı·ı|ı|ı·ı|ı||ıı||||ı||ıııııı·ı·|ı|ı|ı·ı||ı·ı|ıı

02120 ACP 001 001 08125 NNNNNNNNNNNN AA 112
**JEFFREY T PIRZINGER**
135 BEECHWOOD DR
MAMARONECK NY 10543

March 05, 2025

**Dealer:** MERCEDES-BENZ OF NEW RO

Dear Applicant:

Thank you for your recent credit application for a vehicle with us. We reviewed your application, and we're unable to approve an account for you at this time. We know this isn't the answer you were hoping for, and we'd like to give you more information about our decision.

**Reasons for Denial of Credit**
Your application was processed by a credit scoring system that assigns a numerical value to the various items of information we consider in evaluating an application. These numerical values are based upon the results of analysis of repayment histories of large numbers of customers. The reasons you did not score a sufficient number of points for approval of your application compared with other applicants were:

- TOO MANY RECENT REQUESTS FOR NEW CREDIT WITH OTHERS
- LENGTH OF TIME SINCE LAST DEROGATORY ACCOUNT(S)
- INSUFFICIENT INCOME RELATIVE TO LOAN AMOUNT REQUESTED
- VALUE OF VEHICLE IS INSUFFICIENT RELATIVE TO REQUESTED AMOUNT

Details about the credit bureau and credit score we used to make this decision are included at the end of this letter. This information can help to build awareness around credit health, which is an important part of being approved for a future application.

**We have a free tool that can help**
Chase Credit Journey<sup>SM</sup> is our credit education resource where you can:

- Explore personalized resources to help you build and maintain your credit.
- See your latest credit score for free anytime, without affecting your credit.
- Gain insights into your credit health and how certain factors affect your score.
- Receive alerts to help protect your credit and identity.

You can enroll in Credit Journey at chase.com/CreditJourney. You don't have to be a Chase customer to get started.

We appreciate your interest.

Sincerely,

Chase Auto

Enclosure

**We used information from your credit report**
Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you.

TRANS UNION
PO BOX 1000
CHESTER PA 19016
1-800-888-4213

**FAIR CREDIT REPORTING ACT NOTICE**
Under the Fair Credit Reporting Act, you also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

## Important Information About Your Credit Score

We obtained your credit score from the consumer reporting agency listed on the first page of this letter and used it in making our credit decision. Your credit score is a number that reflects information in your consumer report, such as whether you pay your bills on time and how much you owe creditors. Your credit score can change, depending on how the information in your consumer report changes.

Date calculated: 02/22/2025

Your credit score: 530

Scores calculated using this source can range from a low of 250 to a high of 900.

Here are the key factors that adversely affected your credit score:
- Serious delinquency.
- Time since delinquency is too recent or unknown.
- Number of accounts with delinquency.
- Ratio of balances to limits on bankcards or revolving accounts too high
- Number of inquiries had a minor adverse affect on the score

EQUAL CREDIT OPPORTUNITY ACT NOTICE The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.



March 04, 2025

0004241   01 MB 0.62 **AUTO T0 0.0063 10543-120135  -C08-P04245-I

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖



**Jeffrey T Pirzinger**
**135 Beechwood Dr**
**Mamaroneck, NY   10543**

Subject: Information about your application number 272646092

Dear Jeffrey T Pirzinger,

Thank you for your recent loan application that was submitted to us on your behalf by Mercedes Benz of New Rochel on 02/22/25. We're unable to offer you credit on the terms you requested for the following reason(s):

LexisNexis Risk Solutions consumer report frozen

About our credit decision and your consumer report
Our decision about your application was based in whole or in part on information obtained from your consumer report (often called a credit report) from the consumer reporting agency or agencies below. The consumer reporting agencies weren't involved in our decision and can't provide the specific reasons why we're not able to offer the credit you requested.

However, we want to make sure you're aware of your right under the Fair Credit Reporting Act to know the information in your credit file, and to receive a free copy of your consumer report from each of the agencies if you request it within 60 days after you receive this notice. If you find that any information in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agencies. To obtain a free copy of your report, please contact:

Trans Union
2 Baldwin Place
P. O. Box 2000, Chester, PA  19022
Phone:  1-800-888-4213
www.transunion.com/direct

LexisNexis Risk Solutions Consumer Center
PO Box 105108
Atlanta, GA 30348-5108
Phone: 866-497-0011
https://consumer.risk.lexisnexis.com/

Experian/Clarity
PO Box 40
Allen, TX 75013
Phone: 844-922-2743

Wells Fargo Auto is a division of Wells Fargo Bank, N.A.



Credit scoring notice
We obtained your credit score from the consumer reporting agency below and used it
in making our credit decision. Your credit score is a number that reflects the
information in your consumer report. Your credit score can change, depending on
how information in your consumer report changes.

Understanding your credit score
Below you will find information about your credit score, which was used in our
decision. Please note if your application was a joint application, our decision may
have also been made on the credit score of the co-applicant (which we are
disclosing in a letter to that co-applicant). If you have questions about the
information, please contact the source below directly.

Your credit score: 530     Scores range from a low of 250 to a high of 900.
Source: Trans Union Date credit score created: 02/22/25.

2 Baldwin Place
P. O. Box 2000, Chester, PA  19022
Phone:  1-800-888-4213
www.transunion.com/direct

Key factors that negatively affected your credit score:

Factor: Serious delinquency
Factor: Time since delinquency is too recent or unknown
Factor: Number of accounts with delinquency
Factor: Proportion of balances to cr limits is too high on bank rev
        or other rev accts
Factor: Number of inquiries adversely affected the credit score

Other sources used in evaluating your application
We may have made our decision about your credit application based in whole or in
part on information from a Wells Fargo affiliate or a third party other than a
consumer reporting agency. Examples of third-party information may include reports
and resources to value collateral, review collateral history, and verify your income
and identity. Under the Fair Credit Reporting Act, you have the right to learn the
nature of this information by making a written request within 60 days after you
receive this notice. Please write to us at the mailing address listed below. We'll
respond to all written requests within 30 days from the date we receive your letter.

Wells Fargo Auto
Attn: Customer Support
MAC T9017-02C
PO Box 168048
Irving, TX 75016-8048

We're here to help
If you have any questions, please call us at 1-888-326-6787, Monday - Friday,
7:00 a.m. to 4:00 p.m. Central Time. For customers with hearing or speech
disabilities, we accept telecommunications relay service calls.

Thank you.

Wells Fargo Auto

Notice: The federal Equal Credit Opportunity Act prohibits creditors from
discriminating against credit applicants on the basis of race, color, religion,
national origin, sex, marital status, age (provided the applicant has the

Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20552.

OFSG/LTR-38_WS (07/16/24)

Wells Fargo Auto is a division of Wells Fargo Bank, N.A.



0063-00-00-000424 1-0002-0008141

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)**


JEFFREY THOMAS PIRZINGER,                )
                             Plaintiff,  )
                                         )
v.                                       )
                                         )        Case No. 7:25-cv-01760-PMH
TRANS UNION LLC,                         )        Hon. Philip M. Halpern
                             Defendant.  )
                                         )


**SECOND AMENDED COMPLAINT EXHIBITS**


# EXHIBIT G:

**MSRP Printout**


Vehicle purchase MSRP printout showing purchase order #0570448717 in the amount of

$95,865 for which Plaintiff sought one hundred percent financing.

# MSRP

MERCEDES-BENZ USA, LLC.
ONE MERCEDES-BENZ DR
SANDY SPRINGS, GA 30328

MERCEDES-BENZ OF NEW ROCHELLE
77 EAST MAIN ST.
NEW ROCHELLE, NY 10801
**Dealer Code:** 55116  **Region:** NORTHERN  **VPC:** BALTIMORE

**VIN:** 4JGFF5KE2SB345824 **PO#:** 0570448717

| Code | Description | Price |
|------|-------------|-------|
| | **MODEL: 2025 GLS450W4** | $89,200 |
| 922 | Cirrus Silver Metallic | |
| 111 | Black MB-Tex | |
| **Options** | | |
| DC1 | Night Package | $400 |
| | P55   Night Package | |
| DG1 | AMG Line Exterior Package | $3,250 |
| | 772   AMG Body Styling | |
| | P31   AMG Line Exterior | |
| | U28   Sport Brake system with "Mercedes-Benz" lettering | |
| 226 | 7 Seat Configuration | |
| 367 | Live Traffic | |
| 443 | Heated Steering Wheel | $250 |
| 51U | Black Fabric Headliner | |
| 550 | Trailer Hitch | $600 |
| 557 | Increased Towing Capacity with Trailer Hitch | |
| 636 | Omission of Warning Triangle | |
| 666 | Transportation Protection Foil | |
| 679 | Product protection-partial protection | |
| 763 | Remote Key with Panic Button | |
| 805 | Technical modifications | |
| 824 | Engine air intake screen | |
| 846 | Illuminated Brushed Aluminum Running Boards | $650 |
| 88B | Passive person presence reminder | |
| 94B | Integrated Starter Generator Generation 2 | |
| H31 | Natural Grain Grey Oak Wood Trim | $160 |
| L5C | Multifunction sports steering wheel in nappa leather | |
| PBG | Preinstallation for Navigation and Comfort Connectivity package | |
| R02 | All Season Tires | |
| RWH | 21" AMG Twin 5-Spoke Wheels with Black Accents | |
| U26 | AMG Floor Mats | |
| D43 | All-Season Front/Rear Floormats, Black Rubber | $170 |
| D49 | First-Aid Kit | $35 |
| | **SUBTOTAL** | **$94,715** |
| ZUFR | Delivery & Destination charge | $1,150 |
| | **- TOTAL -** | **$95,865** |

*Pricing is subject to change, Mercedes-Benz reserves the right to make changes without notification.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

JEFFREY THOMAS PIRZINGER,  )
               Plaintiff,  )
                               )
v.  )
                               )      Case No. 7:25-cv-01760-PMH
TRANS UNION LLC,  )      Hon. Philip M. Halpern
              Defendant.  )
                               )

## SECOND AMENDED COMPLAINT EXHIBITS

# EXHIBIT H:

### Trans Union Consumer Disclosure Dated December 20, 2024

Plaintiff's Trans Union consumer disclosure (#450079572-043) listing the thirty-five items disputed in Exhibit B.

Pursuant to Fed. R. Civ. P. 5.2 and in the interest of privacy, Plaintiff has redacted non-relevant personal information such as employer details. No information relating to the disputed items or tradelines has been altered.

*** 450079572 043 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094 0805

12/20/2024


Information for Good.

P I000001
JEFFREY THOMAS PIRZINGER
135 BEECHWOOD DR
MAMARONECK, NY 10543-1201

Find an inaccuracy on your report?
Submit your dispute online at:
http://transunion.com/disputeonline

Enclosed is the TransUnion Personal Credit Report that you requested. As a trusted leader in the consumer credit information industry, TransUnion takes the accuracy of your credit information very seriously. We are committed to providing the complete and reliable credit information that you need to participate in everyday transactions and purchases.

If you believe an item of information to be incomplete or inaccurate, please alert us immediately. We will investigate the data and notify you of the results of our investigation.

To make it easier to request an investigation, you can now submit your request online, **24 hours a day, 7 days a week.** You must have an active email address to use the online service. Please note that your email address will only be used for communicating with you regarding your request and the results of our investigation. Your email address will not be shared with any non-TransUnion entities.

**To submit an online request for investigation:**

**Step 1.** Go to the TransUnion online investigation service at http://transunion.com/disputeonline
**Step 2.** Follow the instructions provided by the web site.

Once submitted, you will receive online confirmation of your request. You will also be notified by email when we complete our investigation and your results will be available online. You can check the status of your investigation online by logging into your account.

If you are experiencing a financial hardship related to a public health emergency or your personal circumstances, you can add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit-help.

Thank you for helping ensure the accuracy of your credit information.

TransUnion Consumer Relations

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

# TransUnion Credit Score
JEFFREY THOMAS PIRZINGER



**YOUR CREDIT SCORE**

| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score<br>**Not Purchased**<br>(See Below)<br><br>Grade<br>-<br><br>Created on<br>12/20/2024 | A — 850<br>    — 780<br>B<br>    — 720<br>Unavailable   C<br>(See Below)   — 660<br>    D — 600<br>    F<br>    — 300 | 100%<br><br><br>Unavailable     — 50%<br>(See Below)<br><br><br>0% |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 850 to 300 equaling grade ranges from A to F. | Your credit ranks higher than   % of the nation's population. |

## About your TransUnion Credit Score
TransUnion is now including some Buy Now, Pay Later (BNPL) installment loans, also known as 'point of sale installment loans,' on credit reports. At this time, BNPL information provided to TransUnion is visible to you, but scoring providers, lenders, insurers or other authorized companies that may access your credit report will not be able to use this data. As a result, it will not affect credit decisions or credit scores calculated using TransUnion data. In the future, Buy Now, Pay Later data may be factored into credit scores and credit decisions (for example, account opening or account review decisions). If you have questions please visit https://www.transunion.com/buy now pay later to learn more.


## Summary
You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1 866 SCORE TU or 1 866 726 7388.

---

# Important Information Concerning Your TransUnion Credit Report:

- Your SSN has been masked for your protection. You may request disclosure of your full Social Security number by writing to us at the address found at the end of this report.
- For your protection, your account numbers have been partially masked, and in some cases scrambled.
- Please note: Accounts are reported as *Current; Paid or paying as agreed* if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

**YOUR CREDIT FILE CONTAINS:**

- One or more Adverse Accounts. Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added ›brackets‹ or shading to those items in this report.
- One or more satisfactory accounts.
- Regular Inquiries. Inquiries are posted when someone accesses your credit information from TransUnion. The presence of an inquiry means that the company listed received your credit information on the dates specified. These inquiries will remain on your credit file for up to 2 years.
- Account Review Inquiries. The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).
- A Promotional Opt Out. A promotional opt out excludes you from promotional marketing lists that are provided by TransUnion.

Page: 1 of 13

**File Number:** 450079572
**Date Issued:** 12/20/2024

**TransUnion**

## Personal Information

SSN: XXX XX 1654

You have been on our files since 04/0▮▮

Date of Birth: ▮▮/1979

**Names Reported:** JEFFREY THOMAS PIRZINGER

### Addresses Reported:
Address
135 BEECHWOOD DR, MAMARONECK, NY 10543 1201

Date Reported

### Telephone Numbers Reported:

### Employment Data Reported:
| Employer Name | Date Verified | Location | Position | Date Hired |
|---|---|---|---|---|

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of the account.

### Rating Key
Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

### Remark Key
Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as "Remarks". The key below gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets ›‹ indicates that this remark is considered adverse.

CBC  ACCOUNT CLOSED BY CONSUMER
DRC  DISP INVG COMP CONSUM DISAGRS

CBG  CLOSED BY CREDIT GRANTOR
›PRL‹  UNPAID BALANCE CHARGED OFF

CLO  CLOSED

## Accounts with Adverse Information

**ELAN FIN SVCS/FIDELITY** #▮▮▮0929**** ( CB DISPUTES, PO BOX 108, SAINT LOUIS, MO 63166, (866) 234 4750 )

| | |
|---|---|
| Date Opened: 03/05/2012 | Date Updated: 11/30/2024 |
| Responsibility: Individual Account | Payment Received: $0 |
| Account Type: Revolving Account | Last Payment Made: 07/08/2024 |
| Loan Type: FLEXIBLE SPENDING CREDIT CARD | Original Charge-off: $18,779 |

Pay Status: ›Charged Off‹
Terms: Paid Monthly
Date Closed: 02/01/2024
›Maximum Delinquency of 120 days in 07/2024 and in 08/2024‹

High Balance: High balance of $21,551 from 10/2024 to 11/2024
Credit Limit: Credit limit of $35,000 from 10/2024 to 11/2024
Estimated month and year that this item will be removed: 03/2031

| | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $21,551 | $21,551 | | | | | | | | | | |
| Scheduled Payment | | $0 | | | | | | | | | | |
| Amount Paid | $0 | $0 | | | | | | | | | | |
| Past Due | $21,551 | $21,551 | | | | | | | | | | |
| Remarks | CBC/PRL | CBC/PRL | | | | | | | | | | |
| Rating | C/O | C/O | N/R | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | OK |

| | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

To dispute online go to: http://transunion.com/disputeonline

**Consumer Credit Report for JEFFREY THOMAS PIRZINGER**   File Number: 450079572  Date Issued: 12/20/2024

| | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | |

---

**TBOM/FORTIVA #** ████████ **9727****** ( POB 105555, ATLANTA, GA 30348 5555, (800) 710 2961 )

| | | | |
|---|---|---|---|
| Date Opened: | 06/30/2024 | Balance: | $1,864 |
| Responsibility: | Individual Account | Date Updated: | 12/16/2024 |
| Account Type: | Revolving Account | Payment Received: | $0 |
| Loan Type: | CREDIT CARD | High Balance: | $1,864 |
| | | Credit Limit: | $1,874 |
| | | Past Due: | ›$112‹ |

Pay Status: ›Account 90 days Past Due Date‹
Terms: $110 per month, paid Monthly
Date Closed: 10/04/2024
›Maximum Delinquency of 90 days in 12/2024 for $112‹

Remarks: DISP INVG COMP CONSUM DISAGRS
Estimated month and year that this item will be removed: 10/2031

| | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 |
|---|---|---|---|---|---|
| Rating | 30 | OK | OK | OK | OK |

---

**TD BANK USA/TARGET CREDI #** ██████ **1360****** ( P O BOX 1470, MINNEAPOLIS, MN 55440, Phone number not available )

| | | | |
|---|---|---|---|
| Date Opened: | 04/23/2015 | Date Updated: | 12/17/2024 |
| Responsibility: | Individual Account | Payment Received: | $0 |
| Account Type: | Revolving Account | Last Payment Made: | 07/24/2024 |
| Loan Type: | CREDIT CARD | | |

Pay Status: ›Account 90 days Past Due Date‹
Terms: $461 per month, paid Monthly
Date Closed: 11/17/2024
›Maximum Delinquency of 90 days in 12/2024 for $1,221‹

High Balance: High balance of $12,438 from 10/2024 to 10/2024; $13,109 from 12/2024 to 12/2024
Credit Limit: Credit limit of $11,600 from 10/2024 to 10/2024; $11,600 from 12/2024 to 12/2024
Remarks: CLOSED BY CREDIT GRANTOR
Estimated month and year that this item will be removed: 09/2031

| | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $13,109 | | $12,438 | | | | | | | | | |
| Scheduled Payment | $461 | | $434 | | | | | | | | | |
| Amount Paid | $0 | | $0 | | | | | | | | | |
| Past Due | $1,221 | | $341 | | | | | | | | | |
| Rating | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | |

## Satisfactory Accounts

**AMERICAN EXPRESS #** ██████ **3539****** (PO BOX 981537, EL PASO, TX 79998, (800) 874 2717 )

| | | | |
|---|---|---|---|
| Date Opened: 02/16/2004 | | Balance: | $0 |
| Responsibility: Individual Account | | Date Updated: | 10/06/2023 |
| Account Type: Open Account | | High Balance: | $175 |
| Loan Type: CREDIT CARD | | | |

Pay Status: Paid, Closed; was Paid as agreed
Date Closed: 03/09/2015

Remarks: ACCOUNT CLOSED BY CONSUMER; CLOSED

| | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R |

| | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R |

| | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R |

| | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R |

| | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R |

| | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R |

To dispute online go to: http://transunion.com/disputeonline

Consumer Credit Report for JEFFREY THOMAS PIRZINGER                                                File Number: 450079572  Date Issued: 12/20/2024

## AMERICAN EXPRESS # ███ 0572**** ( PO BOX 981537, EL PASO, TX 79998, (800) 874 2717 )

| | | |
|---|---|---|
| **Date Opened:** 11/19/2019 | **Balance:** $0 | **Pay Status:** Paid, Closed; was Paid as agreed |
| **Responsibility:** Individual Account | **Date Updated:** 08/18/2023 | **Terms:** Paid Monthly |
| **Account Type:** Revolving Account | **High Balance:** $3,833 | **Date Closed:** 08/12/2023 |
| **Loan Type:** CREDIT CARD | **Credit Limit:** $5,000 | |

**Remarks:** CLOSED BY CREDIT GRANTOR; CLOSED

| | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 |
|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK |

## AMERICAN EXPRESS # ███ 4843**** ( PO BOX 981537, EL PASO, TX 79998, (800) 874 2717 )

| | | |
|---|---|---|
| **Date Opened:** 03/19/2012 | **Balance:** $0 | **Pay Status:** Paid, Closed; was Paid as agreed |
| **Responsibility:** Relationship Terminated (03/15/2020) | **Date Updated:** 03/15/2020 | **Terms:** Paid Monthly |
| **Account Type:** Revolving Account | **High Balance:** $0 | **Date Closed:** 02/29/2020 |
| **Loan Type:** CREDIT CARD | **Credit Limit:** $1,000 | |

**Remarks:** ACCOUNT CLOSED BY CONSUMER; CLOSED

| | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## AMERICAN EXPRESS # ███ 2681**** ( PO BOX 981537, EL PASO, TX 79998, (800) 874 2717 )

| | | |
|---|---|---|
| **Date Opened:** 02/04/2018 | **Balance:** $0 | **Pay Status:** Paid, Closed; was Paid as agreed |
| **Responsibility:** Relationship Terminated (03/15/2020) | **Date Updated:** 03/15/2020 | **Terms:** Paid Monthly |
| **Account Type:** Revolving Account | **High Balance:** $0 | **Date Closed:** 02/29/2020 |
| **Loan Type:** CREDIT CARD | **Credit Limit:** $1,000 | |

**Remarks:** ACCOUNT CLOSED BY CONSUMER; CLOSED

| | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2018 |
|---|---|
| **Rating** | OK |

## BANCO POPULAR P. R. # ███ 0964**** ( PO BOX 71589, SAN JUAN, PR 00936, (787) 751 9800 )

| | | |
|---|---|---|
| **Date Opened:** 01/25/2019 | **Balance:** $0 | **Pay Status:** Paid, Closed; was Paid as agreed |
| **Responsibility:** Individual Account | **Date Updated:** 03/09/2020 | **Terms:** Paid Monthly |
| **Account Type:** Revolving Account | **Payment Received:** $0 | **Date Closed:** 02/29/2020 |
| **Loan Type:** FLEXIBLE SPENDING CREDIT CARD | **Last Payment Made:** 02/03/2020 | **Date Paid:** 02/03/2020 |
| | **High Balance:** $25,010 | |
| | **Credit Limit:** $25,000 | |

**Remarks:** ACCOUNT CLOSED BY CONSUMER; CLOSED

| | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2019 |
|---|---|
| **Rating** | OK |

Consumer Credit Report for JEFFREY THOMAS PIRZINGER          File Number: 450079572  Date Issued: 12/20/2024

## BARCLAYS BANK DELAWARE # ████ 2778**** ( PO BOX 8803, WILMINGTON, DE 19899, (888) 232 0780 )

| | |
|---|---|
| **Date Opened:** 03/08/2017 | **Balance:** $0 |
| **Responsibility:** Individual Account | **Date Updated:** 10/06/2019 |
| **Account Type:** Revolving Account | **Payment Received:** $0 |
| **Loan Type:** CREDIT CARD | **Last Payment Made:** 11/05/2018 |
| | **High Balance:** $24,999 |
| | **Credit Limit:** $25,000 |

**Pay Status:** Paid, Closed; was Paid as agreed
**Terms:** Paid Monthly
**Date Closed:** 10/02/2019
**Date Paid:** 11/05/2018

**Remarks:** ACCOUNT CLOSED BY CONSUMER; CLOSED

| | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 |
|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK |

## CITICARDS CBNA # ████ 3159**** ( 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108, (888) 248 4728 )

| | |
|---|---|
| **Date Opened:** 02/24/2015 | **Date Updated:** 03/15/2024 |
| **Responsibility:** Individual Account | **Last Payment Made:** 06/13/2023 |
| **Account Type:** Revolving Account | |
| **Loan Type:** CREDIT CARD | |

**Pay Status:** Paid, Closed; was Paid as agreed
**Terms:** Paid Monthly
**Date Closed:** 11/16/2023
**Date Paid:** 06/13/2023

**High Balance:** High balance of $27,301 from 06/2022 to 10/2023; $27,301 from 12/2023 to 12/2023; $27,301 from 03/2024 to 03/2024
**Credit Limit:** Credit limit of $55,000 from 06/2022 to 08/2023; $300 from 09/2023 to 10/2023; $300 from 12/2023 to 12/2023; $300 from 03/2024 to 03/2024

| | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance** | $0 | | | $0 | | $0 | $0 | $0 | $0 | $0 | $57 | $4 |
| **Scheduled Payment** | | | | $0 | | $0 | $0 | $0 | $0 | $0 | $41 | $4 |
| **Amount Paid** | | | | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Past Due** | $0 | | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Remarks** | CBG/CLO | | | CBG/CLO | | | | | DRC | DRC | DRC | DRC |
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance** | $0 | $11,189 | $8,680 | $2,145 | $6,476 | $743 | $11,801 | $9,215 | $9,164 | $5,314 | | |
| **Scheduled Payment** | $0 | $318 | $195 | $41 | $95 | $41 | $118 | $92 | $92 | $80 | | |
| **Amount Paid** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | |
| **Past Due** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | |
| **Remarks** | DRC | DRC | DRC | DRC | DRC | DRC | DRC | DRC | DRC | DRC | | |
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## CITICARDS CBNA # ████ 2434**** ( 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108, (855) 378 6467 )

| | |
|---|---|
| **Date Opened:** 10/06/2020 | **Date Updated:** 03/13/2024 |
| **Responsibility:** Individual Account | **Last Payment Made:** 09/27/2023 |
| **Account Type:** Revolving Account | |
| **Loan Type:** FLEXIBLE SPENDING CREDIT CARD | |

**Pay Status:** Paid, Closed; was Paid as agreed
**Terms:** Paid Monthly
**Date Closed:** 11/16/2023
**Date Paid:** 09/27/2023

**High Balance:** High balance of $1,950 from 06/2022 to 03/2023; $1,950 from 08/2023 to 12/2023; $1,950 from 03/2024 to 03/2024

| | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance** | $0 | | | $0 | $0 | $0 | $935 | $18 | | | | |
| **Scheduled Payment** | | | | $0 | $0 | $0 | $41 | $18 | | | | |
| **Amount Paid** | | | | $0 | $0 | $0 | $0 | $0 | | | | |
| **Past Due** | $0 | | | $0 | $0 | $0 | $0 | $0 | | | | |
| **Credit Limit** | $4,000 | | | $4,000 | $4,000 | $4,000 | $11,500 | $11,500 | | | | |
| **Remarks** | CBG/CLO | | | CBG/CLO | | | | | | | | |
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance** | $0 | $0 | $0 | $109 | $231 | $476 | $184 | $285 | $412 | $0 | | |
| **Scheduled Payment** | $0 | $0 | $0 | $41 | $41 | $41 | $41 | $41 | $41 | $0 | | |
| **Amount Paid** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | |
| **Past Due** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | |
| **Credit Limit** | $11,500 | $11,500 | $11,500 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | | |
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

To dispute online go to: http://transunion.com/disputeonline

Consumer Credit Report for JEFFREY THOMAS PIRZINGER                                                File Number: 450079572  Date Issued: 12/20/2024

| | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 |
|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK |

### HYUNDAI FINANCE # ▇▇344**** ( POB 20835, FOUNTAIN VLY, CA 92728 0835, (800) 523 4030 x7061 )

| | | | |
|---|---|---|---|
| **Date Opened:** 06/30/2016 | **Balance:** $0 | **Pay Status:** Paid, Closed; was Paid as agreed |
| **Responsibility:** Individual Account | **Date Updated:** 02/20/2020 | **Terms:** $0 per month, paid Monthly for 6 months |
| **Account Type:** Installment Account | **Payment Received:** $0 | |
| **Loan Type:** AUTO LEASE | **Last Payment Made:** 11/30/2019 | **Date Closed:** 02/20/2020 |
| | **High Balance:** $1,164 | |

**Remarks:** EARLY TERMINATION/OBLIG SATIS; CLOSED

| | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 |
|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK |

### JPMCB CARD SERVICES # ▇▇▇▇3383**** ( PO BOX 15369, WILMINGTON, DE 19850, (800) 945 2000 )

| | | | |
|---|---|---|---|
| **Date Opened:** 11/25/2019 | **Date Updated:** 12/08/2024 | **Pay Status:** Current; Paid or Paying as Agreed |
| **Responsibility:** Individual Account | **Last Payment Made:** 11/06/2023 | **Terms:** Paid Monthly |
| **Account Type:** Revolving Account | | **Date Paid:** 11/06/2023 |
| **Loan Type:** CREDIT CARD | | |

**High Balance:** High balance of $9,500 from 06/2022 to 12/2024
**Credit Limit:** Credit limit of $10,000 from 06/2022 to 10/2024; $500 from 11/2024 to 12/2024

| | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Scheduled Payment | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $72 | $474 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Scheduled Payment | $0 | $0 | $40 | $40 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 |
|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK |

### JPMCB CARD SERVICES # ▇▇▇8803**** ( PO BOX 15369, WILMINGTON, DE 19850, (800) 945 2000 )

| | | | |
|---|---|---|---|
| **Date Opened:** 01/26/2019 | **Date Updated:** 12/06/2024 | **Pay Status:** Current; Paid or Paying as Agreed |
| **Responsibility:** Individual Account | **Last Payment Made:** 11/21/2024 | **Terms:** $1,497 per month, paid Monthly |
| **Account Type:** Revolving Account | | |
| **Loan Type:** FLEXIBLE SPENDING CREDIT CARD | | |

**Credit Limit:** Credit limit of $68,200 from 06/2022 to 10/2024; $59,900 from 11/2024 to 12/2024

Consumer Credit Report for JEFFREY THOMAS PIRZINGER                    File Number: 450079572  Date Issued: 12/20/2024

| | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $58,249 | $57,144 | $53,663 | $46,423 | $42,717 | $34,946 | $28,422 | $19,999 | $12,884 | $11,795 | $9,289 | $54 |
| Scheduled Payment | $1,497 | $1,515 | $1,409 | $1,238 | $1,130 | $883 | $692 | $456 | $346 | $291 | $92 | $40 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| High Balance | $58,249 | $57,144 | $53,663 | $46,423 | $42,717 | $34,946 | $28,422 | $26,391 | $26,391 | $26,391 | $26,391 | $26,391 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $52 | $40 | $0 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| High Balance | $26,391 | $26,391 | $26,391 | $26,391 | $26,391 | $26,391 | $26,391 | $26,391 | $26,391 | $26,391 | $26,391 | $26,391 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| High Balance | $26,391 | $26,391 | $26,391 | $26,391 | $26,391 | $26,391 | $26,391 | | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 04/2019 | 03/2019 | 02/2019 |
|---|---|---|---|
| Rating | OK | OK | OK |

## JPMCB CARD SERVICES # ▓▓▓▓6834**** ( PO BOX 15369, WILMINGTON, DE 19850, (800) 945 2000 )

| | |
|---|---|
| **Date Opened:** 05/09/2019 | **Balance:** $0 |
| **Responsibility:** Individual Account | **Date Updated:** 10/08/2019 |
| **Account Type:** Revolving Account | **Last Payment Made:** 09/03/2019 |
| **Loan Type:** FLEXIBLE SPENDING CREDIT CARD | **High Balance:** $1,950 |
| | **Credit Limit:** $1,000 |

**Pay Status:** Paid, Closed; was Paid as agreed
**Terms:** Paid Monthly
**Date Closed:** 10/02/2019
**Date Paid:** 09/03/2019

Remarks: ACCOUNT CLOSED BY CONSUMER; CLOSED

| | 09/2019 | 08/2019 | 07/2019 | 06/2019 |
|---|---|---|---|---|
| Rating | OK | OK | OK | OK |

## JPMCB CARD SERVICES # ▓▓▓▓1784**** ( PO BOX 15369, WILMINGTON, DE 19850, (800) 945 2000 )

| | |
|---|---|
| **Date Opened:** 03/27/2017 | **Balance:** $0 |
| **Responsibility:** Individual Account | **Date Updated:** 10/04/2019 |
| **Account Type:** Revolving Account | **Last Payment Made:** 10/01/2018 |
| **Loan Type:** CREDIT CARD | **High Balance:** $19,987 |
| | **Credit Limit:** $5,000 |

**Pay Status:** Paid, Closed; was Paid as agreed
**Terms:** Paid Monthly
**Date Closed:** 10/02/2018
**Date Paid:** 10/01/2018

Remarks: ACCOUNT CLOSED BY CONSUMER; CLOSED

| | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 |
|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK |

## JPMCB CARD SERVICES # ▓▓▓▓0237**** ( PO BOX 15369, WILMINGTON, DE 19850, (800) 945 2000 )

| | |
|---|---|
| **Date Opened:** 05/29/2002 | **Balance:** $0 |
| **Responsibility:** Individual Account | **Date Updated:** 07/06/2017 |
| **Account Type:** Revolving Account | **Last Payment Made:** 05/01/2017 |
| **Loan Type:** CREDIT CARD | **High Balance:** $7,788 |
| | **Credit Limit:** $35,000 |

**Pay Status:** Paid, Closed; was Paid as agreed
**Terms:** Paid Monthly
**Date Closed:** 06/21/2017
**Date Paid:** 05/01/2017

Remarks: ACCT INFO DISPUTED BY CONSUMR; CLOSED

| | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

Consumer Credit Report for JEFFREY THOMAS PIRZINGER                                    File Number: 450079572  Date Issued: 12/20/2024

| | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## KIA MOTORS FINANCE #0602**** ( PO BOX 20835, FOUNTAIN VLY, CA 92728 0835, (800) 523 4030 )

| | |
|---|---|
| **Date Opened:** 11/23/2019 | **Balance:** $0 |
| **Responsibility:** Individual Account | **Date Updated:** 01/06/2020 |
| **Account Type:** Installment Account | **Payment Received:** $0 |
| **Loan Type:** AUTOMOBILE | **Last Payment Made:** 01/06/2020 |
| | **High Balance:** $19,295 |

**Pay Status:** Paid, Closed; was Paid as agreed
**Terms:** $0 per month, paid Monthly for 60 months
**Date Closed:** 01/06/2020

**Remarks:** CLOSED

| | 12/2019 | 11/2019 |
|---|---|---|
| Rating | OK | OK |

## KOHLS DEPARTMENT STORE #3733**** ( PO BOX 3115, MILWAUKEE, WI 53201, (800) 564 5740 )

| | |
|---|---|
| **Date Opened:** 04/10/2009 | **Balance:** $0 |
| **Responsibility:** Individual Account | **Date Updated:** 06/13/2018 |
| **Account Type:** Revolving Account | **Payment Received:** $0 |
| **Loan Type:** CHARGE ACCOUNT | **Last Payment Made:** 05/31/2015 |
| | **High Balance:** $432 |
| | **Credit Limit:** $1,500 |

**Pay Status:** Paid, Closed; was Paid as agreed
**Terms:** Paid Monthly
**Date Closed:** 05/31/2018
**Date Paid:** 05/31/2015

**Remarks:** INACTIVE ACCOUNT; CLOSED

| | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## MACYS/CITIBANK, N.A. 8354**** ( PO BOX 8218, MASON, OH 45050, (800) 289 6229 )

| | |
|---|---|
| **Date Opened:** 12/14/2014 | **Date Updated:** 12/16/2024 |
| **Responsibility:** Individual Account | |
| **Account Type:** Revolving Account | |
| **Loan Type:** CHARGE ACCOUNT | |

**Pay Status:** Paid, Closed; was Paid as agreed
**Terms:** Paid Monthly
**Date Closed:** 07/25/2024

**High Balance:** High balance of $0 from 06/2022 to 08/2024; $0 from 12/2024 to 12/2024
**Credit Limit:** Credit limit of $600 from 06/2022 to 08/2024; $600 from 12/2024 to 12/2024

| | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Scheduled Payment | | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Remarks | CBG/CLO | | | | CBG/CLO | | | | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

Page: 8 of 13

**Consumer Credit Report for** JEFFREY THOMAS PIRZINGER    File Number: 450079572  Date Issued: 12/20/2024

|  | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 |  |  |  |  |  |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 |  |  |  |  |  |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 |  |  |  |  |  |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 |  |  |  |  |  |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

|  | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

|  | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

|  | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

---

**PENTAGON FCU #** 0119**** ( POB 456, ALEXANDRIA, VA 22313, (800) 247 5626 )

| | |
|---|---|
| **Date Opened:** 09/19/2013 | **Date Updated:** 03/03/2023 |
| **Responsibility:** Individual Account | **Payment Received:** $0 |
| **Account Type:** Revolving Account | **Last Payment Made:** 12/31/2017 |
| **Loan Type:** CREDIT CARD | |

**Pay Status:** Paid, Closed; was Paid as agreed
**Terms:** Paid Monthly
**Date Closed:** 11/14/2022
**Date Paid:** 12/31/2017

**High Balance:** High balance of $143 from 06/2022 to 12/2022; $143 from 03/2023 to 03/2023
**Credit Limit:** Credit limit of $49,000 from 06/2022 to 12/2022; $49,000 from 03/2023 to 03/2023

|  | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 |  |  | $0 | $0 | $0 | $0 | $0 | $0 | $0 |  |  |
| Scheduled Payment |  |  |  | $0 | $0 | $0 | $0 | $0 | $0 | $0 |  |  |
| Amount Paid | $0 |  |  | $0 | $0 | $0 | $0 | $0 | $0 | $0 |  |  |
| Past Due | $0 |  |  | $0 | $0 | $0 | $0 | $0 | $0 | $0 |  |  |
| Remarks | CBC/CLO |  |  | CBC/CLO |  |  |  |  |  |  |  |  |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

|  | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

|  | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

|  | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

|  | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

|  | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

---

**SYNCB/HARBOR #** 0365**** ( PO BOX 71746, PHILADELPHIA, PA 19176, (855) 341 3108 )

| | |
|---|---|
| **Date Opened:** 07/04/2021 | **Balance:** $0 |
| **Responsibility:** Individual Account | **Date Updated:** 06/22/2022 |
| **Account Type:** Revolving Account | **Payment Received:** $0 |
| **Loan Type:** CHARGE ACCOUNT | **Last Payment Made:** 07/12/2021 |
| | **High Balance:** $46 |
| | **Credit Limit:** $3,000 |

**Pay Status:** Paid, Closed; was Paid as agreed
**Terms:** Paid Monthly
**Date Closed:** 01/25/2022
**Date Paid:** 07/12/2021

**Remarks:** ACCOUNT CLOSED BY CONSUMER; CLOSED

|  | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

---

**TD BANK #** 3070**** ( 200 CAROLINA POINT PARKWAY, BUILDING B, GREENVILLE, SC 29607, (866) 246 0192 )

| | |
|---|---|
| **Date Opened:** 12/02/2013 | **Balance:** $0 |
| **Responsibility:** Joint Account | **Date Updated:** 01/28/2020 |
| **Account Type:** Line of Credit Account | **Payment Received:** $0 |
| **Loan Type:** HOME EQUITY LOAN | **Last Payment Made:** 01/28/2020 |
| | **High Balance:** $144,000 |
| | **Credit Limit:** $144,000 |

**Pay Status:** Paid, Closed; was Paid as agreed
**Terms:** Paid Monthly
**Date Closed:** 04/01/2019
**Date Paid:** 01/28/2020

**Remarks:** ACCOUNT CLOSED BY CONSUMER; CLOSED

|  | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

|  | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

|  | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**To dispute online go to: http://transunion.com/disputeonline**

Consumer Credit Report for JEFFREY THOMAS PIRZINGER                    File Number: 450079572   Date Issued: 12/20/2024

| | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## Regular Inquiries

**CAPITAL ONE VIA DEALER** (PO BOX 259407, PLANO, TX 75025, (800) 946 0332)
Requested On: 12/03/2024
*Inquiry Type: Individual*

**JPMCB AUTO FINANCE** (PO BOX 901076, FORT WORTH, TX 76101, (800) 336 6675)
Requested On: 12/03/2024, 08/03/2024
*Inquiry Type: Individual*

**CONSUMER PORTFOLIO SERVI** (19500 JAMBOREE ROAD, IRVINE, CA 92612, (888) 469 4520)
Requested On: 12/03/2024
*Inquiry Type: Individual*

**NCCSTAMFORD HYUNDAI** (85 MAGEE AVENUE, STAMFORD, CT 06902, (203) 326 5740)
Permissible Purpose: CREDIT TRANSACTION
Requested On: 12/03/2024
*Inquiry Type: Individual*

**CBCCITYWORLDFORD via CBCCITY WORLD FORD** (3305 BOSTON ROAD, BRONX, NY 10469, (718) 881 7900)
Permissible Purpose: CREDIT TRANSACTION
Requested On: 10/07/2024
*Inquiry Type: Individual*

**CHRYSLER DODGE JEEP via 700CRCHRYSLER DODGE JEEP** (678 11TH AVENUE, NEW YORK, NY 10019, (332) 877 9880)
Permissible Purpose: CREDIT TRANSACTION
Requested On: 08/05/2024, 08/03/2024
*Inquiry Type: Individual*

**UNITED MIDWEST S BANK** (6563 WILSON MILLS RD, MAYFIELD VILLAGE, OH 44143, (800) 468 2255)
Requested On: 07/29/2024
*Inquiry Type: Individual*

## Account Review Inquiries

**FACTACT FREE DISCLOSURE** (P O BOX 1000, CHESTER, PA 19016, (800) 888 4213)
Requested On: 12/20/2024, 01/16/2023

**CONSUMERINFO.COM** (475 ANTON BLVD, COSTA MESA, CA 92626, (888) 397 3742)
Requested On: 12/19/2024, 12/19/2024, 12/11/2024, 11/24/2024, 11/20/2024, 11/17/2024, 11/16/2024, 11/15/2024, 11/12/2024, 11/11/2024, 11/10/2024, 11/08/2024, 11/07/2024, 11/06/2024, 11/04/2024, 11/03/2024, 11/02/2024, 11/01/2024, 10/30/2024, 10/26/2024, 10/23/2024, 10/22/2024, 10/18/2024, 10/10/2024, 10/09/2024, 10/07/2024, 10/04/2024, 09/27/2024, 09/12/2024, 08/07/2024, 08/05/2024, 08/03/2024, 07/25/2024, 07/23/2024, 07/21/2024, 07/19/2024, 07/17/2024, 07/16/2024, 07/12/2024, 07/11/2024, 07/09/2024, 07/08/2024, 07/06/2024, 07/05/2024, 07/04/2024, 06/07/2024, 06/06/2024, 03/22/2024, 03/20/2024, 03/10/2024, 03/09/2024, 03/07/2024, 03/06/2024, 03/05/2024, 03/04/2024, 03/02/2024, 02/01/2024, 11/23/2023, 11/20/2023, 11/16/2023, 11/09/2023, 11/07/2023, 11/03/2023, 11/02/2023, 11/01/2023, 10/27/2023, 10/25/2023, 10/24/2023, 10/23/2023, 10/22/2023, 10/18/2023, 10/15/2023, 10/09/2023, 10/06/2023, 10/04/2023, 09/24/2023, 09/21/2023, 09/20/2023, 09/19/2023, 09/16/2023, 09/15/2023, 09/14/2023, 09/12/2023, 09/11/2023, 09/08/2023, 08/31/2023, 08/30/2023, 08/25/2023, 08/24/2023, 08/12/2023, 07/24/2023

**JEFFREY PIRZINGER via TUCI-IDENTITYIQ** (100 CROSS STREET 202, SAN LUIS OBISPO, CA 93401, (844) 580 6816)
Permissible Purpose: CONSUMER REQUEST
Requested On: 12/19/2024, 12/19/2024, 12/19/2024, 11/08/2024, 09/27/2024, 08/03/2024, 07/24/2024

**TRANSUNION CONSUMER INTE** (760 MARKET STREET 10TH FLOOR, SAN FRANCISCO, CA 94102, (844) 580 6816)
Permissible Purpose: CREDIT MONITORING
Requested On: 12/19/2024

**JEFFREY PIRZINGER via TRANSUNION INTERACTIVE IN** (100 CROSS ST, STE 202, SAN LUIS OBISPO, CA 93401, (855) 681 3196)
Permissible Purpose: CONSUMER REQUEST
Requested On: 12/11/2024

**813778043 via TRANSUNION INTERACTIVE** (100 CROSS STREET 202, SAN LUIS OBISPO, CA 93401, (844) 580 6816)
Permissible Purpose: CREDIT MONITORING
Requested On: 12/11/2024

**P1333313666E29420964 via CONSUMERINFO** (535 ANTON BLVD SUITE 100, COSTA MESA, CA 92626, (949) 567 3762)
Permissible Purpose: WRITTEN AUTHORIZATION
Requested On: 12/11/2024, 12/04/2024, 11/23/2024, 11/20/2024, 11/11/2024, 11/09/2024, 10/20/2024, 10/08/2024, 10/07/2024, 09/04/2024, 08/08/2024, 08/06/2024, 08/04/2024, 07/30/2024, 07/06/2024, 06/05/2024, 05/03/2024

**BIZ2CREDIT** (ONE PENN PLAZA, STE 4915, NEW YORK, NY 10119, (787) 789 2222)
Requested On: 12/11/2024

**TRANSUNION INTERACTIVE** (100 CROSS STREET SUITE 101, SAN LUIS OBISPO, CA 93401, (844) 580 6816)
Requested On: 12/06/2024

**TRANSUNION CONSUMER INTE** (100 CROSS STREET, SAN LUIS OBISP, CA 93401, (805) 782 8282)
Requested On: 12/06/2024

To dispute online go to: http://transunion.com/disputeonline

**AMERICAN EXPRESS** ( PO BOX 981537, EL PASO, TX 79998, (800) 874 2717 )
**Requested On:** 12/04/2024

**CREDIT KARMA via TUCI CREDIT KARMA TUNA** ( 100 CROSS STREET, SUITE 101, SAN LUIS OBISPO, CA 93401, (844) 580 6816 )
**Permissible Purpose:** CREDIT MONITORING
**Requested On:** 11/25/2024, 11/24/2024, 11/09/2024, 10/22/2024, 10/18/2024, 10/09/2024, 09/11/2024, 09/09/2024, 05/09/2024

**CAPITAL ONE** ( 15000 CAPITAL ONE DRIVE, RICHMOND, VA 23238, (800) 955 7070 )
**Requested On:** 11/17/2024

**ECD via CICEXPERIAN FRAUD RES** ( PO BOX 2390, ALLEN, TX 75013, (949) 567 3681 )
**Permissible Purpose:** CONSUMER INITIATED TRANSACTION
**Requested On:** 10/30/2024

**CONSUMERINFO via CONSUMER INFO.COM** ( PO BOX 2390, ALLEN, TX 75013, (877) 481 6826 )
**Permissible Purpose:** CONSUMER REQUEST
**Requested On:** 09/27/2024

**TBOM/ATLS/FORTIVA** ( 6 CONCOURSE PARKWAY, 2ND FLOOR/MAILROOM, ATLANTA, GA 30328, (770) 828 2000 )
**Requested On:** 09/26/2024

**US BANK** ( PO BOX 108, SAINT LOUIS, MO 63166, (800) 285 8585 )
**Requested On:** 09/25/2024

**ALLY FINANCIAL** ( 200 RENAISSANCE CTR, DETROIT, MI 48265, (866) 710 4623 )
**Requested On:** 08/03/2024

**JEFFREY PIRZINGER via KARMATRANSUNION INTERACT** ( 100 CROSS STREET, SAN LUIS OBISPO, CA 93401, (844) 580 6816 )
**Permissible Purpose:** CONSUMER REQUEST
**Requested On:** 07/29/2024

**SEZZLE INC** ( 700 NICOLLET MALL, STE 640, MINNEAPOLIS, MN 55402, (888) 540 1867 )
**Requested On:** 07/28/2024

**WELLS FARGO CARD SERV** ( PO BOX 14517, DES MOINES, IA 50306, (800) 459 8485 x1000 )
**Requested On:** 06/29/2024

**RANGE VIEW MANAGEMEN via CREDIT REPORTING SERVICES** ( 2443 FILLMORE ST 380 TO, SAN FRANCISCO, CA 94115, (707) 773 7750 )
**Permissible Purpose:** WRITTEN AUTHORIZATION
**Requested On:** 06/27/2024

**ELAN FIN SVCS** ( PO BOX 108, SAINT LOUIS, MO 63166, (866) 234 4750 )
**Requested On:** 06/26/2024

**SYNCB/YOUR CREDIT SCORE** ( PO BOX 71757, PHILADELPHIA, PA 19176, (866) 396 8254 )
**Requested On:** 05/02/2024

**FISERVCHECKFREE CORP** ( 6000 PERIMETER DR, DUBLIN, OH 43017, (877) 347 8346 )
**Requested On:** 02/07/2024

**ELAN FINANCIAL** ( 200 SOUTH 6TH STREET, MINNEAPOLIS, MN 55402, (866) 234 4750 )
**Requested On:** 11/15/2023

**AMERICAN RECOVERY SERV** ( 555 SAINT CHARLES DR, STE 100, THOUSAND OAKS, CA 91360, (805) 379 8500 )
**Requested On:** 09/23/2023

**P1333313666E27455098 via CONSUMERINFO** ( 535 ANTON BLVD SUITE 100, COSTA MESA, CA 92626, (949) 567 3762 )
**Permissible Purpose:** WRITTEN AUTHORIZATION
**Requested On:** 09/07/2023

**P1333313666E27241497 via CONSUMERINFO** ( 535 ANTON BLVD SUITE 100, COSTA MESA, CA 92626, (949) 567 3762 )
**Permissible Purpose:** WRITTEN AUTHORIZATION
**Requested On:** 08/23/2023, 08/22/2023

**JEFFREY PIRZINGER via TRANSUNION INTERACTIVE** ( 100 CROSS STREET 202, SAN LUIS OBISPO, CA 93401, (800) 493 2392 )
**Permissible Purpose:** CONSUMER REQUEST
**Requested On:** 08/21/2023, 08/05/2023, 07/05/2023, 06/05/2023, 05/05/2023, 04/02/2023, 03/02/2023, 01/15/2023, 12/25/2022

**812581958 via TRANSUNION INTERACTIVE** ( 100 CROSS STREET 202, SAN LUIS OBISPO, CA 93401, (800) 493 2392 )
**Permissible Purpose:** CREDIT MONITORING
**Requested On:** 07/25/2023, 07/23/2023, 07/22/2023, 04/27/2023, 01/24/2023, 01/01/2023

**P1333313666E26706509 via CONSUMERINFO** ( 535 ANTON BLVD SUITE 100, COSTA MESA, CA 92626, (949) 567 3762 )
**Permissible Purpose:** WRITTEN AUTHORIZATION
**Requested On:** 07/23/2023, 07/22/2023

**To dispute online go to: http://transunion.com/disputeonline**

**TUCI - DC TARGETED** ( 100 CROSS STREET, SUITE 101, SAN LUIS OBISPO, CA 93401, (844) 580 6816 )
Requested On: 05/28/2023, 05/24/2023, 05/17/2023, 05/05/2023, 03/14/2023, 02/20/2023, 02/15/2023

**APPLE CARDGS BANK** ( PO BOX 45400, SALT LAKE CITY, UT 84145, (877) 255 5923 )
Requested On: 05/24/2023

**APPLE CARDGS BANK** ( PO BOX 45400, SALT LAKE CITY, UT 84145, (877) 255 5923 )
Requested On: 05/24/2023

**820764370 via TRANSUNION INTERACTIVE IN** ( 100 CROSS ST, STE 202, SAN LUIS OBISPO, CA 93401, (855) 681 3196 )
Permissible Purpose: CREDIT MONITORING
Requested On: 04/27/2023

**TRANSUNION INTERACTIVE** ( 100 CROSS STREET 202, SAN LUIS OBISPO, CA 93401, (800) 493 2392 )
Requested On: 02/17/2023, 02/09/2023, 01/21/2023, 01/19/2023, 12/30/2022

**ELAN FIN SVC** ( 200 SOUTH SIXTH STREET, MINNEAPOLIS, MN 55402, (866) 234 4750 )
Requested On: 02/09/2023

**NAVY FCU** ( 820 FOLLIN LANE, VIENNA, VA 22180, (803) 255 8062 )
Requested On: 02/07/2023

**NAVY FCU** ( 820 FOLLIN LANE, VIENNA, VA 22180, (888) 842 6328 )
Requested On: 01/25/2023

**PAYPAL via SYNCBVENMO** ( PO BOX 965015, ORLANDO, FL 32896, (855) 878 6462 )
Permissible Purpose: CREDIT TRANSACTION
Requested On: 01/21/2023

**TRANSUNION INTERACTIVE** ( 100 CROSS STREET, SUITE 202, SAN LUIS OBISPO, CA 93401, (805) 782 8282 )
Requested On: 12/23/2022

## Credit Report Messages

**PROMOTIONAL OPT-OUT:** This file has been opted out of promotional lists supplied by TransUnion.
(Note: This opt out has no expiration date.)

## Additional Information

The following disclosure of information might pertain to you. This additional information may include Special Messages, Office of Foreign Assers Control ("OFAC") Potential Name Matches, Inquiry Analysis, Military Lending Act ("MLA") Covered Borrower Information, Third Party Supplemental Information and/or Consumer Contributed Financial Information. Authorized parties may also receive the additional information below from TransUnion.

## Inquiry Analysis

The companies that request your credit report must first provide certain information about you. Within the past 90 days, companies that requested that report provided the following information.

**CAPITAL ONE VIA DEALER**
Identifying information they provided:
JEFFREY T. PIRZINGER
135 BEECHWOOD DR
MAMARONECK, NY 10543 1201

Requested On: 12/03/2024
Employer:

**CONSUMER PORTFOLIO SERVI**
Identifying information they provided:
JEFFREY T. PIRZINGER
135 BEECHWOOD DR
MAMARONECK, NY 10543 1201
Requested On: 12/03/2024

**CBCCITYWORLDFORD via CBCCITY WORLD FORD**
Identifying information they provided:
JEFFREY T. PIRZINGER
135 BEECHWOOD DR
MAMARONECK, NY 10543 1201
Requested On: 10/07/2024

**JPMCB AUTO FINANCE**
Identifying information they provided:
JEFFREY T. PIRZINGER
135 BEECHWOOD DR
MAMARONECK, NY 10543 1201
Requested On: 12/03/2024

**NCCSTAMFORD HYUNDAI**
Identifying information they provided:
JEFFREY T. PIRZINGER
135 BEECHWOOD DR
MAMARONECK, NY 10543 1201
Requested On: 12/03/2024

To dispute online go to: http://transunion.com/disputeonline

Consumer Credit Report for JEFFREY THOMAS PIRZINGER                                    File Number: 450079572   Date Issued: 12/20/2024

## Third Party Supplemental Information

In addition to the information maintained in the above credit report, TransUnion will occasionally contact a third party for supplemental information in connection with a particular transaction in response to a request from a particular customer. Listed below is the supplemental data that TransUnion obtained from such third parties, as well as the name(s) of the TransUnion customer for whom it was obtained.

### CHECKING ACCOUNT AND DEMAND DEPOSIT ACCOUNT (DDA) ACTIVITY
Data Source: Chex Systems Inc. (7805 Hudson Road, Suite 100, Woodbury, MN 55125, (800) 513-7125)
Requested by: CONSUMER PORTFOLIO SERVI
Requested on: 12/03/2024
Checking Account Inquiries in the Last Month: 0
Checking Account Inquiries in the Last 2 Months: 0
Checking Account Inquiries in the Last 3 Months: 0
Checking Account Inquiries in the Last 6 Months: 0
Checking Account Inquiries in the Last Year: 2
Checking Account Inquiries in the Last 2 Years: 5
DDA Inquiries in the Last 3 Years: 5
Total Days Since First Checking Account Inquiry: 699
Days Since Most Recent DDA Inquiry: 276
Credit Inquiries in the Last Year: 1
Credit Inquiries in the Last 3 Years: 2
Auto Inquiries in the Last 3 Years: 1
DDA & Credit/Non-DDA Inquiries in Last 3 Years: 7

### SUPPLEMENTAL CONSUMER CREDIT INFORMATION
Data Source: Teletrack (PO Box 740008, Atlanta, GA 30374, (877)309-5226)
Requested by: APPLE CARDGS BANK
Requested on: 05/24/2023
Auto Finance Inquiries in the Last 3 Months: 0
Auto Finance Inquiries in the Last 6 Months: 0
Auto Finance Inquiries in the Last 9 Months: 0
Auto Finance Inquiries in the Last 12 Months: 0
Auto Finance Inquiries in the Last 24 Months: 0
Auto Finance Inquiries in the Last 7 Years: 0
Cash Advance Inquiries in the Last 3 Months: 0
Cash Advance Inquiries in the Last 6 Months: 0
Cash Advance Inquiries in the Last 9 Months: 0
Cash Advance Inquiries in the Last 12 Months: 0
Cash Advance Inquiries in the Last 24 Months: 0
Cash Advance Inquiries in the Last 7 Years: 0
Misc Financial Services in the Last 7 Years: 1
Rent-to-Own Inquiries in the Last 3 Months: 0
Rent-to-Own Inquiries in the Last 6 Months: 0
Rent-to-Own Inquiries in the Last 9 Months: 0
Rent-to-Own Inquiries in the Last 12 Months: 0
Rent-to-Own Inquiries in the Last 24 Months: 0
Rent-to-Own Inquiries in the Last 7 Years: 0
All Alternative Credit Inquiries in the Last 3 months: 0
All Alternative Credit Inquiries in the Last 6 Months: 1
All Alternative Credit Inquiries in the Last 24 Months: 1
All Alternative Credit Inquiries in the Last 7 Years: 1
Paid Auto Finance Charge-offs in the Last 24 Months: 0
Paid Payday Loan Charge-offs in the Last 24 Months: 0
Paid Rent-to-Own Charge-offs in the Last 24 Months: 0
All Paid Charge-offs in the Last 3 Months: 0
All Paid Charge-offs in the Last 24 Months: 0
All Paid Charge-offs in the Last 7 Years: 0
Open Auto Finance Charge-offs in the Last 24 Months: 0
Open Payday Loan Charge-offs in the Last 24 months: 0
Open Rent-to-Own Charge-offs in the Last 24 Months: 0
All Open Charge-offs in the Last 3 Months: 0
All Open Charge-offs in the Last 6 Months: 0
All Open Charge-offs in the Last 9 Months: 0
All Open Charge-offs in the Last 12 Months: 0
All Open Charge-offs in the Last 24 Months: 0
All Open Charge-offs in the Last 7 Years: 0

**To dispute online go to: http://transunion.com/disputeonline**

Consumer Credit Report for JEFFREY THOMAS PIRZINGER                    File Number: 450079572  Date Issued: 12/20/2024

*SUPPLEMENTAL PUBLIC RECORDS AND RESIDENTIAL INFORMATION*
Data Source/Recorder's Office: WESTCHESTERNY
Requested by: CONSUMER PORTFOLIO SERVI
Requested on: 12/03/2024
Home Equity Loans: 0
Available Home Equity: $0
Home Equity Loan Amount: $0
Refinance Indicator: No
Refinance or Equity Fixed Mortgages in Last 24 Months: 0
Conventional Mortgages recorded in the Last 24 Months: 0
FHA Mortgage Loans Recorded: 0
First Mortgage Amount: $0
Second Mortgage Amount: $0
Foreclosure: No

# Should you wish to contact TransUnion, you may do so,

**Online:**
To dispute information contained in your credit report, please visit: www.transunion.com/disputeonline
For answers to general questions, please visit: www.transunion.com

**By Mail:**
Fraud Victim Assistance Department
P.O. Box 2000
Chester, PA 19016 2000

**By Phone:**
(800) 916 8800
You may contact us between the hours of 8:00 AM   11:00 PM Eastern Time, Monday through Friday, and Saturday through Sunday between the hours of 8:00 AM and 5:00PM Eastern Time, except major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).

**To dispute online go to: http://transunion.com/disputeonline**

## Summary of Rights

### GENERAL SUMMARY OF RIGHTS UNDER THE FCRA

Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit prescreened offers of credit and insurance you get based on information in your credit report.** Unsolicited prescreened offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

- **CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your

express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place a security freeze, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security Number. You may place a security freeze on your credit report by contacting each of the three nationwide credit reporting agencies.

- Equifax: 1-800-525-6285; www.equifax.com
- Experian: 1-888-397-3742; www.experian.com
- TransUnion: 1-800-680-7289; www.transunion.com

- **As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost.** An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court. You may also have the right to file suit under state law.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates | a. Consumer Financial Protection Bureau<br>1700 G Street, NW,<br>Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW,<br>Washington, DC 20580          (877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act. | b. Federal Reserve Consumer Help Center<br>PO Box 1200<br>Minneapolis, MN 55480<br><br>c. Division of Depositor and<br>Consumer Protection<br>National Center for Consumer<br>and Depositor Assistance<br>Federal Deposit Insurance<br>Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106 |
| c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations | |
| d. Federal Credit Unions | d. National Credit Union Administration<br>Office of Consumer Financial Protection<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Office of Aviation Protection<br>Department of Transportation<br>1200 New Jersey Avenue, SE,<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance Surface Transportation Board<br>395 E Street, SW,<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, NE,<br>Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW,<br>Washington, DC 20580          (877) 382-4357 |

## Fraud Victim Rights

### SUMMARY OF RIGHTS UNDER THE FCRA OF VICTIMS OF IDENTITY THEFT

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W. Washington, DC 20552.*

#### Remedying the Effects of Identity Theft

You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security number, date of birth, or other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name. For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

1. **You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file to let potential creditors and others know that you may be a victim of identity theft.** A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

   * Equifax: 1-800-525-6285; www.equifax.com
   * Experian: 1-888-397-3742; www.experian.com
   * TransUnion: 1-800-680-7289; www.transunion.com

An initial fraud alert stays in your file for at least one year. An extended alert stays in your file for seven years. To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security number. If you ask for an extended alert, you will have to provide an identity theft report. An identity theft report includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the identity theft report, visit www.consumerfinance.gov/learnmore.

2. **You have the right to free copies of the information in your file (your "file disclosure").** An initial fraud alert entitles you to a copy of all the information in your file at each of the three nationwide agencies, and an extended alert entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore.

3. **You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information.** A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It may also specify an address for you to send your request. Under certain circumstances a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

4. **You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief – like the name of the creditor and the amount of the debt.

5. **If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file.** An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your identity theft report. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation, or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer, or place the debt for collection.

**6. You also may prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an <u>identity theft report</u>.

7. The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To learn more about identity theft and how to deal with its consequences, visit <u>www.consumerfinance.gov/learnmore</u>, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state Attorney General.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at <u>www.consumerfinance.gov/learnmore</u>.

## Credit Fraud Prevention Toolkit

### Stop fraud before it happens — control the damage if it does

#### PROTECT YOURSELF AGAINST CREDIT FRAUD

*Know your credit report*
Monitoring your credit is the first step in preventing fraud. Order your credit report at least once a year and immediately report any unfamiliar accounts or charges.

*Your rights under the FACT Act*
The Fair and Accurate Credit Transactions (FACT) Act was signed into law in December 2003. This law incorporates new privacy regulations, identity theft protection, dispute procedures and the distribution of free annual Personal Credit Reports. This means that you can review a free copy of your Personal Credit Report every 12 months. You can request your FACT Act Personal Credit Reports from each of the credit reporting agencies online at www.annualcreditreport.com. You can also submit your request by calling (877) 322-8228 or by mail (see details online).

*Guard your Identity*
Destroy credit card and bank statements, credit card offers, and credit card receipts before discarding. Carry only the identification and credit cards you need that day. Never carry social security cards, birth certificates, or passports unless you have to. Don't print your social security number on your driver's license.

*Memorize PINs and passwords*
Don't write down or carry PINs or passwords with you. Choose a password or PIN that's easy to remember, and memorize it. But be careful to avoid obvious passwords like birthdays, phone numbers, or addresses.

*Avoid credit repair scams*
So-called "credit repair" companies can't do anything to repair your credit other than what you could do yourself. All they can do is dispute information contained on your report and have inaccuracies corrected for no charge. However, they often use deceptive or even illegal practices. If you believe a credit repair company is breaking the law, report them to your state authorities and the Federal Trade Commission (FTC).

*Protect your information*
Keep a copy of all account information, including account numbers, expiration dates, and telephone numbers for fraud departments and customer service in a secure place. Never disclose social security numbers or other personal information over the telephone or Internet unless it is to a trusted source.

*Watch for the signs*
The sooner you detect credit fraud, the less damage it can do. Know the warning signs and be ready to act. Watch for missing statements or bills, unusual charges on your accounts, incoming letters informing you that you've been approved or denied credit you didn't apply for, or bills and statements you don't recognize.

*Act quickly*
If you have any reason to suspect credit fraud, contact banks, creditors, and the three main credit information providers immediately. You can get access to your credit report at www.transunion.com.

Remember, you're entitled to copies of your report at no charge if you think you have been the victim of identity theft:

| TransUnion | Experian | Equifax |
|---|---|---|
| P.O. Box 2000 | P.O. Box 2002 | P.O. Box 740256 |
| Chester, PA 19016 | Allen, TX 75013 | Atlanta, GA 30374 |
| (800) 680-7289 | (888) 397-3742 | (800) 525-6285 |

*If you have any questions or need advice, call (800) 680-7289 to contact the Fraud Victim Assistance Department today.*

*Contain, restore, and rebuild*
*Steps to recover from credit fraud*

*Step 1: Add a fraud alert*
Have TransUnion add an initial, extended, or active duty fraud alert to your credit file advising potential creditors to contact you personally before approving any applications made in your name. You only need to make a single request, and we will automatically inform the other two national credit reporting agencies.

*Step 2: Inspect your credit reports*
Visit www.transunion.com or call (800) 680-7289 to request your report. Dispute all information that you don't recognize. Provide a copy of your police report, a notarized FTC fraud affidavit, or other relevant documentation of proof with your dispute.

*Step 3: Report the fraud*
Notify your local, state, and federal law enforcement offices immediately. Be sure to request a case number and a copy of the police report to provide TransUnion's Fraud Victim Assistance Department.

*Step 4: Contact credit financial institutions*
Notify your credit institutions and banks as soon as possible. Document the fraud to avoid responsibility for fraudulent debts. Keep a log of all phone conversations, including names of people with whom you spoke.

## Credit Fraud Prevention Toolkit

**Step 5: Checks and social security number**

Notify your bank to stop checks. You can also report stolen checks, file a complaint with the Social Security Administration and more by calling the numbers below:

| | |
|---|---|
| Social Security Administration<br>www.ssa.gov | (800) 269-0271 |
| SCAN<br>www.consumerdebt.com | (800) 262-7771 |
| Checkrite/Global Payments<br>www.globalpaymentinc.com | (800) 638-4600 |
| TeleCheck<br>www.telecheck.com | (800) 710-9898 |
| ChexSystems/E-Funds<br>www.chexhelp.com | (800) 328-5121 |

**Get help to rebuild**

If you need assistance, the TransUnion Fraud Victim Assistance Department is always ready to help at (800) 680-7289. The FTC can also help at (877) ID-THEFT or www.consumer.gov/idtheft. Identity Theft resolution services for individuals, employers, banks, insurers, and other groups are available through RelyData, LLC. Contact them at (877) 735-9282 or visit www.relydata.com

## PROTECT YOUR MOST VALUABLE ASSET — YOUR IDENTITY

**Prevent identity fraud and keep your credit safe**

As a leading provider of credit information solutions, TransUnion is your first line of defense in protecting yourself against credit fraud. From   preventative advice to investigations and credit restoration assistance, we're always just a phone call away. Whatever your concern, the TransUnion Fraud Victim Assistance Department is ready to help. Credit fraud occurs when somebody else uses your identity to obtain credit. If successful, the criminal can incur substantial debts in your name, force the closure of your bank accounts and credit cards, and even prevent you from being able to buy a car, a home, or more. Following these simple steps can go a long way towards protecting yourself from credit fraud.

**Ten steps to prevent identity fraud**

- Watch your mail for missing statements or bills
- Carry the minimum amount of credit cards with you
- Don't include your social security number on your driver's license
- Destroy documents before discarding, preferably by shredding
- Check your credit report regularly
- Keep a record of credit and bank information in a safe place
- Never disclose personal information over the telephone or Internet unless it is to a trusted source
- Balance your checkbook regularly and watch for skipped check numbers or unfamiliar amounts
- Stay alert and act immediately if you become suspicious
- Guard against identity theft with weekly fraud-watch emails from www.transunion.com

Consumers can get their free annual personal credit report online at www.annualcreditreport.com or by calling (877) 322-8228.

Questions? Visit our Web site at www.transunion.com or call 1-800-680-7289 to contact the TransUnion Fraud Victim Assistance Department today.