# Certificate of Service

**Re: Jeffrey Thomas Pirzinger v. Trans Union LLC, Case No. 7:25-cv-01760-PMH**

I, Jeffrey Thomas Pirzinger, certify that on December 9th, 2025 by operation of the Court's electronic filing system, and also on December 10, 2025 via FedEx tracking # 886853449900, defendant's counsel, Andrew G. Hope, Esq., Buchanan Ingersoll & Rooney, 640 Fifth Avenue, 9th Floor, New York, NY 10019 received the following:

1. SECOND AMENDED COMPLAINT, CLAIMS UPON WHICH RELIEF CAN BE GRANTED (ECF 34)
2. SECOND AMENDED COMPLAINT EXHIBIT INDEX & EXHIBITS A-H. (ECF 35)

Dated: September 11, 2025

*[signature]*

Jeffrey Thomas Pirzinger
135 BEECHWOOD DR
MAMARONECK, NY 10543
PHONE: 914-497-1104

FedEx shipping label:

- ORIGIN ID:CTXA  (914) 497-1104
- JEFFREY PIRZINGER
- C/O 135 BEECHWOOD DR
- MAMARONECK, NY 10543
- UNITED STATES US

- SHIP DATE: 09DEC25
- ACTWGT: 1.00 LB
- CAD: 261869709/INET4535

- BILL SENDER

- TO: ATTN: ANDREW G. HOPE
- BUCHANAN INGERSOLL ROONEY
- 640 FIFTH AVE, 9TH FL
- (212) 440-4400
- INV:
- PO: EXHIBITS A THRU H
- DEPT:
- NEW YORK NY 10019
- REF: SECOND AMENDED COMPLAINT AND

- TRK# 8868 5344 9900  0201

- E3 QNYA

- WED – 10 DEC 5:00P
- STANDARD OVERNIGHT

- 10019
- NY-US  EWR

58HJ4/2C22/59F2
J254025092401uv



December 11, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 886853449900

Page 3 of 3

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | S.Smalls | Delivery Location: | 640 FIFTH AVE, 9TH FL |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | NEW YORK, NY, 10019 |
| | | Delivery date: | Dec 10, 2025 13:35 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 886853449900 | Ship Date: | Dec 9, 2025 |
| | | Weight: | 0.5 LB/0.23 KG |

**Recipient:**
ATTN: ANDREW G. HOPE, BUCHANAN INGERSOLL ROONEY
640 FIFTH AVE, 9TH FL
NEW YORK, NY, US, 10019

**Shipper:**
Jeffrey Pirzinger,
c/o 135 BEECHWOOD DR
MAMARONECK, NY, US, 10543

**Reference**           Second Amended Complaint and
                        Exhibits A thru H



Thank you for choosing FedEx

Page 3 of 3