IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

| | |
|---|---|
| JEFFREY THOMAS PIRZINGER<br><br>               Plaintiff,<br>   v.<br><br>TRANS UNION, LLC;<br><br>              Defendant. | Case No. 7:25-cv-01760-PMH<br><br>**TRANS UNION LLC'S RULE 7.1<br>CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Trans Union, LLC ("TransUnion") discloses that it is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is a wholly owned subsidiary of TransUnion, which is a Delaware corporation publicly traded on the New York Stock Exchange under the ticker "TRU". No publicly held corporation directly owns 10% or more of the issued and outstanding stock in TransUnion.

                                                           **BUCHANAN INGERSOLL & ROONEY PC**

                                                           /s/ *Andrew G. Hope*_____
                                                           Andrew G. Hope (NY Bar ID No. 4913547)
                                                           640 5th Avenue, 9th Floor
                                                           New York, New York 10019-6102
                                                           215 665 5322 (o)
                                                           Andrew.hope@bipc.com

                                                           *Counsel for Trans Union, LLC*

Dated: December 22, 2025

**CERTIFICATE OF SERVICE**

    I, Andrew G. Hope, Esquire, hereby certify that on this 22nd day of December, 2025, a true and correct copy of the foregoing document was served upon Plaintiff via certified mail at the following address:

Jeffrey Thomas Pirzinger
135 Beechwood Dr.
Mamaroneck, NY 10543
(914) 497-1104

                                                  */s/ Andrew G. Hope*
                                                   Andrew G. Hope