Sent via FedEx 887487309220 & Fax: 212-440-4401        Date: December 29, 2025

To:   BUCHANAN INGERSOLL &              From: JEFFREY THOMAS PIRZINGER
      ROONEY PC                               135 BEECHWOOD DR
      ATTN: ANDREW G. HOPE                    MAMARONECK, NY 10543
      640 FIFTH AVE, 9TH FL        PHONE: 914-497-1104
      NEW YORK, NY 10019-6102
      PHONE: 215-665-5322, 610-783-3314,
      212-440-4400
      FAX: 212-440-4401
      ANDREW.HOPE@BIPC.COM

**Re:   Jeffrey Thomas Pirzinger v. Trans Union LLC
       Case No. 7:25-cv-01760-PMH (S.D.N.Y.)
       Initial Case Management Conference and Rule 26(f) Obligations**

Dear Counsel:

I write to provide formal notice, pursuant to the Court's December 22, 2025 Notice of Hearing, of the Initial Case Management Conference scheduled in the above-captioned matter.

The Court has scheduled the Initial Conference for February 4, 2026 at 12:30 p.m., to be held by telephone, as set forth in the Court's Notice (ECF No. 39). Attached, please find a copy of the Notice of Hearing, including the attached Civil Case Discovery Plan and Scheduling Order form referenced therein.

As reflected in the Court's Notice, the parties are required to:

1. Confer in good faith pursuant to Federal Rule of Civil Procedure 26(f) no later than twenty-one (21) days before the Initial Conference; and
2. Submit a proposed Civil Case Discovery Plan and Scheduling Order in advance of the Initial Conference, in accordance with the Court's instructions and Judge Halpern's Individual Practices.

Sent via FedEx 887487309220 & Fax: 212-440-4401					Date: December 29, 2025

To facilitate compliance with these requirements, please advise of your availability to conduct the Rule 26(f) conference. I am available on the following dates and times:

- Friday, January 2, 2026 10:00 a.m. EST by phone
- Monday, January 5, 2026 10:00 a.m. EST by phone
- Tuesday, January 6, 2026 10:00 a.m. EST by phone

If none of the above dates are convenient, please propose alternative dates prior to January 14, 2026, so that the parties may timely comply with the Court's directives.

This correspondence is provided solely to ensure procedural compliance with the Court's Notice and to coordinate the required Rule 26(f) conference. Nothing herein is intended to waive any rights, claims, or positions of the Plaintiff.

I look forward to your response.

Respectfully,

*[signature]*

Jeffrey Thomas Pirzinger
Pro Se Plaintiff
Enclosures:
• Notice of Hearing (Dkt. 39)
• Civil Case Discovery Plan and Scheduling Order (blank form)