# Certificate of Service

Re: Jeffrey Thomas Pirzinger v. Trans Union LLC, Case No. 7:25-cv-01760-PMH

    I, Jeffrey Thomas Pirzinger, certify that, I caused the following document(s) to be served upon defendant's counsel:

- Notice to Defense Counsel Re: Initial Case Management Conference and Rule 26(f) Obligations, together with enclosed Notice of Hearing (ECF No. 39) and Civil Case Discovery Plan and Scheduling Order,

by the following means:

1. December 29, 2025 at 3:35PM EST Via Facsimile # 212-440-4401, transmitted to Andrew G. Hope, at Buchanan Ingersoll & Rooney PC, 640 Fifth Avenue, 9th Floor, New York, NY 10019; and
2. December 30, 2025 at 2:40PM EST Via Federal Express, addressed to Andrew G. Hope at Buchanan Ingersoll & Rooney PC, 640 Fifth Avenue, 9th Floor, New York, NY 10019, Tracking No. 887487309220.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 30, 2025

*by P[signature]*

Jeffrey Thomas Pirzinger
135 BEECHWOOD DR
MAMARONECK, NY 10543
PHONE: 914-497-1104







December 30, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 887487309220

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | Signature not required | Delivery Location: | 640 5TH AVEFL 9 |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | NEW YORK, NY, 10019 |
| | | Delivery date: | Dec 30, 2025 14:40 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 887487309220 | Ship Date: | Dec 29, 2025 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:
ATTN: ANDREW G. HOPE, BUCHANAN INGERSOLL ROONEY
640 FIFTH AVE, 9TH FL
NEW YORK, NY, US, 10019

Shipper:
Jeffrey Thomas Pirzinger,
c/o 135 BEECHWOOD DR
MAMARONECK, NY, US, 10543

Reference        NOTICE TO DEFENSE COUNSEL
                 Initial Case Mgmt Conf.
                 and Rule 26(f) Obligations

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx

12/29/25, 10:20 PM                                                     Inbox

## Fax Successfully Sent to 12124404401

From  RedFax Team <faxes@redfax.com>
To    Jeffrey
Date  Monday, December 29th, 2025 at 3:35 PM

### Fax Sent Successfully

Hello

Your fax was successfully sent to 12124404401, taking 190 seconds.

Thank You,
The RedFax Support Team

**First Page Preview of 6 Page(s)**

[Preview image of fax cover letter]

Sent via FaxEx 8868534999006 & Fax: 212-446-1401         Date: December 28, 2025

To:  BUCHANAN INGERSOLL &             From: JEFFREY THOMAS PIRZINGER
     ROONEY PC                              38 BEECHWOOD DR
     ATTN: ANDREW G. HOPE                   MAMARONECK, NY 10543
     640 FIFTH AVE, 5TH FL                  PHONE: 914-497-1104
     NEW YORK, NY 10019-6102
     PHONE: 212-665-5322, 610-783-5314
     212-440-4401
     FAX: 212-440-4401
     ANDREW.HOPE@BIPC.COM

Re:  Jeffrey Thomas Pirzinger v. Trans Union LLC
     Case No. 7:25-cv-01760-PMH (S.D.N.Y.)
     Initial Case Management Conference and Rule 26(f) Obligations

Dear Counsel:

I write to provide formal notice, pursuant to the Court's December 22, 2025 Notice of Hearing, of the Initial Case Management Conference scheduled in the above-captioned matter.

The Court has scheduled the Initial Conference for February 4, 2026 at 12:30 p.m., to be held by telephone, as set forth in the Court's Notice (ECF No. 39). Attached please find a copy of the Notice of Hearing, including the attached Civil Case Discovery Plan and Scheduling Order form referenced therein.

As reflected in the Court's Notice, the parties are required to:

1. Confer in good faith pursuant to Federal Rule of Civil Procedure 26(f) no later than twenty-one (21) days before the Initial Conference; and
2. Submit a proposed Civil Case Discovery Plan and Scheduling Order in advance of the Initial Conference, in accordance with the Court's instructions and Judge Halpern's Individual Practices.

                                Page 1 of 2

946.53 KB   1 file attached   1 embedded image

1767040343422.pdf  850.52 KB

                                                                         1/1