**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)**

| | |
|---|---|
| JEFFREY THOMAS PIRZINGER,<br><br>       Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC.<br><br>       Defendants. | Case No. 7:25-cv-01860-PMH<br><br>**MOTION TO APPEAR PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Andrew G. Hope hereby moves this Court for an Order for Makenzie P. Leh to be admitted to practice *pro hac vice* to appear as counsel for Defendant Trans Union, LLC in the above-captioned action.

Makenzie P. Leh is an attorney in good standing of the bars of the states of Pennsylvania and New Jersey and there are no pending disciplinary proceedings against her in any state or federal court. She has never been convicted of a felony. She has never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached her affidavit as Exhibit A.

Respectfully submitted,

DATED: January 6, 2026          **BUCHANAN INGERSOLL & ROONEY PC**

By:_____
ANDREW HOPE
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Telephone: (216) 665-8700
Fax: (215) 665-8760
Andrew.Hope@bipc.com

*Attorney for Defendant TransUnion, LLC*