# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)**

| | |
|---|---|
| JEFFREY THOMAS PIRZINGER,<br><br>  Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC<br><br>  Defendants. | Case No. 7:25-CV-01760-PMH<br><br>**AFFIDAVIT OF MAKENZIE P. LEH IN SUPPORT OF ADMISION PRO HAC VICE** |

COMMONWEALTH OF PENNSYLVANIA )
                            ) ss:
COUNTY OF PHILADELPHIA       )

BEFORE ME, the undersigned notary, personally appeared Makenzie P. Leh, who being first duly sworn, deposes and says:

1. The following statements are true to the best of my knowledge and belief.

2. I am one of Defendant TransUnion, LLC's counsel in the above-referenced matter and I submit this Affidavit in support of my Motion for Admission *Pro Hac Vice*.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no disciplinary proceedings presently against me.

6. My contact information is as follows: Makenzie P. Leh, Buchanan Ingersoll & Rooney PC, 50 S. 16th Street, Suite 3200, Philadelphia, PA 19102; telephone: 215-665-5342; fax: 215-665-8760; e-mail: makenzie.leh@bipc.com.

7. Attached hereto are true and correct copies of Certificates of Good Standing from the states of Pennsylvania and New Jersey, where I am admitted to practice.

**AFFIANT SAYS NOTHING FURTHER.**

_____
Makenzie P. Leh

Signed and sworn before me in Philadelphia County, Pennsylvania by Makenzie P. Leh on January 6, 2026.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Patricia A. Gaab, Notary Public
Philadelphia County
My Commission Expires March 22, 2028
Commission Number 1054961

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **MAKENZIE PAIGE LEH** (No. **483662024**) was constituted and appointed an Attorney at Law of New Jersey on **July 23, 2024** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 30th day of December, 2025.*

Heather J. Baker
Clerk of the Supreme Court



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Alan Ellis, Esq.*

DATE OF ADMISSION

*January 8, 1968*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: December 29, 2025

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk