**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)**

JEFFREY THOMAS PIRZINGER,

                  Plaintiff,

      vs.

TRANS UNION, LLC

                  Defendants.

Case No. 7:25-cv-01760-PMH

### ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Makenzie P. Leh for admission to practice Pro Hac Vice in the above-captioned action is granted.  Applicant has declared that she is a member in good standing of the bars of the states of Pennsylvania and New Jersey, and that her contact information is as follows:

Makenzie P. Leh
Buchanan Ingersoll & Rooney PC
50 S. 16th Street, Suite 3200
Philadelphia, PA  19102
Tel: 215-665-5342
Fax: 215-665-8760

Applicant having requested admission *pro hac vice* to appeal for all purposes as counsel for Defendant Trans Union, LLC in the above-captioned action; **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Eastern District of New York (Central Islip).  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:                                          _____

                                         U.S. District Judge