UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

| | |
|---|---|
| JEFFREY THOMAS PIRZINGER,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TRANS UNION, LLC.<br><br>　　　　　　Defendants. | Case No. 7:25-cv-01760-PMH |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Makenzie P. Leh, Esquire, as counsel for Defendant, TransUnion, LLC in the above-captioned matter.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　BUCHANAN INGERSOLL & ROONEY PC

　　　　　　　　　　　　　　　By:　*/s/ Makenzie P. Leh*
　　　　　　　　　　　　　　　　　Makenzie P. Leh, Esq.
　　　　　　　　　　　　　　　　　(PA ID No. 483662024)
　　　　　　　　　　　　　　　　　Two Liberty Place
　　　　　　　　　　　　　　　　　50 S. 16th Street, Ste 3200
　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　Tel: 215-665-8700
　　　　　　　　　　　　　　　　　Fax: 215-665-8760
　　　　　　　　　　　　　　　　　Email: makenzie.leh@bipc.com

　　　　　　　　　　　　　　　　　*Counsel for Defendant, TransUnion, LLC*

Dated:  January 8, 2026

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 8, 2026, I caused a copy of the foregoing to be electronically filed with the Clerk via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing systems. Parties may access the filing through the Court's CM/ECF System.

      By:   */s/ Makenzie P. Leh*
              Makenzie P. Leh

Dated: January 8, 2026