UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY THOMAS PIRZINGER,

                Plaintiff,

    -against-

TRANS UNION LLC,

                Defendants.

**ORDER**

25-CV-01760 (PMH)

PHILIP M. HALPERN, United States District Judge:

On March 5, 2026, Defendant filed a pre-motion letter requesting a conference concerning: (1) "an anticipated Motion to Compel the discovery responses of Plaintiff"; and (2) "the parties' disputes over the language of the Confidentiality Order." (Doc. 48). Defendant's application for a conference is granted. A telephonic conference has been scheduled for March 31, 2026 at 4:00 p.m. At the time of the scheduled conference, all parties shall call the following number: (855) 244-8681; access code 2317 236 5283.

The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 48.

                                      **SO ORDERED.**

Dated:   White Plains, New York
            March 6, 2026

                                      PHILIP M. HALPERN
                                      United States District Judge