# Buchanan

**Andrew G. Hope**
(215) 665-5322
andrew.hope@bipc.com

> Application granted. However, Defendant shall, by March 13, 2026, file publicly the redacted version of its pre-motion letter (Doc. 48) and file under seal the unredacted version with the redactions highlighted in compliance with the Court's Individual Practices. The unredacted document filed on March 5, 2026 without the requisite highlighting (Doc. 48) shall remain under seal.
>
> The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 50.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         March 9, 2026

**VIA ECF**

Hon. Judith C. McCarthy, Chief Magistra[te]
The Hon. Charles L. Brieant Jr. Federal B[uilding]
300 Quarropas Street
White Plains, NY 10601-4150

RE:  *Jeffrey Thomas Pirzinger v. Transunion LLC,*  Case No.: 7:25-cv-01760-PMH

Dear Judge McCarthy:

My firm represents Defendant, Trans Union, LLC ("TransUnion"), in the above-captioned matter. On March 5, 2026, and in accordance with Your Honor's Individual Practice 2(A) and Local Civil Rule 37.2, TransUnion submitted a Pre-Motion Letter requesting a conference concerning an anticipated Motion to Compel the discovery responses of Plaintiff, Jeffrey Thomas Pirzinger ("Plaintiff"). *See* Doc. No. 48. Attached as Exhibit A to the Pre-Motion Letter is an email exchange between counsel for TransUnion and the *pro se* Plaintiff, demonstrating that the parties have met and conferred, but have been unable to resolve the discovery dispute.

On the evening of February 5, 2026, TransUnion received a call and two emails from Plaintiff requesting that the filing be removed, as his email is not public information. In good faith, TransUnion contacted the clerk and requested that the filing be removed so that TransUnion could refile the document without Plaintiff's email address. TransUnion was informed that the filing could not be removed but must be placed under seal. Additionally, TransUnion was advised that it would need to request that the document remain under seal.

In lieu of a more formal Motion to Seal, and in accordance with Your Honor's Individual Practice 3(B), TransUnion respectfully submits this letter motion for approval of sealing TransUnion's Pre-Motion Letter under docket number 48. TransUnion requests that this document remain sealed because it contains Plaintiff's email address. Alternatively, TransUnion requests that the filing be removed from the docket so that it can be refiled with appropriate redactions. A proposed form of order is attached hereto as Exhibit A.

Thank you in advance for your consideration of this request.

March 6, 2026
Page - 2 -

Respectfully,

Andrew G. Hope

cc: Jeffrey Thomas Pirzinger (via email)

Encl.