UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY THOMAS PIRZINGER,

      Plaintiff,

   -against-

TRANSUNION LLC,

      Defendant.

**ORDER**

25-CV-01760 (PMH)

PHILIP M. HALPERN, United States District Judge:

Due to a scheduling conflict, the discovery conference scheduled for March 31, 2026 at 4:00 p.m. is advanced to 12:45 p.m. on the same date. At the time of the scheduled conference, all parties shall call the following number: (855) 244-8681; access code 2317 236 5283.

Defense counsel is directed to notify Plaintiff of the new time of the conference.

The Clerk of Court is also respectfully requested to mail a copy of this Order to Plaintiff.

**SO ORDERED:**

Dated:  White Plains, New York
   March 26, 2026

_____
Philip M. Halpern
United States District Judge