UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY THOMAS PIRZINGER,

                          Plaintiff,                    **ORDER**

            -against-                                    25-CV-01760 (PMH)

TRANS UNION LLC,

                          Defendant.

PHILIP M. HALPERN, United States District Judge:

On March 31, 2026, the Court held a discovery conference. Plaintiff Jeffrey Thomas Pirzinger represented that there are no further documents in his possession, custody, or control concerning the alleged inaccuracies in Plaintiff's credit report as alleged in the Second Amended Complaint (Doc. 34) other than the affidavit which defense counsel acknowledged receipt of. Defense counsel is directed to, on or before April 7, 2026, file via ECF a copy of the Court's Model Stipulated Confidentiality and Protective Order, signed by the parties, including Defendant's proposed addendum concerning the use of confidential material in generative AI platforms. *See* Transcript.

                                    **SO ORDERED.**

Dated:   White Plains, New York
         March 31, 2026

                                    _____
                                    PHILIP M. HALPERN
                                    United States District Judge