UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY THOMAS PIRZINGER,

                    Plaintiff,

          -against-

TRANS UNION LLC,

                    Defendant.

**ORDER**

25-CV-01760 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff Jeffrey Thomas Pirzinger, on April 2, 2026, filed a letter "to clarify discrete factual issues concerning certain tradelines" (Doc. 58), without prior approval of the Court. The Court respectfully directs the Clerk of Court to strike document number 58 from the docket but retain the summary docket text for the record.

Dated: White Plains, New York
          April 6, 2026

_____
Philip M. Halpern
United States District Judge