# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)**

JEFFREY THOMAS PIRZINGER, Case No. 7:25-cv-01760-PMH

Plaintiff,

vs.

TRANS UNION, LLC,

Defendant.

**[PROPOSED] ORDER**

AND NOW, this ______ day of ______________________, 2026, upon consideration of the Defendant Trans Union, LLC's ("Trans Union") Letter Motion to Redact portions of its Motion for Summary Judgment, and any response filed, it is hereby ORDERED AND DECREED, that the Motion is GRANTED, and that the redactions in Trans Union's Memorandum of Law in Support of its Motion for Summary Judgment, Declaration of Tamaya Tucker and Exhibits shall remain SEALED.

BY THE COURT:

________________________________
J.