**BUCHANAN INGERSOLL & ROONEY PC**
Andrew G. Hope, Esq. (NY ID No. 4913547)
Makenzie P. Leh, Esq. (Admitted *Pro Hac Vice*)
640 5th Avenue, 9th Floor
New York, New York, 10019
(215) 665 5322
andrew.hope@bipc.com
makenzie.leh@bipc.com
*Counsel for Trans Union LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)**

---

JEFFREY THOMAS PIRZINGER, Case No. 7:25-cv-01760-PMH

Plaintiff,

vs.

TRANS UNION, LLC,

Defendant.

---

**DEFENDANT TRANS UNION, LLC'S MOTION FOR SUMMARY JUDGMENT**

---

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 56 and Southern District of New York Local Rule 56.1, Defendant Trans Union, LLC ("Trans Union"), by and through its undersigned counsel, will move this Court, on a date to be determined by Honorable Philip M. Halpern, or as soon thereafter as counsel may be heard, for an Order for Summary Judgment, dismissing Plaintiff's Second Amended Complaint in its entirety, with prejudice, and for any and such other relief that the Court deems appropriate.

TransUnion relies upon the accompanying Memorandum of Law in support of the Motion for Summary Judgment, the Statement of Materials Facts and exhibits thereto. A Proposed Order

is also submitted for the Court's consideration. A Notice to *Pro Se* Litigant Who Opposes a Summary Judgment has been sent to *Pro Se* Plaintiff.

Date: September 30, 2026

**BUCHANAN INGERSOLL & ROONEY PC**

BY: */s/ Andrew G. Hope*
Andrew G. Hope, Esq. (NY ID No. 4913547)
Makenzie P. Leh, Esq. (Admitted *Pro Hac Vice*)
640 5th Avenue, 9th Floor
New York, New York, 10019
(215) 665 5322
andrew.hope@bipc.com
makenzie.leh@bipc.com

*Counsel for Trans Union, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify on this 30th day of September, 2026, I filed a true and correct copy of the foregoing through the Court's CM/ECF system, which was sent to Pro Se Plaintiff via electronic mail.

*/s/ Andrew G. Hope*
Andrew G. Hope, Esq.