# EXHIBIT 1

***(Redacted - Public Filing)***

Sent Via USPS Tracking Number 00040901994784226970000 November 8, 2024

TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19016-2000

To Whom It May Concern:

Re: ELAN FIN SVCS/FIDELITY
Account number [redacted]
Balance: $21216

Attached find:

1) Federal Trade Commission Identity Theft Report
2) 2 pages Consumer Disclosure Credit Report File # 450079572
3) Utility Billing Statement of Consumer for Address Verification
4) Passport for Jeffrey Thomas, Living Man, Agent for Consumer JEFFREY PIRZINGER (aka JEFFREY THOMAS PIRZINGER, and JEFFREY T PIRZINGER) ("JEFFREY PIRZINGER")

JEFFREY PIRZINGER is an ens legis entity, a Consumer, and a Person. Consumer JEFFREY PIRZINGER does not own these accounts now or in the past; therefore, the accounts do not belong to Consumer JEFFREY PIRZINGER. Consumer JEFFREY PIRZINGER is not an agent of ELAN FIN SVCS/FIDELITY, and thus, Consumer JEFFREY PIRZINGER was not authorized to open these accounts. Consumer JEFFREY PIRZINGER is not an agent of ELAN FIN SVCS/FIDELITY, and thus, did not open these accounts. Consumer JEFFREY PIRZINGER did not sign any application to open these accounts. Consumer JEFFREY PIRZINGER did not control, direct, or manage transactions, activity, or operations involving these accounts. Any funds, transactions, or benefits associated with these accounts did not involve Consumer JEFFREY PIRZINGER's knowledge or consent.

**These account(s) on the consumer disclosure credit report are a result of Identity Theft and Fraud.**

**Permanently block the reporting of these accounts and their information from all consumer disclosure credit reports.**

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Executed on 11/8/2024.

by [signature] Agent

Autograph of Jeffrey Thomas, Agent, (Date of Birth of Living Man: [redacted])
For JEFFREY PIRZINGER, Consumer (Date Entity Created/Filed: [redacted])
[redacted]
Mamaroneck New York
Primary Phone: [redacted]

PRIMARY EMAIL: [redacted]
SSN of JEFFREY PIRZINGER, Consumer: [redacted]

FEDERAL TRADE COMMISSION

# Identity Theft Report

FTC Report Number: 179574703

I am a victim of identity theft. This is my official statement about the crime.

**Contact Information**

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| By Jeffrey Thomas | -Agent For | JEFFREY PIRZINGER |
| **Address:** | **Phone:** | **Email:** |
| USA | [redacted] | [redacted] |

**Personal Statement**

JEFFREY PIRZINGER is an ens legis entity, a Consumer, and a Person. Consumer JEFFREY PIRZINGER does not own these accounts now or in the past; therefore, the accounts do not belong to Consumer JEFFREY PIRZINGER. Consumer JEFFREY PIRZINGER is not an agent of ELAN FIN SVCS-FIDELITY, and thus, Consumer JEFFREY PIRZINGER was not authorized to open these accounts. Consumer JEFFREY PIRZINGER is not an agent of ELAN FIN SVCS-FIDELITY, and thus, did not open these accounts. Consumer JEFFREY PIRZINGER did not sign any application to open these accounts. Consumer JEFFREY PIRZINGER did not control, direct, or manage transactions, activity, or operations involving these accounts. Any funds, transactions, or benefits associated with these accounts did not involve Consumer JEFFREY PIRZINGER's knowledge or consent. Permanently block the reporting of these accounts and their information from all Credit Reporting Agencies.

**Accounts Affected by the Crime**

| Credit Card Opened by the Thief | | |
|---|---|---|
| Company or Organization: | ELAN FIN SVCS FIDELITY | |
| Account Number: | [redacted] | |
| **Date fraud began:** | **Date that I discovered it:** | **Total fraudulent amount:** |
| 3/2012 | 10/2024 | $ 21216 |

Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**By Jeffrey Thomas -Agent For JEFFREY PIRZINGER**
By Jeffrey Thomas -Agent For JEFFREY PIRZINGER



**11/8/2024**
Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

**Personal Credit Report for:**
JEFFREY PIRZINGER

**File Number:**
450079572

**Date Created:**
10/18/2024

A quick heads up:

**Your credit score is not included with your TransUnion credit report.**

# Your TransUnion Credit Report

**Found something inaccurate on your credit report?**

Visit transunion.com/dispute to start a dispute online.

If you are experiencing a financial hardship related to a public health emergency or your personal circumstances, you can add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit-help.

Feedback

## Personal Information

Your SSN has been masked for your protection.

**Credit Report Date**

10/18/2024

**Social Security Number**

[redacted]

**Date of Birth**

[redacted]

**Name**

JEFFREY THOMAS PIRZINGER

## Addresses

Current Address

[redacted] MAMARONECK, NY 10543-1201

Date Reported

07/17/2017

## Phone Numbers

**Phone Number**

[redacted]

## Employers

**Employer**

**JTP PROPERTIES LLC**

| | |
|---|---|
| Location<br>NY | Occupation<br>OWNER |
| Date Hired<br>04/01/2003 | Date Verified<br>09/18/2013 |

## Accounts

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The rating key is provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of the account.

**Payment/Remarks Key**

### Ratings

| | |
|---|---|
| OK | Current, paying or paid as agreed |
| N/R | Not Reported |
| X | Unknown |
| 30 | Account 30 days late |
| 60 | Account 60 days late |
| 90 | Account 90 days late |
| 120 | Account 120 or more days late |
| COL | Transferred to collection |
| VS | Voluntarily surrendered |
| RPO | Repossession |
| C/O | Charged off by account provider |
| FC | Foreclosure |

### Remarks

| | |
|---|---|
| AAP: | Loan assumed by another party |
| ACQ: | Acquired from another lender |
| ACR: | Account closed due to refinance |
| ACT: | Account closed due to transfer |

dverse in rm ion typic lly remains on your credit file for up t 7 years from the da e o the delinquency. To help you u derst d what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled.

ELAN FIN SVCS/FIDELITY [redacted]

## Account Information

| | |
|---|---|
| **Address** | CB DISPUTES,PO BOX 108 SAINT LOUIS, MO 63166 |
| **Phone** | (866) 234-4750 |
| **Monthly Payment** | $580 |
| **Date Opened** | 03/05/2012 |
| **Responsibility** | Individual Account |
| **Account Type** | Revolving Account |
| **Loan Type** | FLEXIBLE SPENDING CREDIT CARD |
| **Balance** | $21,216 |
| **Date Updated** | 08/30/2024 |
| **Payment Received** | $0 |
| **Last Payment Made** | 07/08/2024 |
| **High Balance** | $21,216 |
| **Credit Limit** | $35,000 |
| **Past Due** | $2,691 |
| **Pay Status** | >Account 120 Days Past Due Date< |
| **Terms** | $580 per month; paid Monthly |
| **Date Closed** | 02/13/2024 |
| **Estimated month and year this item will be removed** | 03/2031 |
| **Remarks** | Account closed at consumer's request |

Payment History

conEdison

Current balance due
$ [redacted]

Pay By
11/07/24

**JEFFREY PIRZINGER**
**Account: 5 Prior Account:**

**Service delivered to:** [redacted]
**Next Billing Date: Thursday, November 14, 2024**

## Your bill breakdown $

### Last billing period

**Your billing summary as of Oct 16, 2024**
Your previous charges and payments
Total charges from your last bill $
Payments through Oct 15
**Balance from previous bill** $

### Your new charges

Billing period: Sep 16, 2024 to Oct 15, 2024
Electricity charges - for 29 days $
Gas charges - for 29 days $
Late payment charges $
**Total from this billing period** $

### Total amount due $

Payment is due upon receipt of this bill. To avoid a late payment charge of 1.5%, please pay the total amount due by **Nov 07, 2024.**

## Your average daily electric usage

**7**
**kWh**




## Your average daily gas usage

**0.86**
**therms**




### Messages For You

To save on energy and heating costs with energy efficiency solutions, visit conEd.com/Savings.

Do you depend on electric powered Life Support Equipment, such as a respirator (iron lung), apnea monitors (infant monitor), or hemodialysis equipment (kidney machine)? Please let us know so we can contact you in case of an emergency or power outage. Visit coned.com/LifeSupportEquipment or call: 1-800-752-6633.

**YOUR DOLLAR FOR ENERGYSHARE CAN MAKE A DIFFERENCE**
EnergyShare helps eligible residential customers struggling to pay their bills with one-time grants of up to $200. Pay the total amount of this bill and exactly $1.00 more for the EnergyShare fund. Con Edison will match each contribution.

Questions? Contact Us: **conEd.com/ContactUs** **1-212-780-6600** **netmetering@coned.com**

---

conEdison
PO BOX 1702
NEW YORK, NY 10116-1702

# Your Energy Bill

**Scan to Pay**

**Account number: 3 5**

**Pay By 11/07/24** **$**

Amount Enclosed

☐ **Enroll in Auto Pay**

Please make checks payable to **Con Edison.**

JEFFREY PIRZINGER
[redacted]
MAMARONECK NY 10543-1201

conEdison
PO BOX 1702
NEW YORK, NY 10116-1702

# (Passport)


Endorsements / Mentions Spéciales / Anotaciones
If your passport expires within six months of your date of departure, you may be denied entry into some countries.

Pirzinger Jeffrey Thomas
dba Jeffrey Thomas Pirzinger
[redacted]
SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
THE UNITED STATES OF AMERICA
Type/Type/Tipo P
Code/Code/Código USA
Passport No./No. du Passeport/No. de Pasaporte [redacted]
USA
Surname/Nom/Apellidos
PIRZINGER
Given names/Prénoms/Nombres
JEFFREY THOMAS
Nationality/Nationalité/Nacionalidad
UNITED STATES OF AMERICA
Date of birth/Date de naissance/Fecha de nacimiento
[redacted]
Sex/Sexe/Sexo
M
Place of birth/Lieu de naissance/Lugar de nacimiento
NEW YORK, U.S.A.
Date of issue/Date de délivrance/Fecha de expedición
16 NOV 2022
Date of expiration/Date d'expiration/Fecha de caducidad
15 NOV 2032
Authority/Autorité/Autoridad
UNITED STATES DEPARTMENT OF STATE
[redacted]

DR 11/14/2024 [illegible] 77796

Jeffrey Thomas, Agent
For JEFFREY PIRZINGER
[redacted]
near MAMARONECK NY [10543]

NEW YORK NY 100
9 NOV 2024 PM 6 L

NOV - 9 2024

TWO OUNCE USA

TransUnion Consumer Solutions
PO BOX 2000
CHESTER PA 19016-2000