# EXHIBIT 4

***(Redacted - Public Filing)***

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771017192906

From: JEFFREY THOMAS PIRZINGER
[redacted]
MAMARONECK, NY 10543
SSN: [redacted]
PHONE: [redacted]
EMAIL: [redacted]

Date: December 26, 2024

**Notice to the Principal is Notice to the Agent**
**Notice to the Agent is Notice to the Principal**

To: TRANS UNION, LLC
555 W ADAMS ST
CHICAGO IL 60661

**Utility Bill Attached as Page 8**
**Passport Attached as Page 9**

Subject: **REVOCATION OF CONSENT**
**CANCELLATION OF AGREEMENTS**
**NOTIFICATION REQUIREMENTS UNDER APPLICABLE LAWS**

Dear TRANS UNION, LLC,

This legal notice is directed to you and your subsidiaries, representatives, affiliates, and any associated entities acting on your behalf. This presentment addresses matters arising from the usage and association of my name ("JEFFREY THOMAS PIRZINGER"), Social Security Number [redacted], and email address ([redacted]) as referenced in your systems.

**1. REVOCATION OF CONSENT**

As the legal and registered owner of the above-mentioned identifying information, I hereby revoke all previously granted consent for any and all communication to or with me, the consumer, via electronic means. This includes all electronic communications initiated or received by TRANS UNION, LLC, its subsidiaries, affiliates, or third-party associates.

This revocation applies explicitly to:

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771017192906

**THIS PAGE INTENTIONALLY LEFT BLANK**

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771017192906

-All forms of electronic communication, including but not limited to email, text, and digital notifications.

-Any implied or explicit agreements or permissions that authorize the dissemination, receipt, or acknowledgment of electronic information.

-No further electronic communication to or with me shall be considered authorized or consented to for any purpose.

**2. CANCELLATION OF ONLINE PROFILES AND ACCOUNTS**

I demand the immediate cancellation of any and all online profiles, memberships, or accounts associated with the name, Social Security Number, and email address provided above. This includes any stored agreements, services, or product memberships managed or facilitated by your organization or any third parties under your direction.

**3. NOTIFICATION REQUIREMENTS FOR DISPUTES AND CONSUMER COMMUNICATIONS**

Pursuant to the Fair Credit Reporting Act and other applicable state and federal laws, any future communication regarding disputes, consumer reports, other disclosures or notices related to my consumer file must be sent in paper format only to my designated mailing address:

**[redacted] MAMARONECK, NY 10543**

No future electronic communication of any kind is authorized.

Any electronically transmitted correspondence to or with me following receipt of this legal notice shall be considered null and void and legally unenforceable.

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771017192906

**THIS PAGE INTENTIONALLY LEFT BLANK**

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771017192906

**4. COMPLIANCE WITH FEDERAL AND STATE STATUTES**

This notice serves to ensure your compliance with statutory and regulatory obligations, including but not limited to:

**Federal Laws**

1. Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 et seq.
2. Electronic Signatures in Global and National Commerce Act (E-SIGN), 15 U.S.C. § 7001 et seq.
3. Privacy Act of 1974, 5 U.S.C. § 552a
4. Right to Financial Privacy Act, 12 U.S.C. § 3401 et seq.

**New York State Laws**

1. New York General Business Law § 380 et seq. (New York Fair Credit Reporting Act)
2. New York General Business Law § 349
3. New York Civil Rights Law § 50 and § 51

Failure to adhere to these statutes constitutes a breach of legal obligations and may result in civil liability for damages arising from unauthorized disclosures, miscommunication, or procedural violations.

**5. DELIVERY AND ENFORCEMENT**

This presentment is being sent via Federal Express, 2-Day Delivery with indirect signature required for proof of delivery. The effective date of this notice shall be the date confirmed by the delivery service as received by TRANS UNION, LLC

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771017192906

**THIS PAGE INTENTIONALLY LEFT BLANK**

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771017192906 Your compliance with the above terms is expected without delay. Failure to act in accordance with this notice may result in further legal actions.

**JURAT AND NEW YORK NOTARY ACKNOWLEDGMENT**

**Verification Under Oath**

I, JEFFREY THOMAS PIRZINGER, being first duly sworn, declare and affirm that the foregoing statements are true, correct, and complete to the best of my knowledge and belief.

[signature] 12/26/24

Signature Date

State of New York )

County of Westchester )

On this 26 day of December, 2024, before me, the undersigned, a Notary Public in and for the State of New York, personally appeared [Your Name], personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their capacity, and that by their signature on the instrument, the individual executed the instrument.

Notary Public Signature: [signature]

Printed Name: Stephanie Vargas

My Commission Expires: 3/13/2027

Notary Public Registration Number: 01VA0002757

STEPHANIE VARGAS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01VA0002757
Qualified in Westchester County
Commission Expires 03/13/2027

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771017192906



conEdison

Current balance due $ [redacted] | Pay By 12/09/24

**JEFFREY PIRZINGER**
**Account: [redacted]43111-5 Prior Account: [redacted]-0001-0**

**Service delivered to: [redacted]**
**Next Billing Date: Tuesday, December 17, 2024**

## Your bill breakdown

### Last billing period

**Your billing summary as of Nov 15, 2024**

| | |
|---|---|
| Your previous charges and payments | |
| Total charges from your last bill | $[redacted] |
| Payments through Nov 14 | None |
| **Balance from previous bill** | $[redacted] |

### Your new charges

Billing period: Oct 15, 2024 to Nov 14, 2024

| | |
|---|---|
| Electricity charges - for 30 days | $[redacted] |
| Gas charges - for 30 days | $[redacted] |
| [redacted] | [redacted] |
| **Total from this billing period** | $[redacted] |
| **Total amount due** | $[redacted] |

Payment is due upon receipt of this bill. To avoid a late payment charge of 1.5%, please pay the total amount due by Dec 09, 2024.

## Your average daily electric usage

7.37 kWh




## Your average daily gas usage

0.97 therms




### Messages For You

To save on energy and heating costs with energy efficiency solutions, visit conEd.com/Savings.

**YOUR DOLLAR FOR ENERGYSHARE CAN MAKE A DIFFERENCE**
EnergyShare helps eligible residential customers struggling to pay their bills with one-time grants of up to $200. Pay the total amount of this bill and exactly $1.00 more for the EnergyShare fund. Con Edison will match each contribution.

[redacted]

Questions? Contact Us: **conEd.com/ContactUs** **1-212-780-6600** **netmetering@coned.com**

conEdison PO BOX 1702 NEW YORK, NY 10116-1702 [redacted]

**Account number: [redacted]43111-5**

| | |
|---|---|
| **Pay By 12/09/24** | $[redacted] |
| **Amount Enclosed** | |

☐ **Enroll in Auto Pay**

Please make checks payable to Con Edison.

## Your Energy Bill

[redacted]

JEFFREY PIRZINGER
[redacted]
135 BEECHWOOD DR
MAMARONECK NY 10543-1201

[redacted]

[redacted]

conEdison
PO BOX 1702
NEW YORK, NY 10116-1702

S21

0001965

[redacted]

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771017192906



Endorsements / Mentions Spéciales / Anotaciones

If your passport expires within six months of your date of departure, you may be denied entry into some countries.

[redacted]

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT / PASAPORTE

THE UNITED STATES OF AMERICA

USA

Type/Type/Tipo P
Code/Code/Código USA
Passport No./No. du Passeport/No. de Pasaporte [redacted]

Surname/Nom/Apellidos
PIRZINGER

Given names/Prénoms/Nombres
JEFFREY THOMAS

Nationality/Nationalité/Nacionalidad
UNITED STATES OF AME

[redacted]

Sex/Sexe/Sexo
M

Place of birth/Lieu de naissance/Lugar de nacimiento
NEW YORK, U.S.A.

Date of issue/Date de délivrance/Fecha de expedición
16 NOV 2022

Date of expiration/Date d'expiration/Fecha de caducidad
15 NOV 2032

Authority/Autorité/Autoridad
UNITED STATES DEPARTMENT OF STATE

[redacted]

DR 01/07/2025 (00MS10) 105.186935.11035472

Align bottom of peel-and-stick airbill or pouch here.

TO REUSE: Mark through all previous shipping labels and barcodes.

ORIGIN ID:CTXA (914) 497-1104
JEFFREY THOMAS PIRZINGER
[redacted]
MAMARONECK, NY 10543
UNITED STATES US

SHIP DATE: 26DEC24
ACTWGT: 1.00 LB
CAD: 258661444/INET4535

BILL SENDER

TO LEGAL DEPARTMENT
TRANS UNION, LLC
555 W ADAMS ST

CHICAGO IL 60661
(800) 916-8800
REF: REVOCATION OF CONSENT &
INV: NOTIFICATION REQUIREMENTS
PO: CANCELLATION OF AGREEMENTS &
DEPT: UNDER APPLICABLE LAWS

58CJ5/49B9/C8C4

FedEx Express

E

MON - 30 DEC 5:00P

Part # 156297-435 RRDB2 EXP 11/25

FedEx

TRK# 0201 7710 1719 2906

SP CHIA

MON - 30 DEC 5:00P
** 2DAY **

60661 ORD
IL-US

Reusable

I'm recycla

RT 439 FZ
1
17:00
A
2906
12:30

FedEx