# EXHIBIT 5

***(Redacted - Public Filing)***

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771146841215

From: JEFFREY THOMAS PIRZINGER
[redacted]
MAMARONECK, NY 10543
SSN: [redacted]
PHONE: [redacted]

Date: January 2, 2025

**Notice to the Principal is Notice to the Agent**
**Notice to the Agent is Notice to the Principal**

To: TRANSUNION LLC
555 W ADAMS ST
CHICAGO, IL 60661

Subject: **35 DISPUTED INACCURATE ITEMS OF INFORMATION**

Dear TRANSUNION LLC,

I am contacting you, as the consumer, directly and in writing, under the Fair Credit Reporting Act (FCRA), to dispute the accuracy of 35 items of information listed below, which are contained in consumer report # 450079572-043 (attached) at TRANSUNION LLC, pursuant to 15 U.S.C. § 1681i(a)(1)(A), which requires you to conduct a reasonable reinvestigation to determine whether the 35 disputed items of information are inaccurate.

To ensure full compliance with the FCRA, I am specifically requesting that your replies to these 35 disputes be itemized. Each of the 35 items of information listed herein must be separately addressed and explained. A blanket, broad, or generalized response will not be acceptable under the FCRA. Your response must clearly reference each of the 35 disputed items of information, along with the corresponding results of their reinvestigations (i.e., whether each item was verified, modified, or deleted).

I will not grant any extensions of time beyond the statutory deadlines provided by the FCRA for the reinvestigations and response process since the FCRA already provides sufficient time to complete these obligations. Pursuant to 15 U.S.C. § 1681i(a)(1)(A), you are required to

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771146841215
complete the reinvestigations of the 35 disputed items of information listed below within 30 days of receiving this notice. Pursuant to 15 U.S.C. § 1681i(a)(6)(A), you are required to provide the results of each of the 35 reinvestigations within 5 business days after each is completed.

Pursuant to 15 U.S.C. § 1681i(a)(6)(A), I am exercising my right to have the results of each reinvestigation of the 35 disputed items mailed to my address listed above and sent by no other means of communication. Any prior authorization for delivery of reinvestigation results by any other means, including but not limited to email, electronic portals, or telephone, is hereby revoked.

Be advised that I am expressly reserving all of my rights under the FCRA and any other applicable laws. Nothing herein shall be construed as a waiver, limitation, or relinquishment of any of my rights under the FCRA. Additionally, I will not waive, release, or excuse any of your obligations under the FCRA, including but not limited to your duty to conduct a reasonable reinvestigation of the 35 disputed items of information, and your compliance with all statutory deadlines.

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771146841215

**35 DISPUTED INACCURATE ITEMS OF INFORMATION:**

| Disputed Item Number | Furnisher | Account Number | Inaccurate Item | Reason |
|---|---|---|---|---|
| 1 | ELAN SVCS/FIDELITY | [redacted] | Pay Status: Charged Off | Not Charged Off |
| 2 | ELAN SVCS/FIDELITY | | Original Charge-off: $18,779 | Not Charged Off |
| 3 | ELAN SVCS/FIDELITY | | Commentary: Maximum Delinquency of 120 days in 07/2024 and in 08/2024 | Inaccurate. Not delinquent |
| 4 | ELAN SVCS/FIDELITY | | High Balance: $21,551 from 10/2024 to 11/2024 | Inaccurate amount |
| 5 | ELAN SVCS/FIDELITY | | Status: $21,551 past due | Amount past due is inaccurate |
| 6 | ELAN SVCS/FIDELITY | | Balance 10/2024 $21,551 | Inaccurate amount |
| 7 | ELAN SVCS/FIDELITY | | Balance 11/2024 $21,551 | Inaccurate amount |
| 8 | ELAN SVCS/FIDELITY | | Rating 4/2024 30 | Payment not late |
| 9 | ELAN SVCS/FIDELITY | | Rating 5/2024 60 | Payment not late |
| 10 | ELAN SVCS/FIDELITY | | Rating 6/2024 90 | Payment not late |
| 11 | ELAN SVCS/FIDELITY | | Rating 7/2024 120 | Payment not late |
| 12 | ELAN SVCS/FIDELITY | | Rating 8/2024 120 | Payment not late |
| 13 | ELAN SVCS/FIDELITY | | Rating 10/2024 C/O | Not Charged Off |

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771146841215

| | | | | |
|---|---|---|---|---|
| 14 | ELAN SVCS/FIDELITY | [redacted] | Rating 11/2024 C/O | Not Charged Off |
| 15 | ELAN SVCS/FIDELITY | | Remarks: 10/2024 CBC/PRL | Inaccurate. Account not Closed By Consumer, No Unpaid Balance, Not Charged Off |
| 16 | ELAN SVCS/FIDELITY | | Remarks: 11/2024 CBC/PRL | Inaccurate. Account not Closed By Consumer and No Unpaid Balance Charged Off |
| 17 | TBOM/FORTIVA | | Balance: $1,864 | Inaccurate amount |
| 18 | TBOM/FORTIVA | | Pay Status: Account 90 Days Past Due | Inaccurate. Not Past Due |
| 19 | TBOM/FORTIVA | | Terms: $110 per month | Inaccurate amount |
| 20 | TBOM/FORTIVA | | Commentary: Maximum Delinquency of 90 days in 12/2024 for $112 | Inaccurate. No delinquency |
| 21 | TBOM/FORTIVA | | Past Due: $112 | Inaccurate. $0 past due |
| 22 | TBOM/FORTIVA | | Rating 11/2024 30 | Payment not late |
| 23 | TD BANK USA/TARGETCREDI | | Pay Status: Account 90 Days Past Due | Inaccurate. Account Not Past Due |
| 24 | TD BANK USA/TARGETCREDI | | Terms: $461 per month | Inaccurate amount |
| 25 | TD BANK USA/TARGETCREDI | | Commentary: Maximum Delinquency of | Inaccurate. No delinquency |

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771146841215

| | | | | |
|---|---|---|---|---|
| | | [redacted] | 90 days in 12/2024 for $1,221 | |
| 26 | TD BANK USA/TARGETCREDI | [redacted] | Remarks: CLOSED BY CREDIT GRANTOR | Account is closed but inaccurate commentary on who closed the account |
| 27 | TD BANK USA/TARGETCREDI | [redacted] | Balance 10/2024 $12,438 | Inaccurate balance amount |
| 28 | TD BANK USA/TARGETCREDI | [redacted] | Balance 11/2024 $13,109 | Inaccurate balance amount |
| 29 | TD BANK USA/TARGETCREDI | [redacted] | Scheduled Payment 10/2024 $434 | Inaccurate amount |
| 30 | TD BANK USA/TARGETCREDI | [redacted] | Scheduled Payment 12/2024 $461 | Inaccurate amount |
| 31 | TD BANK USA/TARGETCREDI | [redacted] | Past Due 10/2024 $341 | Inaccurate. Not past due |
| 32 | TD BANK USA/TARGETCREDI | [redacted] | Past Due 12/2024 $1,221 | Inaccurate. Not past due |
| 33 | TD BANK USA/TARGETCREDI | [redacted] | Rating 10/2024 30 | Payment not late |
| 34 | TD BANK USA/TARGETCREDI | [redacted] | Rating 11/2024 60 | Payment not late |
| 35 | TD BANK USA/TARGETCREDI | [redacted] | Rating 12/2024 90 | Payment not late |

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771146841215

*** 450079572-043 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

12/20/2024

Information for Good.

Find an inaccuracy on your report?
Submit your dispute online at:
http://transunion.com/disputeonline

P-I000001-
JEFFREY THOMAS PIRZINGER
[redacted]
MAMARONECK, NY 10543-1201

Enclosed is the TransUnion Personal Credit Report that you requested. As a trusted leader in the consumer credit information industry, TransUnion takes the accuracy of your credit information very seriously. We are committed to providing the complete and reliable credit information that you need to participate in everyday transactions and purchases.

If you believe an item of information to be incomplete or inaccurate, please alert us immediately. We will investigate the data and notify you of the results of our investigation.

To make it easier to request an investigation, you can now submit your request online, **24 hours a day, 7 days a week.** You must have an active email address to use the online service. Please note that your email address will only be used for communicating with you regarding your request and the results of our investigation. Your email address will not be shared with any non-TransUnion entities.

**To submit an online request for investigation:**

**Step 1.** Go to the TransUnion online investigation service at http://transunion.com/disputeonline
**Step 2.** Follow the instructions provided by the web site.

Once submitted, you will receive online confirmation of your request. You will also be notified by email when we complete our investigation and your results will be available online. You can check the status of your investigation online by logging into your account.

If you are experiencing a financial hardship related to a public health emergency or your personal circumstances, you can add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit-help.

Thank you for helping ensure the accuracy of your credit information.

TransUnion Consumer Relations

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771146841215

## TransUnion Credit Score

JEFFREY THOMAS PIRZINGER

YOUR CREDIT SCORE

| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score<br>**Not Purchased**<br>(See Below)<br>Grade<br>-<br>Created on<br>12/20/2024 | Unavailable<br>(See Below)<br>A 850 – B 780 – C 720 – D 660 – 600 – F 300 | Unavailable<br>(See Below)<br>100% – 50% – 0% |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 850 to 300 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |

### About your TransUnion Credit Score

TransUnion is now including some Buy Now, Pay Later (BNPL) installment loans, also known as 'point-of-sale installment loans,' on credit reports. At this time, BNPL information provided to TransUnion is visible to you, but scoring providers, lenders, insurers or other authorized companies that may access your credit report will not be able to use this data. As a result, it will not affect credit decisions or credit scores calculated using TransUnion data. In the future, Buy Now, Pay Later data may be factored into credit scores and credit decisions (for example, account opening or account review decisions). If you have questions please visit https://www.transunion.com/buy-now-pay-later to learn more.

### Summary

You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

---

## Important Information Concerning Your TransUnion Credit Report:

- Your SSN has been masked for your protection. You may request disclosure of your full Social Security number by writing to us at the address found at the end of this report.
- For your protection, your account numbers have been partially masked, and in some cases scrambled.
- Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

**YOUR CREDIT FILE CONTAINS:**

- One or more Adverse Accounts. Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< or shading to those items in this report.
- One or more satisfactory accounts.
- Regular Inquiries. Inquiries are posted when someone accesses your credit information from TransUnion. The presence of an Inquiry means that the company listed received your credit information on the dates specified. These inquiries will remain on your credit file for up to 2 years.
- Account Review Inquiries. The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).
- A Promotional Opt-Out. A promotional opt-out excludes you from promotional marketing lists that are provided by TransUnion.

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771146841215

**File Number:** 450079572
**Date Issued:** 12/20/2024



TransUnion

## Personal Information

You have been on our files since 04/01/1998

**SSN:** [redacted]

**Date of Birth:** [redacted]

**Names Reported:** JEFFREY THOMAS PIRZINGER

**Addresses Reported:**

| Address | Date Reported |
|---|---|
| [redacted] MAMARONECK, NY 10543-1201 | 07/17/2017 |

**Telephone Numbers Reported:**

[redacted]

**Employment Data Reported:**

| Employer Name | Date Verified | Location | Position | Date Hired |
|---|---|---|---|---|
| JTP PROPERTIES LLC | 09/18/2013 | NY | OWNER | 04/01/2003 |

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of the account.

**Rating Key**

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

**Remark Key**

Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as "Remarks". The key below gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets >< indicates that this remark is considered adverse.

- CBC ACCOUNT CLOSED BY CONSUMER
- CBG CLOSED BY CREDIT GRANTOR
- CLO CLOSED
- DRC DISP INVG COMP-CONSUM DISAGRS
- >PRL< UNPAID BALANCE CHARGED OFF

## Accounts with Adverse Information

**ELAN FIN SVCS/FIDELITY** [redacted] (CB DISPUTES, PO BOX 108, SAINT LOUIS, MO 63166, (866) 234-4750)

**Date Opened:** 03/05/2012
**Responsibility:** Individual Account
**Account Type:** Revolving Account
**Loan Type:** FLEXIBLE SPENDING CREDIT CARD

**Date Updated:** 11/30/2024
**Payment Received:** $0
**Last Payment Made:** 07/08/2024
**Original Charge-off:** $18,779

**Pay Status:** >Charged Off<
**Terms:** Paid Monthly
**Date Closed:** 02/01/2024
>Maximum Delinquency of 120 days in 07/2024 and in 08/2024<

**High Balance:** High balance of $21,551 from 10/2024 to 11/2024
**Credit Limit:** Credit limit of $35,000 from 10/2024 to 11/2024
**Estimated month and year that this item will be removed:** 03/2031

| | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $21,551 | $21,551 | | | | | | | | | | |
| Scheduled Payment | | $0 | | | | | | | | | | |
| Amount Paid | $0 | $0 | | | | | | | | | | |
| Past Due | $21,551 | $21,551 | | | | | | | | | | |
| Remarks | CBC/PRL | CBC/PRL | | | | | | | | | | |
| Rating | C/O | C/O | N/R | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | OK |

| | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

To dispute online go to: http://transunion.com/disputeonline

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771146841215



**Consumer Credit Report for** JEFFREY THOMAS PIRZINGER **File Number:** 450079572 **Date Issued:** 12/20/2024

| | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**TBOM/FORTIVA** [redacted] (POB 105555, ATLANTA, GA 30348-5555, (800) 710-2961 )

**Date Opened:** 06/30/2024
**Responsibility:** Individual Account
**Account Type:** Revolving Account
**Loan Type:** CREDIT CARD

**Balance:** $1,864
**Date Updated:** 12/16/2024
**Payment Received:** $0
**High Balance:** $1,864
**Credit Limit:** $1,874
**Past Due:** ›$112‹

**Pay Status:** ›Account 90 Days Past Due Date‹
**Terms:** $110 per month, paid Monthly
**Date Closed:** 10/04/2024
›Maximum Delinquency of 90 days in 12/2024 for $112‹

**Remarks:** DISP INVG COMP-CONSUM DISAGRS
**Estimated month and year that this item will be removed:** 10/2031

| | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 |
|---|---|---|---|---|---|
| **Rating** | 30 | OK | OK | OK | OK |

**TD BANK USA/TARGET CREDI** [redacted] (P O BOX 1470, MINNEAPOLIS, MN 55440, Phone number not available )

**Date Opened:** 04/23/2015
**Responsibility:** Individual Account
**Account Type:** Revolving Account
**Loan Type:** CREDIT CARD

**Date Updated:** 12/17/2024
**Payment Received:** $0
**Last Payment Made:** 07/24/2024

**Pay Status:** ›Account 90 Days Past Due Date‹
**Terms:** $461 per month, paid Monthly
**Date Closed:** 11/17/2024
›Maximum Delinquency of 90 days in 12/2024 for $1,221‹

**High Balance:** High balance of $12,438 from 10/2024 to 10/2024; $13,109 from 12/2024 to 12/2024
**Credit Limit:** Credit limit of $11,600 from 10/2024 to 10/2024; $11,600 from 12/2024 to 12/2024
**Remarks:** CLOSED BY CREDIT GRANTOR
**Estimated month and year that this item will be removed:** 09/2031

| | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance** | $13,109 | | $12,438 | | | | | | | | | |
| **Scheduled Payment** | $461 | | $434 | | | | | | | | | |
| **Amount Paid** | $0 | | $0 | | | | | | | | | |
| **Past Due** | $1,221 | | $341 | | | | | | | | | |
| **Rating** | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**To dispute online go to:** http://transunion.com/disputeonline

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771146841215



conEdison

Current balance due
$

Pay By
12/09/24

**JEFFREY PIRZINGER**
**Account:** [redacted]43111-5 **Prior Account:** [redacted]-0001-0

**Service delivered to:** [redacted]
**Next Billing Date: Tuesday, December 17, 2024**

## Your bill breakdown

### Last billing period

**Your billing summary as of Nov 15, 2024**

| | |
|---|---|
| Your previous charges and payments | |
| Total charges from your last bill | $[redacted] |
| Payments through Nov 14 | None |
| **Balance from previous bill** | $[redacted] |

### Your new charges

Billing period: Oct 15, 2024 to Nov 14, 2024

| | |
|---|---|
| Electricity charges - for 30 days | $[redacted] |
| Gas charges - for 30 days | $[redacted] |
| [redacted] | [redacted] |
| **Total from this billing period** | $[redacted] |
| **Total amount due** | $[redacted] |

Payment is due upon receipt of this bill. To avoid a late payment charge of 1.5%, please pay the total amount due by Dec 09, 2024.

## Your average daily electric usage

7.37
kWh




## Your average daily gas usage

0.97
therms




### Messages For You

To save on energy and heating costs with energy efficiency solutions, visit conEd.com/Savings.

**YOUR DOLLAR FOR ENERGYSHARE CAN MAKE A DIFFERENCE**
EnergyShare helps eligible residential customers struggling to pay their bills with one-time grants of up to $200. Pay the total amount of this bill and exactly $1.00 more for the EnergyShare fund. Con Edison will match each contribution.

[redacted]

Questions? Contact Us: **conEd.com/ContactUs** **1-212-780-6600** **netmetering@coned.com**

conEdison PO BOX 1702
NEW YORK, NY 10116-1702

[redacted]

**Account number:** [redacted]43111-5

# Your Energy Bill

| | |
|---|---|
| **Pay By 12/09/24** | $[redacted] |
| **Amount Enclosed** | |

☐ **Enroll in Auto Pay**

Please make checks payable to Con Edison.

[redacted]

JEFFREY PIRZINGER
[redacted]
135 BEECHWOOD DR
MAMARONECK NY 10543-1201

[redacted]

[redacted]

conEdison
PO BOX 1702
NEW YORK, NY 10116-1702

S21

8001968

[redacted]

[redacted]

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771146841215



Endorsements / Mentions Spéciales / Anotaciones

If your passport expires within six months of your date of departure, you may be denied entry into some countries.

[redacted]

Pirzinger Jeffrey Thomas
dba Jeffrey Thomas Pirzinger

[redacted]

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT / PASAPORTE

THE UNITED STATES OF AMERICA

USA

Type/Type/Tipo: P
Code/Code/Código: USA
Passport No./No. du Passeport/No. de Pasaporte: [redacted]

Surname/Nom/Apellidos: PIRZINGER
Given names/Prénoms/Nombres: JEFFREY THOMAS
Nationality/Nationalité/Nacionalidad: UNITED STATES OF AME...
Date of birth/Date de naissance/Fecha de nacimiento: [redacted]
Sex/Sexe/Sexo: M
Place of birth/Lieu de naissance/Lugar de nacimiento: NEW YORK, U.S.A.
Date of issue/Date de délivrance/Fecha de expedición: 16 NOV 2022
Date of expiration/Date d'expiration/Fecha de caducidad: 15 NOV 2032
Authority/Autorité/Autoridad: UNITED STATES DEPARTMENT OF STATE

[redacted]

[redacted]

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771146841215

**Attachments:**

1) Consumer report # 450079572-043 at TRANSUNION LLC evidencing the 35 inaccurate items listed above.
2) Utility bill for address/identity verification.
3) Passport for identity verification.
4) Notary Acknowledgment for identity verification.

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

Sent via Federal Express (2-Day Delivery, indirect signature required) Tracking # 771146841215

**JURAT AND NEW YORK NOTARY ACKNOWLEDGMENT**

**Verification Under Oath**

I, Jeffrey Thomas Pirzinger, being first duly sworn, declare and affirm that the foregoing statements are true, correct, and complete to the best of my knowledge and belief.

[signature] 1/2/2025

Signature Date

State of New York )

County of Westchester )

On this 2 day of January, 2025, before me, the undersigned, a Notary Public in and for the State of New York, personally appeared Jeffrey Thomas Pirzinger, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their capacity, and that by their signature on the instrument, the individual executed the instrument.

Notary Public Signature: [signature]

Printed Name: Gennaro Mazzella

My Commission Expires: 02-27-2026

Notary Public Registration Number: 01MA6141615

GENNARO MAZZELLA
Notary Public - State of New York
ID No. 01MA6141615
Qualified in Dutchess County
My Commission Expires February 27, 2026

A 1215 01.06 17:00 6 439 RT FZ

Reusable E

I'm recyclab

ORIGIN ID:CTXA (914) 497-1104
JEFFREY THOMAS PIRZINGER
[redacted]
MAMARONECK, NY 10543
UNITED STATES US

SHIP DATE: 02JAN25
ACTWGT: 1.00 LB
CAD: 258661444/INET4535

BILL SENDER

TO DISPUTE DEPARTMENT
TRANSUNION LLC
555 W ADAMS ST

CHICAGO IL 60661
(800) 916-8800 REF: 35 DISPUTED NACCURATE ITEMS
INV:
PO: OF INFORMATION DEPT:

58CJ5/49B9/C6C4

FedEx Express

E

FedEx

MON - 06 JAN 5:00P

TRK# 0201 7711 4684 1215

** 2DAY **

SP CHIA

60661
IL-US ORD

58CJ5/49B9/C6C4

3 EXP 09/25