# EXHIBIT 7

***(Redacted - Public Filing)***

CRS3 ACDV3 RESPONSES AUTOMATICALLY UPDATED

DEPT:
SUBSCRIBER RESPONSE DATE: 01/13/25 CONTROL: 450079572 051 001 IMAGE: YES - 0
TO COMPLY WITH F.C.R.A., A RESPONSE IS REQUIRED BY: 02/04/25 DATE ENTERED: 01/09/25 DATE RECD: 01/09/25

VERF SUBSCRIBER CHANGES TO CONSUMER DEMOGRAPHIC DATA:

| | | | |
|---|---|---|---|
| NAME: | JEFFREY THOMAS PIRZINGER | (S) NAME: | |
| AKA: | [redacted] | AKA: | |
| ADDR: | | (S) ADDR: | |
| | MAMARONECK, NY 10543-1201 | | |
| PREV: | | (U) PREV: | |
| SSN: | [redacted] | (S) SSN: | |
| DOB: | [redacted] | (S) DOB: | [redacted] |
| PHONE: | [redacted] | (U) PHONE: | |

CONSUMER DISPUTE: Claims paid the original creditor before collection status/paid before charge off. Verify Account Status, Payment Rati
Claims Account Closed. Verify Compliance Condition Code, Special Comment Code, and Date Closed.
CONSUMER MESSAGE:

RESPONSE CODE: 21 UPDATED DISPUTED ACCOUNT INFORMATION ONLY

---

SUPPRESS?: UPDATE?: X AUTH BY: Monomer Efren / - -

---

SUBSCRIBER: US Bank ACCOUNT [redacted] SUB.CODE: 2749025 OPEN DATE: 03/05/12

UPDATE? ACCOUNT STATUS PAYMENT RATING COMPL COND CODE SPECIAL COMMENTS CONS INFO IND

ORIGINAL--> 97 XA

PORF TP. ACCOUNT TP. ECOA PAYMENT AMT PAYMENT DATE

ORIGINAL--> R FX: FLEX SPND CRT CRD I $0 07/08/24

OPENED EFFECTIVE CURRENT BLNC PAST DUE
* 12/31/24
ORIGINAL--> 03/05/12 12/31/24 $21551 $21551

CLOSED CREDIT LIMIT HIGH CREDIT
* 02/13/24
ORIGINAL--> 02/01/24 $35000 $21551

DT 1ST DEL ORIG CHRG OFF PP START DT PYMT PATTERN ORIGINAL PP
12/2024 DLLD44321000
ORIGINAL--> 04/12/24 $18779 12/2024 00000EEEE000

TERMS (DUE AMT/FREQ/DUR) ORIGINAL CLIENT - CLASS 00000000000E
000000000E0

ORIGINAL--> /M/REV 00000E0E0000

SP. PAYMENT (BALLOON AMT - DUE DT) SP. PAYMENT (DEFERRED DT) 000000000000
E0000000000B

ORIGINAL-->

PORTFOLIO SALE MORTGAGE (ID#/ACCT#/AGCY)

ORIGINAL-->

---

| | ACCT STATUS | PAYMENT RATING | COMPLIANCE CONDITION CD | SPECIAL COMMENTS | CONSUMER INFO IND | ! | ACCT RATING | RATING REMARK | CMPLNC REMARK | GENERIC REMARK | AFFIL REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RECEIVED | | | | | | ! | | | | | |
| ORIGINAL | 97 | | | | | ! | L | PRL | CBC | | |

| | FIRST NAME | MIDDLE NAME | LAST NAME | GEN SUFFIX | RESULT |
|---|---|---|---|---|---|
| NAME VERIFICATION FLAGS | (S) | (U) | (S) | (U) | (S) |

CRS3 ACDV3 RESPONSES AUTOMATICALLY UPDATED

DEPT:

SUBSCRIBER RESPONSE DATE: 01/22/25 CONTROL: 450079572 051 002 IMAGE: YES - 0

TO COMPLY WITH F.C.R.A., A RESPONSE IS REQUIRED BY: 02/04/25 DATE ENTERED: 01/09/25 DATE RECD: 01/09/25

VERF SUBSCRIBER CHANGES TO CONSUMER DEMOGRAPHIC DATA:

NAME: JEFFREY THOMAS PIRZINGER (S) NAME:
AKA: AKA:
ADDR: [redacted] (S) ADDR:
MAMARONECK, NY 10543-1201
PREV: PREV:

SSN: [redacted] (S) SSN:
DOB: (S) DOB: [redacted]
PHONE: (U) PHONE:

CONSUMER DISPUTE: Disputes present/previous Account Status/Payment Rating/Account History. Verify Account Status, Payment Rating and Acco
Disputes Current Balance and/or Amount Past Due. Verify Current Balance or Amount Past Due.

CONSUMER MESSAGE: Verify Amount

RESPONSE CODE: 22 UPDATED DISPUTED ACCOUNT INFORMATION. ADDITIONAL ACCOUNT INFORMATION WAS ALSO UPDATED.

---

SUPPRESS?: UPDATE?: X AUTH BY: Julia Wilson / - -

---

SUBSCRIBER: Atlanticus ACCOUNT [redacted] SUB.CODE: 24FC026 OPEN DATE: 06/30/24

UPDATE? ACCOUNT STATUS PAYMENT RATING COMPL COND CODE SPECIAL COMMENTS CONS INFO IND
* 82
ORIGINAL--> 82 4 XC

PORF TP. ACCOUNT TP. ECOA PAYMENT AMT PAYMENT DATE
ORIGINAL--> R CC: CREDIT CARD I $0

OPENED EFFECTIVE CURRENT BLNC PAST DUE
* 12/05/24
ORIGINAL--> 06/30/24 01/05/25 $1864 $140

CLOSED CREDIT LIMIT HIGH CREDIT
ORIGINAL--> 10/04/24 $1874 $1864

DT 1ST DEL ORIG CHRG OFF PP START DT PYMT PATTERN ORIGINAL PP
* 11/05/24 12/2024 210000B 321000B
ORIGINAL--> 09/05/24 12/2024

TERMS (DUE AMT/FREQ/DUR) ORIGINAL CLIENT - CLASS
ORIGINAL--> 28/M/REV

SP. PAYMENT (BALLOON AMT - DUE DT) SP. PAYMENT (DEFERRED DT)
ORIGINAL-->

PORTFOLIO SALE MORTGAGE (ID#/ACCT#/AGCY)
ORIGINAL-->

---

| | ACCT STATUS | PAYMENT RATING | COMPLIANCE CONDITION CD | SPECIAL COMMENTS | CONSUMER INFO IND | ! | ACCT RATING | RATING REMARK | CMPLNC REMARK | GENERIC REMARK | AFFIL REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RECEIVED | 82 | | | | | ! | 05 | * | | | |
| ORIGINAL | 82 | 4 | | | | ! | 05 | | DRC | | |

| | FIRST NAME | MIDDLE NAME | LAST NAME | GEN SUFFIX | RESULT |
|---|---|---|---|---|---|
| NAME VERIFICATION FLAGS | (S) | (U) | (S) | | (S) |

CRS3 ACDV3 RESPONSES AUTOMATICALLY UPDATED

DEPT:
SUBSCRIBER RESPONSE DATE: 01/15/25 CONTROL: 450079572 051 003 IMAGE: YES - 0
TO COMPLY WITH F.C.R.A., A RESPONSE IS REQUIRED BY: 02/04/25 DATE ENTERED: 01/09/25 DATE RECD: 01/09/25
VERF SUBSCRIBER CHANGES TO CONSUMER DEMOGRAPHIC DATA:

NAME: JEFFREY THOMAS PIRZINGER NAME:
AKA: AKA:
ADDR: [redacted] ADDR:
MAMARONECK, NY 10543-1201
PREV: PREV:

SSN: [redacted] SSN:
DOB: DOB:
PHONE: PHONE:

CONSUMER DISPUTE: Disputes present/previous Account Status/Payment Rating/Account History. Verify Account Status, Payment Rating and Acco
Claims Account Closed. Verify Compliance Condition Code, Special Comment Code, and Date Closed.
CONSUMER MESSAGE: Verify Amount and Balance

RESPONSE CODE: 22 UPDATED DISPUTED ACCOUNT INFORMATION. ADDITIONAL ACCOUNT INFORMATION WAS ALSO UPDATED.

---

SUPPRESS?: UPDATE?: X AUTH BY: Harika Bramesan / 904-535-2150

---

SUBSCRIBER: TD Bank USA N.A./Target ACCOUNT [redacted] SUB.CODE: 1ZX5002 OPEN DATE: 04/23/15

UPDATE? ACCOUNT STATUS PAYMENT RATING COMPL COND CODE SPECIAL COMMENTS CONS INFO IND

ORIGINAL--> 80 M
PORF TP. ACCOUNT TP. ECOA PAYMENT AMT PAYMENT DATE

ORIGINAL--> R CC: CREDIT CARD I $0 07/24/24
OPENED EFFECTIVE CURRENT BLNC PAST DUE

ORIGINAL--> 04/23/15 12/17/24 $13109 $1221
CLOSED CREDIT LIMIT HIGH CREDIT
* $13150
ORIGINAL--> 11/17/24 $11600 $13109
DT 1ST DEL ORIG CHRG OFF PP START DT PYMT PATTERN ORIGINAL PP
* 12/2024 D210000000EE D210000000EE
ORIGINAL--> 10/14/24 12/2024 EEE00EEEE000 EEE00EEEE000
TERMS (DUE AMT/FREQ/DUR) ORIGINAL CLIENT - CLASS 000000000000 EE0000000000
000000000000 000000000000
ORIGINAL--> 461/M/REV 000000000000 000000000000
SP. PAYMENT (BALLOON AMT - DUE DT) SP. PAYMENT (DEFERRED DT) 000000000000 000000000000
000000000000 00000000000B
ORIGINAL-->
PORTFOLIO SALE MORTGAGE (ID#/ACCT#/AGCY)

ORIGINAL-->

---

| | ACCT STATUS | PAYMENT RATING | COMPLIANCE CONDITION CD | SPECIAL COMMENTS | CONSUMER INFO IND | ! | ACCT RATING | RATING REMARK | CMPLNC REMARK | GENERIC REMARK | AFFIL REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RECEIVED | | | | | | ! | | | | | |
| ORIGINAL | 80 | | | M | | ! | 04 | | | CBG | |

| | FIRST NAME | MIDDLE NAME | LAST NAME | GEN SUFFIX | RESULT |
|---|---|---|---|---|---|
| NAME VERIFICATION FLAGS | | | | | |