# EXHIBIT 9

*(Redacted - Public Filing)*

Corrected Copy (450079572-052)
Thursday, January 23, 2025

-------------------------
Information For Consumers
-------------------------

| | |
|---|---|
| Number of Files: | 1 |
| Completed On: | Thursday, January 23, 2025 |
| Printed On: | E-mail sent on Thursday, January 23, 2025 |
| Print Language: | English |
| Full Credit Report: | No |
| Sent Score: | No |
| Mailed To Consumer At: | JEFFREY THOMAS PIRZINGER<br>[redacted]<br>MAMARONECK, NY 10543-1201 |

---------------------------------
Information For Internal Use Only
---------------------------------

| | |
|---|---|
| Created On: | Thursday, January 23, 2025 |
| At: | 5:37:00 am |
| By: | ACDV 3 (CRS9REQ3) |
| At: | TU Corporate |
| Credit Data Source: | CRS3(C3) |