# EXHIBIT 12

***(Redacted - Public Filing)***

elan
Credit Card

201 S TRYON ST STE 200
CHARLOTTE NC 28202



2/15/2024

000000032 01 SP 106481964628869 P
JEFFREY PIRZINGER
[redacted]
MAMARONECK NY 105431201

Please reference ID M_0159890647
Account(s) ending in: [redacted]
Closed Effective 2/13/2024

Dear Customer,

Please be advised that Elan Financial Services has elected to close your credit card account(s) referenced above in accordance with the terms and conditions of your Cardmember Agreement. In the section of the Agreement titled *Cancellation of Your Account*, it highlights that we may cancel your account by providing notice to you. Your Agreement is included with the documentation provided when a new account is opened, and you may also contact the customer service number on the back of your card to request a copy of your Agreement.

The account is closed effective immediately. Any outstanding balance remains due and payable in accordance with the terms of the Agreement, and you will continue to receive monthly statements until the account is paid in full. All rewards are forfeited at account closure.

If you have any questions concerning this letter, please contact us at 833-868-4983, Monday-Friday,8 a.m. to 7 p.m. EST. We accept relay calls. Please understand that your local branch does not have the details to assist you with this matter.

Sincerely,
Account Closure Department

Please send your written correspondence to:
Fax Number: 866-616-0854
Email: kycresponseelan@elanfs.com

The creditor and issuer of this credit card is Elan Financial Services.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**

The Federal Equal Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because of all or part of the applicant's income derives from any public assistance program/ or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection (CFPB), 1700 G Street NW, Washington, DC 20552.

Notice to Washington residents: Washington state law against discrimination prohibits discrimination in credit transactions because of race, creed, color, national origin, sex, marital status, honorably discharged veteran or military status, sexual orientation, or the presence of any sensory, mental or physical disability or the use of a trained guide dog or service dog by a disabled person. The Washington State Human Rights Commission administers compliance with this law.