Date: October 30, 2026

FILED
U.S. DISTRICT COURT
2026 OCT 30 PM 1:42
S.D. OF N.Y.W.P.

To: Chambers of the Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street, Room 530
White Plains, NY 10601

From: JEFFREY THOMAS PIRZINGER
135 BEECHWOOD DR
MAMARONECK, NY 10543
914-497-1104

**Re: Jeffrey Thomas Pirzinger v. Trans Union LLC**
**Case No. 7:25-cv-01760-PMH (S.D.N.Y.)**
**Withdrawal of October 29, 2026 Letter-Motion**

Dear Judge Halpern,

Plaintiff Jeffrey Thomas Pirzinger, proceeding pro se, respectfully withdraws his October 29, 2026 letter-motion requesting leave to exceed the 25-page limitation applicable to his Local Civil Rule 56.1 response and a seven-day extension of the deadline for filing his opposition to Defendant's motion for summary judgment.

Plaintiff has completed the necessary revisions, reduced his Rule 56.1 response to 25 pages, and intends to file his opposition papers by the existing October 30, 2026 deadline.

Accordingly, Plaintiff respectfully requests that the Court deem his October 29, 2026 letter-motion withdrawn, with no ruling necessary.

Dated: October 30, 2026

Respectfully submitted,

Jeffrey Thomas Pirzinger

Jeffrey Thomas Pirzinger
135 Beechwood Dr
Mamaroneck, NY 10543
T: (914) 497-1104
F: (914) 412-0456
Plaintiff, Pro Se

cc: Andrew G. Hope, Esq. (via email)
cc: Makenzie P. Leh, Esq. (via email)