Date: October 29, 2026

FILED
U.S. DISTRICT COURT
2026 OCT 29 PM 1:08
S.D. OF N.Y.W.P.

To: Chambers of the Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street, Room 530
White Plains, NY 10601

From: JEFFREY THOMAS PIRZINGER
135 BEECHWOOD DR
MAMARONECK, NY 10543
914-497-1104

**Re: Jeffrey Thomas Pirzinger v. Trans Union LLC
Case No. 7:25-cv-01760-PMH (S.D.N.Y.)
Plaintiff's Letter-Motion For Leave To Exceed Rule 56.1 Page Limitation
And For Seven-Day Extension Of Time**

Dear Judge Halpern,

Plaintiff Jeffrey Thomas Pirzinger, appearing pro se, respectfully requests (1) leave pursuant to Section 4(E)(v) of the Court's Individual Practices to file a 39-page response to Defendant's Local Civil Rule 56.1 Statement, exceeding the prescribed 25-page limitation by 14 pages; and (2) a seven-day extension of the October 30, 2026 deadline for filing Plaintiff's opposition to Defendant's motion for summary judgment, through and including November 6, 2026.

**1. Request for Leave to Exceed the 25-Page Limitation**

Defendant's Local Civil Rule 56.1 Statement contains 108 separately numbered factual assertions occupying approximately 19 pages. Section 4(E)(iv) of the Court's Individual Practices requires Plaintiff to reproduce each of Defendant's assertions and place Plaintiff's corresponding response immediately below it.

Consequently, the 25-page limitation leaves approximately six pages for Plaintiff to address all 108 assertions, including those involving disputed facts requiring specific citations to the evidentiary record.

Date: October 29, 2026

Plaintiff has prepared his response using Times New Roman, 12-point font, double-spaced text, and one-inch margins on all sides, consistent with Local Civil Rule 7.1(b). Under these formatting specifications, Plaintiff's Rule 56.1 response occupies 39 pages.

The additional pages are necessary to adequately address material factual disputes concerning Defendant's receipt of Plaintiff's correspondence, the scope and reasonableness of Defendant's reinvestigation, the accuracy of disputed credit-reporting information, Plaintiff's revocation of electronic consent, the transmission and alleged mailing of reinvestigation results, and the deposition testimony and documentary evidence relevant to Plaintiff's claimed injuries.

Plaintiff respectfully submits that the requested 14 additional pages are warranted by the number and substance of Defendant's assertions and the Court's requirement that each assertion be reproduced and answered individually. The additional length is not intended to introduce unnecessary argument but to permit Plaintiff to identify the disputed facts and supporting evidence with sufficient precision for the Court's consideration.

**2. Request for Seven-Day Extension of Time**

Plaintiff further requests a seven-day extension of the current October 30, 2026 deadline, through and including November 6, 2026, to complete final formatting, verify citations to the evidentiary record, and prepare the opposition papers for filing in compliance with the Court's applicable requirements.

Plaintiff has been diligently preparing his opposition and seeks this limited extension to ensure that the Rule 56.1 response, memorandum of law, and supporting papers are accurately formatted and properly filed.

Plaintiff respectfully submits that the requested extension is limited in duration and is sought in good faith, not for purposes of delay.

**3. Relief Requested**

For the foregoing reasons, Plaintiff respectfully requests that the Court:

1. Grant Plaintiff leave to file a Rule 56.1 response not exceeding 37 double-spaced pages, using Times New Roman, 12-point font, and one-inch margins; and

Date: October 29, 2026

2. Extend Plaintiff's deadline to file his opposition to Defendant's motion for summary judgment from October 30, 2026, through and including November 6, 2026.

Plaintiff thanks the Court for its consideration.

Dated: October 29, 2026

Respectfully submitted,

Jeffrey Thomas Pirzinger

Jeffrey Thomas Pirzinger
135 Beechwood Dr
Mamaroneck, NY 10543
T: (914) 497-1104
F: (914) 412-0456
Plaintiff, Pro Se

cc: Andrew G. Hope, Esq. (via email)
cc: Makenzie P. Leh, Esq. (via email)